| Attorney or Party without Attorney:<br>Benjamin T. Wang<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  Telephone No:  310-826-7474 | For Court Use Only |
|---|---|
| Attorney For:  Plaintiff      *Ref. No. or File No.:*<br>5204-002A | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION | |
|---|---|
| *Plaintiff:*  CYPRESSWOOD SOLUTIONS LLC<br>*Defendant:*  GOOGLE LLC | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>7:26-cv-00279-DC |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Case assigned to Judge David Counts. Pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases; Plaintiff's Rule 7.1 Disclosure Statement ; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3.  a.  *Party served:*    GOOGLE LLC
    b.  *Person served:*  Mak Hayes authorized to accept service for Corporation Service Company, Registered Agent
                     served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   211 E 7th Street Ste. 620, Austin, TX 78701

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 29 2026 (2) at: 03:12 PM

6.  *Person Who Served Papers:*
    a. Justin Rogers (PSC-20023)                        d. *The Fee for Service was:* $419.68
    b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

07/31/2026
_____
(Date)

_____
(Signature)



PROOF OF
SERVICE

16484935
(17863362)