IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

CYPRESSWOOD SOLUTIONS LLC, §
§
*Plaintiff,* §
§
v. §   CASE NO. 7:26-cv-00279-DC
§
GOOGLE LLC, §   **JURY TRIAL DEMANDED**
§
*Defendant.* §
§

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Google LLC ("Google") requests that the Court extend Google's time to answer or otherwise respond to the Complaint filed by Plaintiff Cypresswood Solutions LLC ("Cypresswood Solutions") on July 24, 2026 [Dkt. 1]. Defendant was served with Plaintiff's Complaint July 29, 2026 [Dkt. 6] making Google's response due August 19, 2026. Google requests that this deadline be extended through and including October 5, 2026. Google's requested forty-five (45) day extension is not sought for the purposes of delay.

Dated: August 6, 2026                    Respectfully submitted,

By:  */s/ Shaun W. Hassett*
     Shaun W. Hassett
     State Bar No. 24074372
     shaunhassett@potterminton.com
     POTTER MINTON, P.C.
     102 N. College Ave., Suite 900
     Tyler, Texas 75702
     Tel: (903) 597-8311
     Fax: (903) 593-0846

**Attorneys for Defendants**
**Google LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on August 6, 2026 counsel for Defendant complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is unopposed.

*/s/ Shaun W. Hassett*