IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 7:26-cv-00279-DC |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Before the Court is Defendant Google LLC's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. After consideration of said unopposed motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Google LLC has up to and including October 5, 2026 to answer or otherwise respond to Plaintiff Cypresswood Solutions LLC's Complaint.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE