IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 7:26-cv-00279-DC |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| GOOGLE LLC | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones, of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 5, 2026

Respectfully submitted,

By: */s/ Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant**
**Google LLC**