**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 7:26-cv-00279-DC |
| | § | |
| GOOGLE LLC, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

I, Lowell D. Mead, hereby declare and state as follows:

1. I am an attorney at the law firm Cooley LLP, counsel of record in this action for Defendant Google LLC ("Google"). I submit this declaration in support of Defendant's Motion to Dismiss. I provide this declaration upon personal knowledge and, if called upon as a witness, would testify competently to the matters recited herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the Google Patents website when searched for U.S. Patent No. 8,090,909 showing the "Cited By" listing, available at https://patents.google.com/patent/US8090909B2/en?oq=8%2c090%2c909.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the Google Patents website when searched for U.S. Patent No. 8,239,624 showing the "Cited By" listing, available at https://patents.google.com/patent/US8239624B2/en?oq=8%2c239%2c624.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 5, 2026

*/s/ Lowell D. Mead*
Lowell D. Mead