# EXHIBIT 2

https://patents.google.com/patent/US8239624B2/en?oq=8%2c239%2c624 October 2, 2026 at 3:22 PM PDT

Google Patents 8,239,624

# Method and system for data migration in a distributed RAID implementation

## Abstract

Embodiments of the systems and methods disclosed provide a distributed RAID system comprising a set of data banks. More particularly, in certain embodiments of a distributed RAID system each data bank has a set of associated storage media and executes a similar distributed RAID application. The distributed RAID applications on each of the data banks coordinate among themselves to distribute and control data flow associated with implementing a level of RAID in conjunction with a volume stored on the associated storage media of the data banks. Migration of this volume, or a portion thereof, from one configuration to another configuration may be accomplished such that the volume, or the portion thereof, and corresponding redundancy data may be stored according to this second configuration.

## Images (25)



## Classifications

G06F3/0689 Disk arrays, e.g. RAID, JBOD

*View 6 more classifications*

## Landscapes

Engineering & Computer Science

Theoretical Computer Science

Show more

**US8239624B2**
United States

Download PDF Find Prior Art Similar

**Inventor:** William C. Galloway, Ryan A. Callison, Greg J. Pellegrino, Choon-Seng Tan, George J. Scholhamer, III

**Current Assignee :** Pivot3 Inc

**Worldwide applications**

2009 • JP EP ~~KR~~ DK ~~EP~~ US US US US US ~~WO~~ ~~WO~~ ~~WO~~ CN US 2010 • IL 2011 • JP US US US ~~US~~ 2012 • US US US US 2013 • US 2015 • US

**Application US12/479,360 events**

| | |
|---|---|
| 2009-06-05 | Application filed by Pivot3 Inc |
| 2009-06-05 | Priority to US12/479,360 |
| 2009-12-10 | Publication of US20090307422A1 |
| 2012-08-07 | Publication of US8239624B2 |
| 2012-08-07 | Application granted |
| Status | Active - Reinstated |
| 2029-12-14 | Adjusted expiration |

Show all events

**Info:** Patent citations (66), Non-patent citations (40) , Cited by (350), Legal events, Similar documents, Priority and Related Applications

**External links:** USPTO, USPTO PatentCenter, USPTO Assignment, Espacenet, Global Dossier, Discuss

## Description

RELATED APPLICATIONS

This application claims a benefit of priority under 35 U.S.C. §119 to provisional patent application Nos. 61/131,270 by inventors Galloway et al., entitled "Method and System for Distributed RAID Implementation" filed on Jun. 6, 2008; and 61/131,314 by inventors Galloway et al., entitled "Method and System for Data Migration in a Distributed Multi-Processor RAID Subsystem" filed Jun. 6, 2008; and 61/131,291 by inventors Galloway et al., entitled "System and Method for Distributing Read/Write Requests to Optimal SCSI Targets" filed Jun. 6, 2008; and 61/131,290 by inventors Galloway et al., entitled "Method and System for Utilizing Storage in a Storage System" filed Jun. 6, 2008; and 61/131,379 by inventors Galloway et al., entitled "Method and System for Rebuilding Data" filed Jun. 6, 2008; and 61/131,312 by inventors Galloway et al., entitled "Method and System for Placement of Data on Storage" filed Jun. 6, 2008; the entire contents of each are hereby fully incorporated by reference herein for all purposes.

TECHNICAL FIELD

This invention relates generally to the use of storage devices. More particularly, embodiments of this invention relate to implementing RAID on storage devices. Even more specifically, certain embodiments of this invention relate to a distributed implementation of RAID.

## Claims (21)

Hide Dependent

1. A system for implementing distributed Redundant Array of Independent Disks (RAID), comprising:

a plurality of data banks, each data bank coupled to each of one or more hosts and each of the other plurality of data banks, each data bank including:

a processor;

a data store;

a computer readable medium comprising instructions executable to:

store a volume and redundancy data corresponding to the volume on each of the plurality of data banks, such that a first set of data segments corresponding to the volume and a corresponding first set of redundancy segments are stored on the plurality of data banks according to a first configuration comprising a first RAID level, a first RAID size, a first Databank Count, a first Databank Order, a first Disk Count and a first Disk Order; and

migrate the volume from the first configuration to a second configuration comprising one or more of a second RAID level different

Notice of Allowance issued in U.S. Appl. No. 12/479,319, mailed Oct. 5, 2011, 14 pgs.

Notice of Allowance issued in U.S. Appl. No. 12/479,394, mailed Oct. 5, 2011, 8 pgs.

Notice of Allowance issued in U.S. Appl. No. 12/479,403, mailed Sep. 30, 2011, 14 pgs.

Notice of Allowance issued in U.S. Appl. No. 12/479,434, mailed Sep. 21, 2011, 9 pgs.

Office Action for U.S. Appl. No. 12/479,377, mailed Jul. 29, 2011, 23 pgs.

Office Action issued for U.S. Appl. No. 12/479,319 mailed Jun. 22, 2011, 18 pgs.

Office Action issued for U.S. Appl. No. 12/479,403, mailed Jun. 24, 2011, 13 pgs.

Office Action issued for U.S. Appl. No. 12/479,434, mailed May 11, 2011, 13 pgs.

Office Action issued for U.S. Appl. No. 12/914,559, mailed Jun. 25, 2012, 15 pages.

Office Action issued for U.S. Appl. No. 13/291,309, mailed Feb. 24, 2012, 10 pages.

Office Action issued for U.S. Appl. No. 13/291,311 mailed Feb. 1, 2012, 12 pages.

Office Action issued for U.S. Appl. No. 13/358,306, mailed Apr. 4, 2012, 21 pages.

Office Action issued for U.S. Appl. No. 13/364,439, mailed May 25, 2012, 21 pages.

Office Action issued for U.S. Appl. No. 13/366,069, mailed Mar. 13, 2012, 9 pages.

Office Action issued in U.S. Appl. No. 12/490,810, mailed Oct. 18, 2011, 21 pgs.

Office Action issued in U.S. Appl. No. 13/224,936, mailed Oct. 12, 2011, 8 pgs.

Office Action issued in U.S. Appl. No. 13/292,388, mailed Jan. 20, 2012, 6 pages.

Supplemental Notice of Allowance for U.S. Appl. No. 12/490,916, mailed Apr. 9, 2012, 4 pages.

Supplemental Notice of Allowance issued for U.S. Appl. No. 13/291,309, mailed Jun. 22, 2012, 5 pages.

Supplemental Notice of Allowance issued for U.S. Appl. No. 13/291,309, mailed May 22, 2012, 5 pages.

