**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 7:26-cv-00279-DC |
| | § | |
| GOOGLE LLC, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**
**FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)**

Before the Court is Defendant's Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) (the "Motion"). Having reviewed the Motion, the Court hereby GRANTS the Motion.

Accordingly, IT IS THEREFORE ORDERED that Plaintiff's claims of pre-suit indirect and willful infringement are dismissed.

SIGNED this _______ day of _______________, 2026.

___________________________________
HONORABLE DAVID COUNTS
UNITED STATES DISTRICT JUDGE