**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 7:26-cv-00279-DC |
| | § | |
| GOOGLE LLC, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: October 5, 2026

By: */s/ Heidi L. Keefe*

Heidi L. Keefe (CA Bar No. 178960)
hkeefe@cooley.com
Reuben H. Chen (CA Bar No. 228725)
rchen@cooley.com
Lowell D. Mead (CA Bar No. 223989)
lmead@cooley.com
Andrew Lau (*pro hac vice forthcoming*)
(CA Bar No. 347563)
andrew.lau@cooley.com
HanByul Chang (*pro hac vice forthcoming*)
(CA Bar No. 353836)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Eamonn Gardner
(CA Bar No. 310834)
egardner@cooley.com
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Telephone: +1 720 566-4000
Facsimile: +1 720 566 4099

Matthew Ritter (*pro hac vice forthcoming*)
(DC Bar No. 90036549)
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

Michael E. Jones (Tex. Bar No. 24001351)
mikejones@potterminton.com
Shaun William Hassett
(TX Bar No. 24074372)
shaunhassett@potterminton.com
Potter Minton
102 North College, Suite 900
Tyler, TX 75702
903-525-2272

Email: shaunhassett@potterminton.com

*Attorneys for Defendant*
*Google LLC*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on October 5, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via ECF.

*/s/ Heidi L. Keefe*
Heidi L. Keefe