AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CYPRESSWOOD SOLUTIONS LLC )
*Plaintiff* )
v. ) Case No. 7:26-cv-00279-DC
GOOGLE LLC )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC .

Date: 10/05/2026

/s/ Eamonn Gardner
*Attorney's signature*

Eamonn Gardner (CA Bar No. 310834)
*Printed name and bar number*

Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
*Address*

egardner@cooley.com
*E-mail address*

(720) 566-4000
*Telephone number*

(720) 566-4099
*FAX number*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on October 5, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via ECF.

*/s/ Eamonn Gardner*
Eamonn Gardner