AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

CYPRESSWOOD SOLUTIONS LLC
*Plaintiff*
v.
GOOGLE LLC
*Defendant*

Case No. 7:26-cv-00279-DC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC .

Date: 10/05/2026

/s/ Reuben H. Chen
*Attorney's signature*

Reuben H. Chen (CA Bar No. 228725)
*Printed name and bar number*

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
*Address*

rchen@cooley.com
*E-mail address*

(650) 843-5000
*Telephone number*

(650) 849-7400
*FAX number*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on October 5, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via ECF.

*/s/ Reuben H. Chen*
Reuben H. Chen