UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

CYPRESSWOOD SOLUTIONS LLC

vs. Case No.: 7:26-cv-00279-DC

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now HanByul Chang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent GOOGLE LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Cooley LLP with offices at:

   Mailing address: 3175 Hanover Street

   City, State, Zip Code: Palo Alto, CA 94304

   Telephone: 650-843-5000 Facsimile: 650-849-7400

2. Since 12/7/2023, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 353836.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| US Dist. Court-Central Dist. CA | 2/2/2024 |
| US Dist. Court-Eastern Dist. CA | 2/6/2024 |
| US Dist. Court-Northern Dist. CA | 2/5/2024 |
| US Dist. Court-Southern Dist. CA | 2/6/2024 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

n/a

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: ____________________ on the _____ day of _________________, ______.

Number: ____________________ on the _____ day of _________________, ______.

Number: ____________________ on the _____ day of _________________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Lowell D. Mead (California State Bar No.: 223989)

Mailing address: 3175 Hanover Street

City, State, Zip Code: Palo Alto, CA 94304

Telephone: 650-843-5000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of HanByul Chang to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

HanByul Chang

[printed name of Applicant]

HanByul Chang

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of October, 2026.

HanByul Chang

[printed name of Applicant]

HanByul Chang

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND-ODESSA DIVISION**

CYPRESSWOOD SOLUTIONS LLC

vs. Case No.: 7:26-cv-00279-DC

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by HanByul Chang, counsel for GOOGLE LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and HanByul Chang may appear on behalf of GOOGLE LLC in the above case.

IT IS FURTHER ORDERED that HanByul Chang, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ________ day of October, 20______.

______________________________
UNITED STATES DISTRICT JUDGE