**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

**CYPRESSWOOD SOLUTIONS LLC**

Plaintiff,

v.

**GOOGLE, LLC,**

Defendant.

**Case No. 7:26-cv-00279-DC-DTG**

**JURY TRIAL DEMANDED**

## CASE READINESS STATUS REPORT

Plaintiff Cypresswood Solutions LLC ("Cypresswood" or "Plaintiff") and Defendant Google, LLC ("Google") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* hearing date has not yet been proposed.

A trial date has not yet been proposed.

## FILING AND EXTENSIONS

Plaintiff's Original Complaint against Google was filed on July 24, 2026. Dkt. 1. There has been one extension for a total of 45 days. Dkt. 7.

## RESPONSE TO THE COMPLAINT

Google filed a Motion to Dismiss on October 5, 2026. Dkt. 11.

## PENDING MOTIONS

Google's Motion to Dismiss is pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this judicial district.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents: U.S. Patent Nos. 8,090,909; 8,219,750; 8,239,624; and 9,086,821. Plaintiff is preparing its Preliminary Infringement Contentions, which will set out the number of asserted claims.

## APPOINTMENT OF TECHNICAL ADVISOR

Plaintiff requests that a technical advisor be appointed to assist with any difficult issues related to the technology in the Asserted Patents. Defendant does not object to the appointment of a technical advisor, though respectfully requests the opportunity to object to any proposed advisor in the event of a potential conflict of interest.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on October 13, 2026. The parties have no pre-*Markman* issues needing resolution at this time.

Dated: October 13, 2026

/s/ Benjamin T. Wang
Benjamin T. Wang
bwang@raklaw.com
Marc A. Fenster
mfenster@raklaw.com
Paul Kroeger
pkroeger@raklaw.com
Neil Rubin
nrubin@raklaw.com
Joshua Scheufler
jscheufler@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

Andrea L. Fair
State Bar No. 24078488
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
E-mail: andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Cypresswood Solutions, LLC*

Respectfully submitted,

By: /s/ Heidi L. Keefe
Heidi L. Keefe (CA Bar No. 178960)
hkeefe@cooley.com
Reuben H. Chen (CA Bar No. 228725)
rchen@cooley.com
Lowell D. Mead (CA Bar No. 223989)
lmead@cooley.com
Andrew Lau (*pro hac vice*)
(CA Bar No. 347563)
andrew.lau@cooley.com
HanByul Chang (*pro hac vice*)
(CA Bar No. 353836)
hanbyul.chang@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000

Eamonn Gardner (CA Bar No. 310834)
egardner@cooley.com
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Telephone: +1 720 566-4000

Matthew Ritter (*pro hac vice*)
(DC Bar No. 90036549)
Cooley LLP
1299 Pennsylvania Avenue NW, Ste, 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800

Michael E. Jones (Tex. Bar No. 24001351)
mikejones@potterminton.com
Shaun W. Hassett (Tex. Bar No. 24074372)
shaunhassett@potterminton.com
Potter Minton
102 North College Suite 900
Tyler, TX 75702
Telephone: 903-597-8311

*Attorneys for Defendant*
*Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Benjamin T. Wang*