* Cited by examiner, † Cited by third party

## Cited By (350)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US20110040936A1 * | 2008-06-30 | 2011-02-17 | Pivot3 | Method and system for execution of applications in conjunction with raid |
| US8316181B2 | 2008-06-06 | 2012-11-20 | Pivot3, Inc. | Method and system for initializing storage in a storage system |
| US8386709B2 | 2008-10-28 | 2013-02-26 | Pivot3, Inc. | Method and system for protecting against multiple failures in a raid system |
| US8527699B2 | 2011-04-25 | 2013-09-03 | Pivot3, Inc. | Method and system for distributed RAID implementation |
| US20160266812A1 * | 2013-11-26 | 2016-09-15 | Huawei Technologies Co., Ltd. | Data storage method and storage server |
| US9588843B2 | 2014-07-14 | 2017-03-07 | International Business Machines Corporation | System and method for transferring traditional RAID to distributed array |
| US10891066B2 | 2018-12-28 | 2021-01-12 | Intelliflash By Ddn, Inc. | Data redundancy reconfiguration using logical subunits |
| Family To Family Citations | | | | |
| US9632722B2 * | 2010-05-19 | 2017-04-25 | International Business Machines Corporation | Balancing storage unit utilization within a dispersed storage network |
| US8489817B2 | 2007-12-06 | 2013-07-16 | Fusion-Io, Inc. | Apparatus, system, and method for caching data |
| US8935302B2 | 2006-12-06 | 2015-01-13 | Intelligent Intellectual Property Holdings 2 Llc | Apparatus, system, and method for data block usage information synchronization for a non-volatile storage volume |
| KR20090102789A | 2006-12-06 | 2009-09-30 | 퓨전 멀티시스템즈, 인크.(디비에이 퓨전-아이오) | Apparatus, system, and method for data storage using progressive raid |
| US9519540B2 | 2007-12-06 | 2016-12-13 | Sandisk Technologies Llc | Apparatus, system, and method for destaging cached data |
| US7836226B2 | 2007-12-06 | 2010-11-16 | Fusion-Io, Inc. | Apparatus, system, and method for coordinating storage requests in a multi-processor/multi-thread environment |

| | | | | |
|---|---|---|---|---|
| US8886909B1 | 2008-03-31 | 2014-11-11 | Emc Corporation | Methods, systems, and computer readable medium for allocating portions of physical storage in a storage array based on current or anticipated utilization of storage array resources |
| EP2476055B1 | 2009-09-08 | 2020-01-22 | SanDisk Technologies LLC | Apparatus, system, and method for caching data on a solid-state storage device |
| US9122579B2 | 2010-01-06 | 2015-09-01 | Intelligent Intellectual Property Holdings 2 Llc | Apparatus, system, and method for a storage layer |
| WO2011031903A2 * | 2009-09-09 | 2011-03-17 | Fusion-Io, Inc. | Apparatus, system, and method for allocating storage |
| US8918534B2 * | 2009-09-29 | 2014-12-23 | Cleversafe, Inc. | Writing data slices to ready and non-ready distributed storage units in a distributed storage network |
| US8880843B2 * | 2010-02-10 | 2014-11-04 | International Business Machines Corporation | Providing redundancy in a virtualized storage system for a computer system |
| US9792181B2 * | 2010-02-22 | 2017-10-17 | International Business Machines Corporation | Pool of devices providing operating system redundancy |
| US8484536B1 * | 2010-03-26 | 2013-07-09 | Google Inc. | Techniques for data storage, access, and maintenance |
| US8924681B1 * | 2010-03-31 | 2014-12-30 | Emc Corporation | Systems, methods, and computer readable media for an adaptative block allocation mechanism |
| US9330105B1 | 2010-05-07 | 2016-05-03 | Emc Corporation | Systems, methods, and computer readable media for lazy compression of data incoming to a data storage entity |
| WO2011145137A1 * | 2010-05-18 | 2011-11-24 | Hitachi, Ltd. | Storage apparatus and control method thereof for dynamic migration of small storage areas |
| US8861727B2 * | 2010-05-19 | 2014-10-14 | Cleversafe, Inc. | Storage of sensitive data in a dispersed storage network |
| US8719675B1 | 2010-06-16 | 2014-05-06 | Google Inc. | Orthogonal coding for data storage, access, and maintenance |
| US9311002B1 | 2010-06-29 | 2016-04-12 | Emc Corporation | Systems, methods, and computer readable media for compressing data at a virtually provisioned storage entity |
| US8904226B2 * | 2010-08-26 | 2014-12-02 | Cleversafe, Inc. | Migrating stored copies of a file to stored encoded data slices |
| US8402230B2 * | 2010-09-10 | 2013-03-19 | International Business Machines Corporation | Recoverability while adding storage to a redirect-on-write storage pool |
| US12008266B2 | 2010-09-15 | 2024-06-11 | Pure Storage, Inc. | Efficient read by reconstruction |
| US11614893B2 | 2010-09-15 | 2023-03-28 | Pure Storage, Inc. | Optimizing storage device access based on latency |
| JP5614213B2 * | 2010-10-01 | 2014-10-29 | 日本電気株式会社 | Storage area providing device, storage area providing method, and storage area providing program |
| WO2012083308A2 | 2010-12-17 | 2012-06-21 | Fusion-Io, Inc. | Apparatus, system, and method for persistent data management on a non-volatile storage media |
| US9348515B2 * | 2011-01-17 | 2016-05-24 | Hitachi, Ltd. | Computer system, management computer and storage management method for managing data configuration based on statistical information |
| US9201677B2 | 2011-05-23 | 2015-12-01 | Intelligent Intellectual Property Holdings 2 Llc | Managing data input/output operations |
| US8874823B2 | 2011-02-15 | 2014-10-28 | Intellectual Property Holdings 2 Llc | Systems and methods for managing data input/output operations |
| US9003104B2 | 2011-02-15 | 2015-04-07 | Intelligent Intellectual Property Holdings 2 Llc | Systems and methods for a file-level cache |
| WO2012116369A2 | 2011-02-25 | 2012-08-30 | Fusion-Io, Inc. | Apparatus, system, and method for managing contents of a cache |
| US8966191B2 | 2011-03-18 | 2015-02-24 | Fusion-Io, Inc. | Logical interface for contextual storage |
| US9563555B2 | 2011-03-18 | 2017-02-07 | Sandisk Technologies Llc | Systems and methods for storage allocation |
| US20120278552A1 * | 2011-04-28 | 2012-11-01 | Lsi Corporation | Remote execution of raid in large topologies |
| US9003101B1 * | 2011-06-29 | 2015-04-07 | Western Digital Technologies, Inc. | Prioritized access for media with heterogeneous access rates |
| US9417823B2 | 2011-07-12 | 2016-08-16 | Violin Memory Inc. | Memory system management |
| US9335939B2 | 2011-07-12 | 2016-05-10 | Violin Memory Inc. | RAIDed memory system |
| GB2492981B * | 2011-07-18 | 2014-03-26 | Qando Service Inc | Data reconstruction |

| | | | | |
|---|---|---|---|---|
| US8621317B1 | 2011-07-25 | 2013-12-31 | Google Inc. | Modified orthogonal coding techniques for storing data |
| US8589640B2 | 2011-10-14 | 2013-11-19 | Pure Storage, Inc. | Method for maintaining multiple fingerprint tables in a deduplicating storage system |
| CN102955801B * | 2011-08-25 | 2017-06-16 | 中兴通讯股份有限公司 | Data control method and system based on distributed data base system |
| US8615698B1 | 2011-09-28 | 2013-12-24 | Google Inc. | Skewed orthogonal coding techniques |
| WO2013057764A1 * | 2011-10-19 | 2013-04-25 | Hitachi, Ltd. | Storage system |
| WO2013070800A1 | 2011-11-07 | 2013-05-16 | Nexgen Storage, Inc. | Primary data storage system with quality of service |
| US9274937B2 | 2011-12-22 | 2016-03-01 | Longitude Enterprise Flash S.A.R.L. | Systems, methods, and interfaces for vector input/output operations |
| US9251086B2 | 2012-01-24 | 2016-02-02 | SanDisk Technologies, Inc. | Apparatus, system, and method for managing a cache |
| US9116812B2 | 2012-01-27 | 2015-08-25 | Intelligent Intellectual Property Holdings 2 Llc | Systems and methods for a de-duplication cache |
| WO2013118194A1 | 2012-02-10 | 2013-08-15 | Hitachi, Ltd. | Storage system with virtual volume having data arranged astride storage devices, and volume management method |
| US11232093B2 * | 2012-03-02 | 2022-01-25 | Pure Storage, Inc. | Slice migration in a dispersed storage network |
| US8856619B1 | 2012-03-09 | 2014-10-07 | Google Inc. | Storing data across groups of storage nodes |
| US9110600B1 | 2012-03-19 | 2015-08-18 | Amazon Technologies, Inc. | Triggered data shelving to a different storage system and storage deallocation |
| JP6119736B2 * | 2012-03-19 | 2017-04-26 | 富士通株式会社 | Data access method, program, and data access apparatus |
| WO2013140446A1 * | 2012-03-21 | 2013-09-26 | Hitachi, Ltd. | Storage apparatus and method thereof for fast creation of a eager zeroed virtual disk by allocation of pre -zeroed storage areas |
| US8930745B2 * | 2012-04-16 | 2015-01-06 | Hitachi, Ltd. | Storage subsystem and data management method of storage subsystem |
| US9823840B1 * | 2012-05-07 | 2017-11-21 | Amazon Technologies, Inc. | Data volume placement techniques |
| US9804993B1 | 2012-05-07 | 2017-10-31 | Amazon Technologies, Inc. | Data volume placement techniques |
| US9348769B2 | 2012-05-24 | 2016-05-24 | Red Hat, Inc. | Managing zeroed logical volume |
| US9612966B2 | 2012-07-03 | 2017-04-04 | Sandisk Technologies Llc | Systems, methods and apparatus for a virtual machine cache |
| US10339056B2 | 2012-07-03 | 2019-07-02 | Sandisk Technologies Llc | Systems, methods and apparatus for cache transfers |
| US10346095B2 | 2012-08-31 | 2019-07-09 | Sandisk Technologies, Llc | Systems, methods, and interfaces for adaptive cache persistence |
| TWI471241B * | 2012-09-14 | 2015-02-01 | Automotive Res & Testing Ct | Brake back to charge control learning module, controller and controlled brake back to the car |
| US10509776B2 | 2012-09-24 | 2019-12-17 | Sandisk Technologies Llc | Time sequence data management |
| US10318495B2 | 2012-09-24 | 2019-06-11 | Sandisk Technologies Llc | Snapshots for a non-volatile device |
| US9177177B1 * | 2012-10-04 | 2015-11-03 | Symantec Corporation | Systems and methods for securing storage space |
| US8782292B2 * | 2012-10-31 | 2014-07-15 | Lsi Corporation | Methods and structure for performing a rebuild of a logical volume with a serial attached SCSI expander |
| US8904108B2 | 2012-10-31 | 2014-12-02 | Lsi Corporation | Methods and structure establishing nested Redundant Array of Independent Disks volumes with an expander |
| US8904119B2 | 2012-10-31 | 2014-12-02 | Lsi Corporation | Method and structures for performing a migration of a logical volume with a serial attached SCSI expander |
| US9135198B2 | 2012-10-31 | 2015-09-15 | Avago Technologies General Ip (Singapore) Pte Ltd | Methods and structure for serial attached SCSI expanders that self-configure by setting routing attributes of their ports based on SMP requests |
| US9632889B2 * | 2012-11-12 | 2017-04-25 | Oracle International Corporation | Method for the optimization of performance, capacity and redundancy in digital data storage systems |
| CN103023992A * | 2012-11-28 | 2013-04-03 | 江苏乐买到网络科技有限公司 | Mass data distributed storage method |
| US9286163B2 | 2013-01-14 | 2016-03-15 | International Business Machines Corporation | Data recovery scheme based on data backup status |
| US9842053B2 | 2013-03-15 | 2017-12-12 | Sandisk Technologies Llc | Systems and methods for persistent cache logging |

| | | | | |
|---|---|---|---|---|
| US9235355B2 | 2013-04-04 | 2016-01-12 | Avago Technologies General Ip (Singapore) Pte. Ltd. | Reverse mirroring in raid level 1 |
| US10102144B2 | 2013-04-16 | 2018-10-16 | Sandisk Technologies Llc | Systems, methods and interfaces for data virtualization |
| US9423981B2 | 2013-04-16 | 2016-08-23 | International Business Machines Corporation | Logical region allocation with immediate availability |
| US9104597B2 * | 2013-04-16 | 2015-08-11 | International Business Machines Corporation | Destaging cache data using a distributed freezer |
| US9619404B2 | 2013-04-16 | 2017-04-11 | International Business Machines Corporation | Backup cache with immediate availability |
| US9298398B2 | 2013-04-16 | 2016-03-29 | International Business Machines Corporation | Fine-grained control of data placement |
| US10558561B2 | 2013-04-16 | 2020-02-11 | Sandisk Technologies Llc | Systems and methods for storage metadata management |
| US9298617B2 | 2013-04-16 | 2016-03-29 | International Business Machines Corporation | Parallel destaging with replicated cache pinning |
| US9329938B2 | 2013-04-16 | 2016-05-03 | International Business Machines Corporation | Essential metadata replication |
| US9104332B2 | 2013-04-16 | 2015-08-11 | International Business Machines Corporation | Managing metadata and data for a logical volume in a distributed and declustered system |
| US9542126B2 | 2013-04-22 | 2017-01-10 | Avago Technologies General Ip (Singapore) Pte. Ltd. | Redundant array of independent disks systems that utilize spans with different storage device counts for a logical volume |
| US10331375B1 * | 2013-06-21 | 2019-06-25 | Amazon Technologies, Inc. | Data storage area cleaner |
| US20150032798A1 * | 2013-07-24 | 2015-01-29 | Alcatel-Lucent Canada Inc. | Method And Apparatus For Providing Redundant Data Access |
| US9842128B2 | 2013-08-01 | 2017-12-12 | Sandisk Technologies Llc | Systems and methods for atomic storage operations |
| US10019320B2 | 2013-10-18 | 2018-07-10 | Sandisk Technologies Llc | Systems and methods for distributed atomic storage operations |
| GB2519815A | 2013-10-31 | 2015-05-06 | Ibm | Writing data cross storage devices in an erasure-coded system |
| US10073630B2 | 2013-11-08 | 2018-09-11 | Sandisk Technologies Llc | Systems and methods for log coordination |
| US9274901B2 | 2013-11-20 | 2016-03-01 | Avago Technologies General Ip (Singapore) Pte. Ltd. | I/O request mirroring in a clustered storage system |
| DK3089780T3 | 2013-12-30 | 2019-12-09 | Medi Tate Ltd | Prostate urethral incision implant |
| US9612745B2 * | 2014-01-24 | 2017-04-04 | Silicon Graphics International Corp. | Raid set initialization |
| WO2015116197A1 * | 2014-01-31 | 2015-08-06 | Hewlett-Packard Development Company, L.P. | Storing data based on a write allocation policy |
| US9547448B2 * | 2014-02-24 | 2017-01-17 | Netapp, Inc. | System and method for transposed storage in raid arrays |
| KR102318478B1 | 2014-04-21 | 2021-10-27 | 삼성전자주식회사 | Storage controller, storage system and method of operation of the storage controller |
| US9612952B2 * | 2014-06-04 | 2017-04-04 | Pure Storage, Inc. | Automatically reconfiguring a storage memory topology |
| US9213485B1 | 2014-06-04 | 2015-12-15 | Pure Storage, Inc. | Storage system architecture |
| US9836234B2 | 2014-06-04 | 2017-12-05 | Pure Storage, Inc. | Storage cluster |
| US8850108B1 | 2014-06-04 | 2014-09-30 | Pure Storage, Inc. | Storage cluster |
| US11068363B1 | 2014-06-04 | 2021-07-20 | Pure Storage, Inc. | Proactively rebuilding data in a storage cluster |
| US9367243B1 | 2014-06-04 | 2016-06-14 | Pure Storage, Inc. | Scalable non-uniform storage sizes |
| US11652884B2 | 2014-06-04 | 2023-05-16 | Pure Storage, Inc. | Customized hash algorithms |
| US10574754B1 | 2014-06-04 | 2020-02-25 | Pure Storage, Inc. | Multi-chassis array with multi-level load balancing |
| US9218244B1 | 2014-06-04 | 2015-12-22 | Pure Storage, Inc. | Rebuilding data across storage nodes |
| US12137140B2 | 2014-06-04 | 2024-11-05 | Pure Storage, Inc. | Scale out storage platform having active failover |

| | | | | |
|---|---|---|---|---|
| US11960371B2 | 2014-06-04 | 2024-04-16 | Pure Storage, Inc. | Message persistence in a zoned system |
| US11399063B2 | 2014-06-04 | 2022-07-26 | Pure Storage, Inc. | Network authentication for a storage system |
| US12341848B2 | 2014-06-04 | 2025-06-24 | Pure Storage, Inc. | Distributed protocol endpoint services for data storage systems |
| US9003144B1 | 2014-06-04 | 2015-04-07 | Pure Storage, Inc. | Mechanism for persisting messages in a storage system |
| US9836245B2 | 2014-07-02 | 2017-12-05 | Pure Storage, Inc. | Non-volatile RAM and flash memory in a non-volatile solid-state storage |
| US8868825B1 | 2014-07-02 | 2014-10-21 | Pure Storage, Inc. | Nonrepeating identifiers in an address space of a non-volatile solid-state storage |
| US10114757B2 | 2014-07-02 | 2018-10-30 | Pure Storage, Inc. | Nonrepeating identifiers in an address space of a non-volatile solid-state storage |
| US9021297B1 | 2014-07-02 | 2015-04-28 | Pure Storage, Inc. | Redundant, fault-tolerant, distributed remote procedure call cache in a storage system |
| US11886308B2 | 2014-07-02 | 2024-01-30 | Pure Storage, Inc. | Dual class of service for unified file and object messaging |
| US11604598B2 | 2014-07-02 | 2023-03-14 | Pure Storage, Inc. | Storage cluster with zoned drives |
| US9747229B1 | 2014-07-03 | 2017-08-29 | Pure Storage, Inc. | Self-describing data format for DMA in a non-volatile solid-state storage |
| US10853311B1 | 2014-07-03 | 2020-12-01 | Pure Storage, Inc. | Administration through files in a storage system |
| US9811677B2 | 2014-07-03 | 2017-11-07 | Pure Storage, Inc. | Secure data replication in a storage grid |
| US12182044B2 | 2014-07-03 | 2024-12-31 | Pure Storage, Inc. | Data storage in a zone drive |
| US8874836B1 | 2014-07-03 | 2014-10-28 | Pure Storage, Inc. | Scheduling policy for queues in a non-volatile solid-state storage |
| US9372630B2 | 2014-07-09 | 2016-06-21 | International Business Machines Corporation | Migration of newly allocated data to a storage tier |
| US10402113B2 | 2014-07-31 | 2019-09-03 | Hewlett Packard Enterprise Development Lp | Live migration of data |
| US9483346B2 | 2014-08-07 | 2016-11-01 | Pure Storage, Inc. | Data rebuild on feedback from a queue in a non-volatile solid-state storage |
| US12158814B2 | 2014-08-07 | 2024-12-03 | Pure Storage, Inc. | Granular voltage tuning |
| US9495255B2 | 2014-08-07 | 2016-11-15 | Pure Storage, Inc. | Error recovery in a storage cluster |
| US10983859B2 | 2014-08-07 | 2021-04-20 | Pure Storage, Inc. | Adjustable error correction based on memory health in a storage unit |
| US9766972B2 | 2014-08-07 | 2017-09-19 | Pure Storage, Inc. | Masking defective bits in a storage array |
| US9558069B2 | 2014-08-07 | 2017-01-31 | Pure Storage, Inc. | Failure mapping in a storage array |
| US9082512B1 | 2014-08-07 | 2015-07-14 | Pure Storage, Inc. | Die-level monitoring in a storage cluster |
| US10079711B1 | 2014-08-20 | 2018-09-18 | Pure Storage, Inc. | Virtual file server with preserved MAC address |
| US9298647B2 | 2014-08-25 | 2016-03-29 | HGST Netherlands B.V. | Method and apparatus to generate zero content over garbage data when encryption parameters are changed |
| US10372627B2 | 2014-08-25 | 2019-08-06 | Western Digital Technologies, Inc. | Method to generate pattern data over garbage data when encryption parameters are changed |
| US10540109B2 | 2014-09-02 | 2020-01-21 | Hewlett Packard Enterprise Development Lp | Serializing access to fault tolerant memory |
| WO2016064417A1 | 2014-10-24 | 2016-04-28 | Hewlett Packard Enterprise Development Lp | End-to-end negative acknowledgment |
| CN105739909A | 2014-12-11 | 2016-07-06 | 国际商业机器公司 | Time-based data placement method and apparatus in distributed storage system |
| WO2016098202A1 * | 2014-12-17 | 2016-06-23 | 株式会社日立製作所 | Storage device and controlling method therefor |
| WO2016122610A1 | 2015-01-30 | 2016-08-04 | Hewlett Packard Enterprise Development Lp | Preventing data corruption and single point of failure in a fault-tolerant memory |
| US10664369B2 | 2015-01-30 | 2020-05-26 | Hewlett Packard Enterprise Development Lp | Determine failed components in fault-tolerant memory |
| US10409681B2 | 2015-01-30 | 2019-09-10 | Hewlett Packard Enterprise Development Lp | Non-idempotent primitives in fault-tolerant memory |

| | | | | |
|---|---|---|---|---|
| US9946607B2 | 2015-03-04 | 2018-04-17 | Sandisk Technologies Llc | Systems and methods for storage error management |
| US9678665B2 * | 2015-03-06 | 2017-06-13 | Western Digital Technologies, Inc. | Methods and systems for memory page allocation |
| US10715460B2 | 2015-03-09 | 2020-07-14 | Amazon Technologies, Inc. | Opportunistic resource migration to optimize resource placement |
| US9948615B1 | 2015-03-16 | 2018-04-17 | Pure Storage, Inc. | Increased storage unit encryption based on loss of trust |
| US11294893B2 | 2015-03-20 | 2022-04-05 | Pure Storage, Inc. | Aggregation of queries |
| US9940234B2 | 2015-03-26 | 2018-04-10 | Pure Storage, Inc. | Aggressive data deduplication using lazy garbage collection |
| US10082985B2 | 2015-03-27 | 2018-09-25 | Pure Storage, Inc. | Data striping across storage nodes that are assigned to multiple logical arrays |
| US10402261B2 | 2015-03-31 | 2019-09-03 | Hewlett Packard Enterprise Development Lp | Preventing data corruption and single point of failure in fault-tolerant memory fabrics |
| US10178169B2 | 2015-04-09 | 2019-01-08 | Pure Storage, Inc. | Point to point based backend communication layer for storage processing |
| US12379854B2 | 2015-04-10 | 2025-08-05 | Pure Storage, Inc. | Two or more logical arrays having zoned drives |
| US9672125B2 | 2015-04-10 | 2017-06-06 | Pure Storage, Inc. | Ability to partition an array into two or more logical arrays with independently running software |
| US10140149B1 | 2015-05-19 | 2018-11-27 | Pure Storage, Inc. | Transactional commits with hardware assists in remote memory |
| US9817576B2 | 2015-05-27 | 2017-11-14 | Pure Storage, Inc. | Parallel update to NVRAM |
| US10846275B2 | 2015-06-26 | 2020-11-24 | Pure Storage, Inc. | Key management in a storage device |
| US10983732B2 | 2015-07-13 | 2021-04-20 | Pure Storage, Inc. | Method and system for accessing a file |
| US11232079B2 | 2015-07-16 | 2022-01-25 | Pure Storage, Inc. | Efficient distribution of large directories |
| US10108355B2 | 2015-09-01 | 2018-10-23 | Pure Storage, Inc. | Erase block state detection |
| US11341136B2 | 2015-09-04 | 2022-05-24 | Pure Storage, Inc. | Dynamically resizable structures for approximate membership queries |
| US11269884B2 | 2015-09-04 | 2022-03-08 | Pure Storage, Inc. | Dynamically resizable structures for approximate membership queries |
| US10853266B2 | 2015-09-30 | 2020-12-01 | Pure Storage, Inc. | Hardware assisted data lookup methods |
| US10762069B2 | 2015-09-30 | 2020-09-01 | Pure Storage, Inc. | Mechanism for a system where data and metadata are located closely together |
| US12271359B2 | 2015-09-30 | 2025-04-08 | Pure Storage, Inc. | Device host operations in a storage system |
| US9768953B2 | 2015-09-30 | 2017-09-19 | Pure Storage, Inc. | Resharing of a split secret |
| CN106569728B * | 2015-10-09 | 2021-02-23 | 中兴通讯股份有限公司 | Multi-disk array RAID shared write cache processing method and device |
| US9843453B2 | 2015-10-23 | 2017-12-12 | Pure Storage, Inc. | Authorizing I/O commands with I/O tokens |
| US10007457B2 | 2015-12-22 | 2018-06-26 | Pure Storage, Inc. | Distributed transactions with token-associated execution |
| US10482071B1 * | 2016-01-26 | 2019-11-19 | Pure Storage, Inc. | Systems and methods for providing metrics for a plurality of storage entities of a multi-array data storage system |
| US10133503B1 | 2016-05-02 | 2018-11-20 | Pure Storage, Inc. | Selecting a deduplication process based on a difference between performance metrics |
| US10261690B1 | 2016-05-03 | 2019-04-16 | Pure Storage, Inc. | Systems and methods for operating a storage system |
| US11231858B2 | 2016-05-19 | 2022-01-25 | Pure Storage, Inc. | Dynamically configuring a storage system to facilitate independent scaling of resources |
| US12235743B2 | 2016-06-03 | 2025-02-25 | Pure Storage, Inc. | Efficient partitioning for storage system resiliency groups |
| US10691567B2 | 2016-06-03 | 2020-06-23 | Pure Storage, Inc. | Dynamically forming a failure domain in a storage system that includes a plurality of blades |
| US12210476B2 | 2016-07-19 | 2025-01-28 | Pure Storage, Inc. | Disaggregated compute resources and storage resources in a storage system |
| US12619469B2 | 2016-07-19 | 2026-05-05 | Everpure, Inc. | System having dynamic power management |
| US11706895B2 | 2016-07-19 | 2023-07-18 | Pure Storage, Inc. | Independent scaling of compute resources and storage resources in a storage system |
| US11861188B2 | 2016-07-19 | 2024-01-02 | Pure Storage, Inc. | System having modular accelerators |

| | | | | |
|---|---|---|---|---|
| US9672905B1 | 2016-07-22 | 2017-06-06 | Pure Storage, Inc. | Optimize data protection layouts based on distributed flash wear leveling |
| US12487884B1 | 2017-10-31 | 2025-12-02 | Pure Storage, Inc. | Writing parity data to a targeted wordline |
| US10768819B2 | 2016-07-22 | 2020-09-08 | Pure Storage, Inc. | Hardware support for non-disruptive upgrades |
| US11449232B1 | 2016-07-22 | 2022-09-20 | Pure Storage, Inc. | Optimal scheduling of flash operations |
| US10216420B1 | 2016-07-24 | 2019-02-26 | Pure Storage, Inc. | Calibration of flash channels in SSD |
| US11080155B2 | 2016-07-24 | 2021-08-03 | Pure Storage, Inc. | Identifying error types among flash memory |
| US11604690B2 | 2016-07-24 | 2023-03-14 | Pure Storage, Inc. | Online failure span determination |
| US10366004B2 | 2016-07-26 | 2019-07-30 | Pure Storage, Inc. | Storage system with elective garbage collection to reduce flash contention |
| US11734169B2 | 2016-07-26 | 2023-08-22 | Pure Storage, Inc. | Optimizing spool and memory space management |
| US10203903B2 | 2016-07-26 | 2019-02-12 | Pure Storage, Inc. | Geometry based, space aware shelf/writegroup evacuation |
| US11886334B2 | 2016-07-26 | 2024-01-30 | Pure Storage, Inc. | Optimizing spool and memory space management |
| US11797212B2 | 2016-07-26 | 2023-10-24 | Pure Storage, Inc. | Data migration for zoned drives |
| US11422719B2 | 2016-09-15 | 2022-08-23 | Pure Storage, Inc. | Distributed file deletion and truncation |
| US10664193B2 * | 2016-09-16 | 2020-05-26 | Hitachi, Ltd. | Storage system for improved efficiency of parity generation and minimized processor load |
| US10193634B2 | 2016-09-19 | 2019-01-29 | Hewlett Packard Enterprise Development Lp | Optical driver circuits |
| US9747039B1 | 2016-10-04 | 2017-08-29 | Pure Storage, Inc. | Reservations over multiple paths on NVMe over fabrics |
| US12039165B2 | 2016-10-04 | 2024-07-16 | Pure Storage, Inc. | Utilizing allocation shares to improve parallelism in a zoned drive storage system |
| US10756816B1 | 2016-10-04 | 2020-08-25 | Pure Storage, Inc. | Optimized fibre channel and non-volatile memory express access |
| US20180095788A1 | 2016-10-04 | 2018-04-05 | Pure Storage, Inc. | Scheduling operations for a storage device |
| US10613974B2 | 2016-10-04 | 2020-04-07 | Pure Storage, Inc. | Peer-to-peer non-volatile random-access memory |
| KR102631351B1 | 2016-10-07 | 2024-01-31 | 삼성전자주식회사 | Storage device capable of performing peer-to-peer communication and data storage system including the same |
| US10481798B2 | 2016-10-28 | 2019-11-19 | Pure Storage, Inc. | Efficient flash management for multiple controllers |
| US10359942B2 | 2016-10-31 | 2019-07-23 | Pure Storage, Inc. | Deduplication aware scalable content placement |
| US11550481B2 | 2016-12-19 | 2023-01-10 | Pure Storage, Inc. | Efficiently writing data in a zoned drive storage system |
| CN108228647B | 2016-12-21 | 2022-05-24 | 伊姆西Ip控股有限责任公司 | Method and apparatus for data copying |
| US10089015B1 * | 2016-12-28 | 2018-10-02 | EMC IP Holding Company LLC | Per-drive memory resident zeroing maps for drive zeroing in a data storage system |
| US11307998B2 | 2017-01-09 | 2022-04-19 | Pure Storage, Inc. | Storage efficiency of encrypted host system data |
| US11955187B2 | 2017-01-13 | 2024-04-09 | Pure Storage, Inc. | Refresh of differing capacity NAND |
| US9747158B1 | 2017-01-13 | 2017-08-29 | Pure Storage, Inc. | Intelligent refresh of 3D NAND |
| US10162531B2 | 2017-01-21 | 2018-12-25 | International Business Machines Corporation | Physical allocation unit optimization |
| US10459663B2 | 2017-01-23 | 2019-10-29 | International Business Machines Corporation | Thin provisioning of raid storage |
| US10979223B2 | 2017-01-31 | 2021-04-13 | Pure Storage, Inc. | Separate encryption for a solid-state drive |
| US10210063B2 | 2017-02-05 | 2019-02-19 | International Business Machines Corporation | Disk array storage controller |
| US10528488B1 | 2017-03-30 | 2020-01-07 | Pure Storage, Inc. | Efficient name coding |
| US11016667B1 | 2017-04-05 | 2021-05-25 | Pure Storage, Inc. | Efficient mapping for LUNs in storage memory with holes in address space |
| US10516645B1 | 2017-04-27 | 2019-12-24 | Pure Storage, Inc. | Address resolution broadcasting in a networked device |

| | | | | |
|---|---|---|---|---|
| US10141050B1 | 2017-04-27 | 2018-11-27 | Pure Storage, Inc. | Page writes for triple level cell flash memory |
| US10944671B2 | 2017-04-27 | 2021-03-09 | Pure Storage, Inc. | Efficient data forwarding in a networked device |
| US10409521B1 * | 2017-04-28 | 2019-09-10 | EMC IP Holding Company LLC | Block-based backups for large-scale volumes |
| US11467913B1 | 2017-06-07 | 2022-10-11 | Pure Storage, Inc. | Snapshots with crash consistency in a storage system |
| US11138103B1 | 2017-06-11 | 2021-10-05 | Pure Storage, Inc. | Resiliency groups |
| US11782625B2 | 2017-06-11 | 2023-10-10 | Pure Storage, Inc. | Heterogeneity supportive resiliency groups |
| US11947814B2 | 2017-06-11 | 2024-04-02 | Pure Storage, Inc. | Optimizing resiliency group formation stability |
| US10389342B2 | 2017-06-28 | 2019-08-20 | Hewlett Packard Enterprise Development Lp | Comparator |
| US10425473B1 | 2017-07-03 | 2019-09-24 | Pure Storage, Inc. | Stateful connection reset in a storage cluster with a stateless load balancer |
| US10402266B1 | 2017-07-31 | 2019-09-03 | Pure Storage, Inc. | Redundant array of independent disks in a direct-mapped flash storage system |
| US10831935B2 | 2017-08-31 | 2020-11-10 | Pure Storage, Inc. | Encryption management with host-side data reduction |
| US10210926B1 | 2017-09-15 | 2019-02-19 | Pure Storage, Inc. | Tracking of optimum read voltage thresholds in nand flash devices |
| US10877827B2 | 2017-09-15 | 2020-12-29 | Pure Storage, Inc. | Read voltage optimization |
| US10789211B1 | 2017-10-04 | 2020-09-29 | Pure Storage, Inc. | Feature-based deduplication |
| US11354058B2 | 2018-09-06 | 2022-06-07 | Pure Storage, Inc. | Local relocation of data stored at a storage device of a storage system |
| US10545687B1 | 2017-10-31 | 2020-01-28 | Pure Storage, Inc. | Data rebuild when changing erase block sizes during drive replacement |
| US11024390B1 | 2017-10-31 | 2021-06-01 | Pure Storage, Inc. | Overlapping RAID groups |
| US12032848B2 | 2021-06-21 | 2024-07-09 | Pure Storage, Inc. | Intelligent block allocation in a heterogeneous storage system |
| US10515701B1 | 2017-10-31 | 2019-12-24 | Pure Storage, Inc. | Overlapping raid groups |
| US10884919B2 | 2017-10-31 | 2021-01-05 | Pure Storage, Inc. | Memory management in a storage system |
| US11520514B2 | 2018-09-06 | 2022-12-06 | Pure Storage, Inc. | Optimized relocation of data based on data characteristics |
| US10496330B1 | 2017-10-31 | 2019-12-03 | Pure Storage, Inc. | Using flash storage devices with different sized erase blocks |
| US12067274B2 | 2018-09-06 | 2024-08-20 | Pure Storage, Inc. | Writing segments and erase blocks based on ordering |
| US10860475B1 | 2017-11-17 | 2020-12-08 | Pure Storage, Inc. | Hybrid flash translation layer |
| US10990566B1 | 2017-11-20 | 2021-04-27 | Pure Storage, Inc. | Persistent file locks in a storage system |
| US10929053B2 | 2017-12-08 | 2021-02-23 | Pure Storage, Inc. | Safe destructive actions on drives |
| US10719265B1 | 2017-12-08 | 2020-07-21 | Pure Storage, Inc. | Centralized, quorum-aware handling of device reservation requests in a storage system |
| US10929031B2 | 2017-12-21 | 2021-02-23 | Pure Storage, Inc. | Maximizing data reduction in a partially encrypted volume |
| US10976948B1 | 2018-01-31 | 2021-04-13 | Pure Storage, Inc. | Cluster expansion mechanism |
| US10467527B1 | 2018-01-31 | 2019-11-05 | Pure Storage, Inc. | Method and apparatus for artificial intelligence acceleration |
| US10733053B1 | 2018-01-31 | 2020-08-04 | Pure Storage, Inc. | Disaster recovery for high-bandwidth distributed archives |
| US11036596B1 | 2018-02-18 | 2021-06-15 | Pure Storage, Inc. | System for delaying acknowledgements on open NAND locations until durability has been confirmed |
| US11494109B1 | 2018-02-22 | 2022-11-08 | Pure Storage, Inc. | Erase block trimming for heterogenous flash memory storage devices |
| US11416144B2 | 2019-12-12 | 2022-08-16 | Pure Storage, Inc. | Dynamic use of segment or zone power loss protection in a flash device |
| US11847331B2 | 2019-12-12 | 2023-12-19 | Pure Storage, Inc. | Budgeting open blocks of a storage unit based on power loss prevention |
| US12393340B2 | 2019-01-16 | 2025-08-19 | Pure Storage, Inc. | Latency reduction of flash-based devices using programming interrupts |
| US12175124B2 | 2018-04-25 | 2024-12-24 | Pure Storage, Inc. | Enhanced data access using composite data views |
| US11995336B2 | 2018-04-25 | 2024-05-28 | Pure Storage, Inc. | Bucket views |

| | | | | |
|---|---|---|---|---|
| US12001688B2 | 2019-04-29 | 2024-06-04 | Pure Storage, Inc. | Utilizing data views to optimize secure data access in a storage system |
| US10853146B1 | 2018-04-27 | 2020-12-01 | Pure Storage, Inc. | Efficient data forwarding in a networked device |
| US12079494B2 | 2018-04-27 | 2024-09-03 | Pure Storage, Inc. | Optimizing storage system upgrades to preserve resources |
| US10931450B1 | 2018-04-27 | 2021-02-23 | Pure Storage, Inc. | Distributed, lock-free 2-phase commit of secret shares using multiple stateless controllers |
| US11385792B2 | 2018-04-27 | 2022-07-12 | Pure Storage, Inc. | High availability controller pair transitioning |
| WO2019222958A1 | 2018-05-24 | 2019-11-28 | Alibaba Group Holding Limited | System and method for flash storage management using multiple open page stripes |
| US11436023B2 | 2018-05-31 | 2022-09-06 | Pure Storage, Inc. | Mechanism for updating host file system and flash translation layer based on underlying NAND technology |
| CN111902804B | 2018-06-25 | 2024-03-01 | 阿里巴巴集团控股有限公司 | Systems and methods for managing resources of storage devices and quantifying I/O request costs |
| US11121981B1 | 2018-06-29 | 2021-09-14 | Amazon Technologies, Inc. | Optimistically granting permission to host computing resources |
| US11438279B2 | 2018-07-23 | 2022-09-06 | Pure Storage, Inc. | Non-disruptive conversion of a clustered service from single-chassis to multi-chassis |
| US10649843B2 | 2018-08-03 | 2020-05-12 | Western Digital Technologies, Inc. | Storage systems with peer data scrub |
| US10824526B2 | 2018-08-03 | 2020-11-03 | Western Digital Technologies, Inc. | Using failed storage device in peer-to-peer storage system to perform storage-centric task |
| US10831603B2 | 2018-08-03 | 2020-11-10 | Western Digital Technologies, Inc. | Rebuild assist using failed storage device |
| US10901848B2 | 2018-08-03 | 2021-01-26 | Western Digital Technologies, Inc. | Storage systems with peer data recovery |
| US11868309B2 | 2018-09-06 | 2024-01-09 | Pure Storage, Inc. | Queue management for data relocation |
| US11500570B2 | 2018-09-06 | 2022-11-15 | Pure Storage, Inc. | Efficient relocation of data utilizing different programming modes |
| US11327929B2 | 2018-09-17 | 2022-05-10 | Alibaba Group Holding Limited | Method and system for reduced data movement compression using in-storage computing and a customized file system |
| US10454498B1 | 2018-10-18 | 2019-10-22 | Pure Storage, Inc. | Fully pipelined hardware engine design for fast and efficient inline lossless data compression |
| US10976947B2 | 2018-10-26 | 2021-04-13 | Pure Storage, Inc. | Dynamically selecting segment heights in a heterogeneous RAID group |
| US11061735B2 | 2019-01-02 | 2021-07-13 | Alibaba Group Holding Limited | System and method for offloading computation to storage nodes in distributed system |
| US11182258B2 | 2019-01-04 | 2021-11-23 | Western Digital Technologies, Inc. | Data rebuild using dynamic peer work allocation |
| US11194473B1 | 2019-01-23 | 2021-12-07 | Pure Storage, Inc. | Programming frequently read data to low latency portions of a solid-state storage array |
| US11003559B2 | 2019-03-26 | 2021-05-11 | International Business Machines Corporation | Underperforming drive handling in redundant arrays |
| US12547317B2 | 2019-03-29 | 2026-02-10 | Pure Storage, Inc. | Managing voltage threshold shifts |
| US11334254B2 | 2019-03-29 | 2022-05-17 | Pure Storage, Inc. | Reliability based flash page sizing |
| US11775189B2 | 2019-04-03 | 2023-10-03 | Pure Storage, Inc. | Segment level heterogeneity |
| US12373340B2 | 2019-04-03 | 2025-07-29 | Pure Storage, Inc. | Intelligent subsegment formation in a heterogeneous storage system |
| US12087382B2 | 2019-04-11 | 2024-09-10 | Pure Storage, Inc. | Adaptive threshold for bad flash memory blocks |
| US11099986B2 | 2019-04-12 | 2021-08-24 | Pure Storage, Inc. | Efficient transfer of memory contents |
| CN110333823B * | 2019-05-31 | 2023-07-07 | 平安科技（深圳）有限公司 | Data migration method, device, equipment and storage medium based on nbd equipment |
| CN110321075B * | 2019-05-31 | 2023-05-23 | 平安科技（深圳）有限公司 | Data migration method, device, equipment and storage medium based on nbd equipment |
| US11487665B2 | 2019-06-05 | 2022-11-01 | Pure Storage, Inc. | Tiered caching of data in a storage system |
| US11714572B2 | 2019-06-19 | 2023-08-01 | Pure Storage, Inc. | Optimized data resiliency in a modular storage system |

| | | | | |
|---|---|---|---|---|
| US11281394B2 | 2019-06-24 | 2022-03-22 | Pure Storage, Inc. | Replication across partitioning schemes in a distributed storage system |
| US10860223B1 | 2019-07-18 | 2020-12-08 | Alibaba Group Holding Limited | Method and system for enhancing a distributed storage system by decoupling computation and network tasks |
| US11620233B1 * | 2019-09-30 | 2023-04-04 | Amazon Technologies, Inc. | Memory data migration hardware |
| US11617282B2 | 2019-10-01 | 2023-03-28 | Alibaba Group Holding Limited | System and method for reshaping power budget of cabinet to facilitate improved deployment density of servers |
| US11893126B2 | 2019-10-14 | 2024-02-06 | Pure Storage, Inc. | Data deletion for a multi-tenant environment |
| US12475041B2 | 2019-10-15 | 2025-11-18 | Pure Storage, Inc. | Efficient data storage by grouping similar data within a zone |
| US11157179B2 | 2019-12-03 | 2021-10-26 | Pure Storage, Inc. | Dynamic allocation of blocks of a storage device based on power loss protection |
| US11704192B2 | 2019-12-12 | 2023-07-18 | Pure Storage, Inc. | Budgeting open blocks based on power loss protection |
| US12001684B2 | 2019-12-12 | 2024-06-04 | Pure Storage, Inc. | Optimizing dynamic power loss protection adjustment in a storage system |
| US11055190B1 * | 2020-01-03 | 2021-07-06 | Alibaba Group Holding Limited | System and method for facilitating storage system operation with global mapping to provide maintenance without a service interrupt |
| US11449455B2 | 2020-01-15 | 2022-09-20 | Alibaba Group Holding Limited | Method and system for facilitating a high-capacity object storage system with configuration agility and mixed deployment flexibility |
| US11379447B2 | 2020-02-06 | 2022-07-05 | Alibaba Group Holding Limited | Method and system for enhancing IOPS of a hard disk drive system based on storing metadata in host volatile memory and data in non-volatile memory using a shared controller |
| US11188432B2 | 2020-02-28 | 2021-11-30 | Pure Storage, Inc. | Data resiliency by partially deallocating data blocks of a storage device |
| US11316917B2 * | 2020-03-04 | 2022-04-26 | Samsung Electronics Co., Ltd. | Methods and apparatus for peer-to-peer data channels for storage devices |
| US11449386B2 | 2020-03-20 | 2022-09-20 | Alibaba Group Holding Limited | Method and system for optimizing persistent memory on data retention, endurance, and performance for host memory |
| US11507297B2 | 2020-04-15 | 2022-11-22 | Pure Storage, Inc. | Efficient management of optimal read levels for flash storage systems |
| US11256587B2 | 2020-04-17 | 2022-02-22 | Pure Storage, Inc. | Intelligent access to a storage device |
| US11385833B2 | 2020-04-20 | 2022-07-12 | Alibaba Group Holding Limited | Method and system for facilitating a light-weight garbage collection with a reduced utilization of resources |
| US11301173B2 | 2020-04-20 | 2022-04-12 | Alibaba Group Holding Limited | Method and system for facilitating evaluation of data access frequency and allocation of storage device resources |
| US11474986B2 | 2020-04-24 | 2022-10-18 | Pure Storage, Inc. | Utilizing machine learning to streamline telemetry processing of storage media |
| US12056365B2 | 2020-04-24 | 2024-08-06 | Pure Storage, Inc. | Resiliency for a storage system |
| US11416338B2 | 2020-04-24 | 2022-08-16 | Pure Storage, Inc. | Resiliency scheme to enhance storage performance |
| US11281575B2 | 2020-05-11 | 2022-03-22 | Alibaba Group Holding Limited | Method and system for facilitating data placement and control of physical addresses with multi-queue I/O blocks |
| US11494115B2 | 2020-05-13 | 2022-11-08 | Alibaba Group Holding Limited | System method for facilitating memory media as file storage device based on real-time hashing by performing integrity check with a cyclical redundancy check (CRC) |
| US11461262B2 | 2020-05-13 | 2022-10-04 | Alibaba Group Holding Limited | Method and system for facilitating a converged computation and storage node in a distributed storage system |
| US11507499B2 | 2020-05-19 | 2022-11-22 | Alibaba Group Holding Limited | System and method for facilitating mitigation of read/write amplification in data compression |
| US11556277B2 | 2020-05-19 | 2023-01-17 | Alibaba Group Holding Limited | System and method for facilitating improved performance in ordering key-value storage with input/output stack simplification |
| US11263132B2 | 2020-06-11 | 2022-03-01 | Alibaba Group Holding Limited | Method and system for facilitating log-structure data organization |
| US11422931B2 | 2020-06-17 | 2022-08-23 | Alibaba Group Holding Limited | Method and system for facilitating a physically isolated storage unit for multi-tenancy virtualization |
| US11354200B2 | 2020-06-17 | 2022-06-07 | Alibaba Group Holding Limited | Method and system for facilitating data recovery and version rollback in a storage device |
| US11768763B2 | 2020-07-08 | 2023-09-26 | Pure Storage, Inc. | Flash secure erase |

| | | | | |
|---|---|---|---|---|
| US11354233B2 | 2020-07-27 | 2022-06-07 | Alibaba Group Holding Limited | Method and system for facilitating fast crash recovery in a storage device |
| US11372774B2 | 2020-08-24 | 2022-06-28 | Alibaba Group Holding Limited | Method and system for a solid state drive with on-chip memory integration |
| US11681448B2 | 2020-09-08 | 2023-06-20 | Pure Storage, Inc. | Multiple device IDs in a multi-fabric module storage system |
| US11513974B2 | 2020-09-08 | 2022-11-29 | Pure Storage, Inc. | Using nonce to control erasure of data blocks of a multi-controller storage system |
| US12153818B2 | 2020-09-24 | 2024-11-26 | Pure Storage, Inc. | Bucket versioning snapshots |
| US11487465B2 | 2020-12-11 | 2022-11-01 | Alibaba Group Holding Limited | Method and system for a local storage engine collaborating with a solid state drive controller |
| US11487455B2 | 2020-12-17 | 2022-11-01 | Pure Storage, Inc. | Dynamic block allocation to optimize storage system performance |
| US11734115B2 | 2020-12-28 | 2023-08-22 | Alibaba Group Holding Limited | Method and system for facilitating write latency reduction in a queue depth of one scenario |
| US11416365B2 | 2020-12-30 | 2022-08-16 | Alibaba Group Holding Limited | Method and system for open NAND block detection and correction in an open-channel SSD |
| US11614880B2 | 2020-12-31 | 2023-03-28 | Pure Storage, Inc. | Storage system with selectable write paths |
| US12229437B2 | 2020-12-31 | 2025-02-18 | Pure Storage, Inc. | Dynamic buffer for storage system |
| US11847324B2 | 2020-12-31 | 2023-12-19 | Pure Storage, Inc. | Optimizing resiliency groups for data regions of a storage system |
| US12067282B2 | 2020-12-31 | 2024-08-20 | Pure Storage, Inc. | Write path selection |
| US12093545B2 | 2020-12-31 | 2024-09-17 | Pure Storage, Inc. | Storage system with selectable write modes |
| US12061814B2 | 2021-01-25 | 2024-08-13 | Pure Storage, Inc. | Using data similarity to select segments for garbage collection |
| US11630593B2 | 2021-03-12 | 2023-04-18 | Pure Storage, Inc. | Inline flash memory qualification in a storage system |
| US12099742B2 | 2021-03-15 | 2024-09-24 | Pure Storage, Inc. | Utilizing programming page size granularity to optimize data segment storage in a storage system |
| US11726699B2 | 2021-03-30 | 2023-08-15 | Alibaba Singapore Holding Private Limited | Method and system for facilitating multi-stream sequential read performance improvement with reduced read amplification |
| US11507597B2 | 2021-03-31 | 2022-11-22 | Pure Storage, Inc. | Data replication to meet a recovery point objective |
| US11461173B1 | 2021-04-21 | 2022-10-04 | Alibaba Singapore Holding Private Limited | Method and system for facilitating efficient data compression based on error correction code and reorganization of data placement |
| US11476874B1 | 2021-05-14 | 2022-10-18 | Alibaba Singapore Holding Private Limited | Method and system for facilitating a storage server with hybrid memory for journaling and data storage |
| US11832410B2 | 2021-09-14 | 2023-11-28 | Pure Storage, Inc. | Mechanical energy absorbing bracket apparatus |
| US11994723B2 | 2021-12-30 | 2024-05-28 | Pure Storage, Inc. | Ribbon cable alignment apparatus |
| US12439544B2 | 2022-04-20 | 2025-10-07 | Pure Storage, Inc. | Retractable pivoting trap door |
| US12314163B2 | 2022-04-21 | 2025-05-27 | Pure Storage, Inc. | Die-aware scheduler |
| US12481442B2 | 2023-02-28 | 2025-11-25 | Pure Storage, Inc. | Data storage system with managed flash |
| US12204788B1 | 2023-07-21 | 2025-01-21 | Pure Storage, Inc. | Dynamic plane selection in data storage system |
| US12572421B2 | 2024-03-13 | 2026-03-10 | Pure Storage, Inc. | Wear-efficient error correction in a storage system |
| US12524309B2 | 2024-04-30 | 2026-01-13 | Pure Storage, Inc. | Intelligently forming data stripes including multiple shards in a single failure domain |
| US12487920B2 | 2024-04-30 | 2025-12-02 | Pure Storage, Inc. | Storage system with dynamic data management functions |

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| US8082393B2 | 2011-12-20 | Method and system for rebuilding data in a distributed RAID system |