# Exhibit 5

# U.S. Patent No. 8,090,909 ("'909 Patent")

Accused Instrumentalities

Google's Accused Instrumentalities include without limitation the servers, relays, computers, and other infrastructure used to operate Google's Colossus and Hyperdisk, including Google Cloud and associated infrastructure, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Although the chart below refers to Google, it applies both to Google and those who are induced to, or contributorily, infringe by Google. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because any difference between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. At this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentalities.

**Claim 4**

| Claim | Accused Products |
|---|---|
| **4Pre.** A method for distributed RAID implemented on a computing device having a processor, comprising: | To the extent the preamble is limiting, Google performs distributed RAID implemented on a computing device having a processor.<br><br>For example, Google supports and enables Google Colossus (*e.g.*, distributed RAID implementation) as further detailed in limitations 4a-e below.<br>*See e.g.*: |

| | |
|---|---|
| | ◆ **Software-Defined Storage (SDS)**<br><br>Software-Defined Storage platforms like Ceph, GlusterFS, and MinIO bring RAID-like capabilities into the virtual domain. These systems employ virtual devices (vdevs) and organize storage using placement groups, which are collections of objects and data placements that can dynamically adapt to changing resource requirements. In this setup, local parity and mirroring policies are applied to efficiently handle node failures and streamline the rebuild process, ensuring data availability and integrity.<br><br>SDS solutions accomplish this by abstracting physical disk drives into large, flexible pools of storage. Instead of being constrained by the limitations of physical RAID arrays, SDS allows for the application of RAID configurations or erasure coding as policies. These policies dictate how data is distributed, protected, and retrieved across the cloud architecture, promoting resilience and scalability in response to growing data demands.<br>Source: https://www.diskinternals.com/raid-recovery/raid-in-cloud-storage-systems/ |

| | |
|---|---|
| | But how does it all work? And how can one file system underpin such a wide range of workloads? Below is a diagram of the key components of the Colossus control plane:<br><br><br>**Client library**<br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads. |

| | |
|---|---|
| | Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>**Colossus in a nutshell**<br><br>Now, let's take a closer look at how Colossus works.<br><br>But first, a little background on Colossus:<br><br>• It's the next-generation of the GFS.<br>• Its design enhances storage scalability and improves availability to handle the massive growth in data needs of an ever-growing number of applications.<br>• Colossus introduced a distributed metadata model that delivered a more scalable and highly available metadata subsystem.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>**Colossus background**<br><br>But first, here's a little background on Colossus:<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs. |

| | |
|---|---|
| | Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br><br>Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf<br><br>The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction." |

| | |
|---|---|
| | Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>With Colossus, a single cluster is scalable to exabytes of storage and tens of thousands of machines. In the example above, for example, we have instances accessing Cloud Storage from Compute Engine VMs, YouTube serving nodes, and Ads MapReduce nodes—all of which are able to share the same underlying file system to complete requests. The key ingredient is having a shared storage pool that is managed by the Colossus control plane, providing the illusion that each has its own isolated file system.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Google Colossus is a massive distributed storage system that Google uses to store and manage exabytes of data (1 exabyte is 1 million terabytes). Colossus is the next generation of Google File System (GFS), which was first introduced in 2003.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | <br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | <br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>Five separate components compose Colossus - the client library, curators, metadata database, "D" file servers, and custodians. The following image depicts the relationship between these components.<br><br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>**Client library**<br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads. |

| | |
|---|---|
| | Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Colossus' flexibility shows up in a number of publicly available Google Cloud products. Hyperdisk ML utilizes Colossus solid state disk (SSD) to support 2,500 nodes reading at 1.2 TB/s — impressive scalability. Spanner uses Colossus to address cheap HDD storage with super-fast SSD storage in the same filesystem, the foundation of its tiered storage feature. Cloud Storage uses Colossus SSD caching to deliver the cheapest storage while still supporting the intensive I/O of demanding AI/ML applications. Finally, BigQuery's Colossus-based storage provides super-fast I/O to extra-large queries.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>You trust Google Cloud with your critical data, but did you know that Google also relies on the same underlying storage infrastructure for its other businesses as well? That's right, the same storage system that powers Google Cloud also underpins Google's most popular products, supporting globally available services like YouTube, Drive, and Gmail.<br><br>That foundational storage system is Colossus, which backs Google's extensive ecosystem of storage services, such as Cloud Storage and Firestore, supporting a diverse range of workloads, including transaction processing, data serving, analytics and archiving, boot disks, and home directories.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | Before we dive into how storage services operate, it's important to understand the single infrastructure that supports both Cloud and Google products. Like any well-designed software system, all of Google is layered with a common set of scalable services. There are three main building blocks used by each of our storage services:<br><br>• **Colossus** is our cluster-level file system, successor to the Google File System (GFS).<br>• **Spanner** is our globally-consistent, scalable relational database.<br>• **Borg** is a scalable job scheduler that launches everything from compute to storage services. It was and continues to be a big influence on the design and development of Kubernetes.<br><br>These three core building blocks are used to provide the underlying infrastructure for all Google Cloud storage services, from Firestore to Cloud SQL to Filestore, and Cloud Storage. Whenever you access your favorite storage services, the same three building blocks are working together to provide everything you need. Borg provisions the needed resources, Spanner stores all the metadata about access permissions and data location, and then Colossus manages, stores, and provides access to all your data.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |
| **4a.** establishing a volume on a plurality of data banks, where the volume comprises a set of segments; and the set of segments of the volume are stored on the plurality of data banks according to a data bank order, where the data bank order is a permutation | Google establishes a volume on a plurality of data banks, where the volume comprises a set of segments; and the set of segments of the volume are stored on the plurality of data banks according to a data bank order, where the data bank order is a permutation of the plurality of data banks<br><br>For example, in Google's Colossus, the volume (or disk/file) is split into smaller units called chunks (i.e., segments), which are then distributed across many physical servers (i.e., data banks) that host their HDDs or SSDs. |

| | |
|---|---|
| of the plurality of data banks | This document discusses the block storage, commonly referred to as *disks* or *volumes*, offered by Compute Engine. You can use block storage for boot and data volumes for all compute instances, including virtual machines (VMs), containers, and bare metal instances. This page discusses how to choose block storage for your compute instances.<br><br>The terms *disk*, *volume*, and *block storage volume* are synonymous and are used interchangeably across the documentation, the Google Cloud console, the Google Cloud CLI, and the REST API.<br><br>Source: https://cloud.google.com/compute/docs/disks<br><br><br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| |   Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | D servers refers to the Chunk Servers in Google File System, and they're just network attached disks. They store all the data that's being held in Colossus. As mentioned previously, data flows directly from the D servers to the clients, to minimize the involvement of the control plane. This makes it much easier to scale the amount of data stored in Colossus without having the control plane as a bottleneck.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>When creating files, the client can send a request to the Curator node to obtain a lease. The curator node will create the new file on the D servers and send the locations of the servers back to the client. The client can then write directly to the D servers and release the lease when it's done.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>***GFS splits large files into chunks*** *– each about* ***64MB*** *– and spreads these chunks across multiple machines. Each chunk is stored in three different places, meaning there are always multiple copies available. This ensures* ***high availability*** *and* ***reliability****.*<br><br>Source: https://medium.com/@pbzbhzxk/how-does-google-store-their-data-454d3e2296ca<br><br>To make the system scalable, Google engineers minimized the number of operations that the master would have to do. If a client wanted to access a file, they would send a query to the master. The master would send the chunk servers that hold the chunks of the file, and the client would download the data from the chunk servers. The master shouldn't be involved in the minutia of transferring data from chunk servers to clients.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>Custodians in Colossus are background storage managers, and they handle things like disk space rebalancing, switching data between hot and cold storage, RAID reconstruction, failover and more.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>For disk-based storage, we want to keep disks full and busy to avoid excess inventory and wasted disk IOPs. To do this, Colossus uses intelligent disk management to get as much value as possible from available disk IOPs. Newly written data (i.e. hotter data) is evenly distributed across all the drives in a cluster. Data is then rebalanced and moved to larger capacity drives as it ages and becomes colder. This works great for analytics workloads, for example, where data typically cools off as it ages.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | **Newly written data tends to be hotter, so it's stored in flash memory. Old** analytics data tends to be cold, so that's stored in cheaper disk. Certain data will always be read at specific time intervals, so it's automatically transferred over to memory so that latency will be low.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br><br>Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf |

| | |
|---|---|
| | <br>Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf |
| **4b.** implementing a RAID level in conjunction with the volume, wherein implementing the RAID level comprises storing a set of redundancy segments, each redundancy segment corresponding to one or more of the set of segments of the volume such that each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments of the volume; | Google implements a RAID level in conjunction with the volume, wherein implementing the RAID level comprises storing a set of redundancy segments, each redundancy segment corresponding to one or more of the set of segments of the volume such that each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments of the volume.<br><br>For example, Colossus implements distributed RAID through erasure coding and/or replication (representing a RAID level), managed by the Colossus client library, to store redundant chunks of data on multiple physical disks for fault tolerance, fine-tune performance, high availability, and efficient data durability (*i.e.*, implementing a RAID level). In Colossus, a volume or file is divided into multiple segments (*i.e.*, data chunks or shards) and for fault tolerance, it also calculates redundancy segments for each chunk (either as replica chunks (mirroring) or as parity chunks (if using erasure coding)) (*i.e.*, each redundancy segment corresponding to one or more of the set of segments of the volume) and stores the segment and its redundancy segment on different D servers. To ensure fault tolerance and eliminate single points of failure, Colossus ensures that redundancy segments are stored on D servers (*i.e.*, data banks) different from those holding the original data segment (*i.e.*, each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments of the volume). |

| | |
|---|---|
| | <br><br>Source : https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Five separate components compose Colossus - the client library, curators, metadata database, "D" file servers, and custodians. The following image depicts the relationship between these components.<br>Source: https://www.infoq.com/news/2021/04/google-colossus/ |

| | |
|---|---|
| | **Client library**<br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br>Source : https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.<br>Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview |

| | |
|---|---|
| | Google ColossusFS and Facebook HDFS use two different Reed-Solomon codes - $RS(6,3)$ and $RS(10,4)$- that encode six and ten data blocks within an erasure-code stripe with three and four parity blocks respectively. As a result, they have a recovery cost of six and ten blocks, and storage overheads of 1.5x and 1.4x respectively. Microsoft Azure Storage uses an LRC code - $LRC_{comp}$, which reduces the storage overhead to 1.33x and has a similar recovery cost of six blocks as Google ColossusFS. It encodes twelve data blocks with two global and two local parity blocks (see Section 3.3 for more detailed description on LRC codes). In contrast, three-way data replication provides recovery cost of one block, but a higher storage overhead of 3x. In general, most erasure-codes including Reed-Solomon and LRC codes trade-off between recovery cost and storage overhead, as shown in Figure 3.<br>Source: https://pages.cs.wisc.edu/~msaxena/new/papers/hacfs-fast15.pdf<br>The redundancy technique used in Colossus involves splitting data into smaller chunks and copying them onto multiple servers in independent failure domains. This approach ensures that any copy that is impacted by an unavailability event, such as a network partition, or a data loss event, such as a disk failure, can be reconstructed from the remaining copies. Erasure coding is a technique that introduces additional data redundancy within the chunks, allowing regeneration of missing or corrupted data from the known blocks within the same chunk.<br>Source: https://cloud.google.com/blog/products/databases/understanding-alloydb-business-continuity-capabilities |

| | |
|---|---|
| | Under traditional erasure codes such as RS codes, redundancy is introduced in the following manner: A file to be stored is divided into equal-sized units. These units are grouped into sets of $k$ each, and for each such set of $k$ units, $r$ *parity* units (which are some mathematical functions of the $k$ original units) are computed. The set of these $(k + r)$ units constitute a *stripe*. The data and parity units belonging to a stripe are placed on different servers, typically chosen from different failure domains. The parity units possess the property that any $k$ out the $(k + r)$ units in a stripe suffice to recover the original data. Thus, failure of any $r$ units in a stripe can be tolerated without any data loss.<br>Source: https://www2.eecs.berkeley.edu/Pubs/TechRpts/2016/Archive/EECS-2016-155.pdf<br><br>Read/write operations is specified by a chunk handle and byte range. For reliablity, each chunk is replicated on multiple chunkservers. By default, three replicas ares stored, though users can designate different replication levels.<br>Source: https://abhishekkumar2718.github.io/programming/2020-03-15-google-file-system.html#architecture |

| | | |
|---|---|---|
| | | Erasure coding can be used as an alternative fault tolerance mechanism to replication because it offers the same reliability as or higher reliability than triple replication (here in after denoted as "3-replication"), with considerably lower storage overheads. The Reed-Solomon (RS) code is one of the most popular erasure codes owing to its optimal storage space utilization [8]–[11] and can be easily applied to SSD arrays in distributed storage systems to address the overheads imposed by the traditional replication method. When the RS code is employed, all input data are stored as *chunks* of fixed size. Generally, RS($k$,$m$) divides target data into $k$ data chunks and computes $m$ coding chunks associated with the data chunks. The system then distributes the total $n(=k+m)$ chunks across different storage devices or nodes. RS($k$,$m$) can recover the original data in up to $m$ data chunks among $n$ chunks in case of a failure. For example, Google Colossus, which is the successor of the Google File System [12]–[14], uses RS(6,3) to tolerate any failure in up to three chunks with only 1.5$\times$ storage overheads. Compared with the 3$\times$ storage overheads of the traditional replication, the 1.5$\times$ storage overheads of RS(6,3) are attractive for distributed storage systems.<br>Source: https://arxiv.org/pdf/1906.08602 |

| | |
|---|---|
| | The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>D servers refers to the Chunk Servers in Google File System, and they're just network attached disks. They store all the data that's being held in Colossus. As mentioned previously, data flows directly from the D servers to the clients, to minimize the involvement of the control plane. This makes it much easier to scale the amount of data stored in Colossus without having the control plane as a bottleneck.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

# RAID

50 languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

*This article is about the data storage technology. For the police unit, see RAID (French police unit). For other uses, see Raid (disambiguation).*

**RAID** is an orchestrated approach to computer data storage in which data is written to more than one secondary storage device. Instead of storing all data in a single hard disk drive or solid-state drive, RAID coordinates two or more such devices into a disk array. When the computer writes data to secondary storage, the RAID system distributes the data across the array. There are several possible ways of doing this, and those various configurations are called RAID levels.

RAID levels are distinguished by the amount of redundancy they afford and the minimum number of drives they require, as well as by their relative complexity, performance, energy efficiency, fault tolerance, and availability. The definitive techniques used by RAID were conceived in the 1970s and 1980s: data striping to improve read/write efficiency, and disk mirroring or parity drives for data recovery. With the exception of RAID 1, all of the standard RAID levels use storage virtualization to abstract multiple storage devices into one logical storage volume.

## Overview [ edit ]

Many RAID levels employ an error protection scheme called "parity", a widely used method in information technology to provide fault tolerance in a given set of data. Most use simple XOR, but RAID 6 uses two separate parities based respectively on addition and multiplication in a particular Galois field or Reed–Solomon error correction.[14]

RAID can also provide data security with solid-state drives (SSDs) without the expense of an all-SSD system. For example, a fast SSD can be mirrored with a mechanical drive. For this configuration to provide a significant speed advantage, an appropriate controller is needed that uses the fast SSD for all read operations. Adaptec calls this "hybrid RAID".[15]

| | |
|---|---|
| | **Non-standard levels** [ edit ]<br><br>*Main article: Non-standard RAID levels*<br><br>Many configurations other than the basic numbered RAID levels are possible, and many companies, organizations, and groups have created their own non-standard configurations, in many cases designed to meet the specialized needs of a small niche group. Such configurations include the following:<br><br>• Linux MD RAID 10 provides a general RAID driver that in its "near" layout defaults to a standard RAID 1 with two drives, and a standard RAID 1+0 with four drives; however, it can include any number of drives, including odd numbers. With its "far" layout, MD RAID 10 can run both striped and mirrored, even with only two drives in `f2` layout; this runs mirroring with striped reads, giving the read performance of RAID 0. Regular RAID 1, as provided by Linux software RAID, does not stripe reads, but can perform reads in parallel.[29][30][31]<br>• Hadoop has a RAID system that generates a parity file by xor-ing a stripe of blocks in a single HDFS file.[32]<br>• BeeGFS and Lustre, the parallel file systems, have internal striping (comparable to file-based RAID0) and replication (comparable to file-based RAID10) options to aggregate throughput and capacity of multiple servers and is typically based on top of an underlying RAID to make disk failures transparent.<br>• Declustered RAID scatters dual (or more) copies of the data across all disks (possibly hundreds) in a storage subsystem, while holding back enough spare capacity to allow for a few disks to fail. The scattering is based on algorithms which give the appearance of arbitrariness. When one or more disks fail the missing copies are rebuilt into that spare capacity, again arbitrarily. Because the rebuild is done from and to all the remaining disks, it operates much faster than with traditional RAID, reducing the overall impact on clients of the storage system.<br><br>Source: https://en.wikipedia.org/wiki/RAID |

| | |
|---|---|
| | The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.<br>Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview<br><br>Google ColossusFS and Facebook HDFS use two different Reed-Solomon codes - $RS(6,3)$ and $RS(10,4)$- that encode six and ten data blocks within an erasure-code stripe with three and four parity blocks respectively. As a result, they have a recovery cost of six and ten blocks, and storage overheads of 1.5x and 1.4x respectively. Microsoft Azure Storage uses an LRC code - $LRC_{comp}$, which reduces the storage overhead to 1.33x and has a similar recovery cost of six blocks as Google ColossusFS. It encodes twelve data blocks with two global and two local parity blocks (see Section 3.3 for more detailed description on LRC codes). In contrast, three-way data replication provides recovery cost of one block, but a higher storage overhead of 3x. In general, most erasure-codes including Reed-Solomon and LRC codes trade-off between recovery cost and storage overhead, as shown in Figure 3.<br>Source: https://pages.cs.wisc.edu/~msaxena/new/papers/hacfs-fast15.pdf |

| | | |
|---|---|---|
| | | Erasure coding can be used as an alternative fault tolerance mechanism to replication because it offers the same reliability as or higher reliability than triple replication (here in after denoted as "3-replication"), with considerably lower storage overheads. The Reed-Solomon (RS) code is one of the most popular erasure codes owing to its optimal storage space utilization [8]–[11] and can be easily applied to SSD arrays in distributed storage systems to address the overheads imposed by the traditional replication method. When the RS code is employed, all input data are stored as *chunks* of fixed size. Generally, RS($k$,$m$) divides target data into $k$ data chunks and computes $m$ coding chunks associated with the data chunks. The system then distributes the total $n(=k+m)$ chunks across different storage devices or nodes. RS($k$,$m$) can recover the original data in up to $m$ data chunks among $n$ chunks in case of a failure. For example, Google Colossus, which is the successor of the Google File System [12]–[14], uses RS(6,3) to tolerate any failure in up to three chunks with only 1.5× storage overheads. Compared with the 3× storage overheads of the traditional replication, the 1.5× storage overheads of RS(6,3) are attractive for distributed storage systems.<br>Source: https://arxiv.org/pdf/1906.08602 |

| | | |
|---|---|---|
| | | RAID, a technology that originated in the 1980s, has essentially evolved into a form of erasure code technology in a broad sense. In simpler terms, RAID can be thought of as an example of erasure coding because it employs a specific kind of erasure code.<br><br>For example, take parity coding. Parity coding is a straightforward erasure code that can handle the failure of one or more drives. For instance, in a RAID 5 setup over 4 drives, data is spread across 3 drives, and parity information is computed and stored on the forth drive. If one drive fails, the lost data can be reconstructed from the remaining 3 drives using the parity information. Other RAID configurations, such as RAID 6, and RAID 7.3, also fall under the category of erasure coding.<br><br>Source: https://xinnor.io/blog/a-guide-to-raid-pt-4-raid-vs-erasure-coding-whats-the-difference/<br><br>Erasure coding has been extensively used in storage systems. We review the adoption of erasure coding in **Redundant Array of Independent Disks** (**RAID**) and the distributed storage systems proposed in academia dated back in the 1990s and 2000s. We also review the recent deployment of erasure coding in production storage systems reported since the 2010s.<br><br>**RAID**. RAID was first proposed by Patterson et al. in 1988 [138] to form an array of multiple disk drives for increased capacity, scalability, and fault tolerance. In particular, for fault tolerance, RAID Level 5 (or RAID-5 in short) introduces a parity chunk into each stripe, so as to tolerate any single-disk failure, and rotates the parity chunks of all stripes across disk drives for load-balanced parity updates. RAID-5 can be viewed as a special form of erasure coding, in which $n - k = 1$, and significantly saves the storage overhead of replication in RAID Level 1 (a.k.a. mirroring). However, RAID-5 only provides single-disk fault tolerance and remains susceptible to data loss in a larger disk array. Thus, many follow-up studies (especially in the late 1990s and early 2000s) examine RAID-based codes with higher fault tolerance (see Section 3.1 for details).<br><br>Source: https://dl.acm.org/doi/10.1145/3708994 |

| | |
|---|---|
| **4c.** receiving a command corresponding to a first segment of the set of segments of the volume; | Google receives a command corresponding to a first segment of the set of segments of the volume.<br><br>For example, the Colossus client library receives I/O commands (*e.g.*, read operations) from users or Compute Engine VMs/services (*e.g.*, a YouTube serving node or Ads MapReduce job) targeting specific segments of a volume such as a first segment of the set of segments.<br><br><br><br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | Applications that need to store/retrieve data on Colossus will do so with the client library, which abstracts away all the communication the app needs to do with the Control Plane and D servers. Users of Colossus can select different service tiers based on their latency/availability/reliability requirements. They can also choose their own data encoding based on the performance cost trade-offs they need to make.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | • Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance |

| | |
|---|---|
| **4d.** determining a first data bank of the plurality of data banks, wherein the first data bank corresponds to the first segment; and | Google determines a first data bank of the plurality of data banks, wherein the first data bank corresponds to the first segment.<br><br>For example, the client library sends a request to curator with the file identifier and the desired byte offset to determine the location of the segment (*i.e.*, the first data bank). The curator looks up the metadata, including the file-to-block mappings and the data server locations for the block, and responds with metadata including the D server's location and the segment handle. The client library uses this metadata to identify and select the appropriate D server (*i.e.*, the first data bank) that corresponds to the first segment of the volume.<br><br><br><br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>The master is responsible for managing the metadata of all files stored in GFS. It would maintain information about the location and status of the files. The Chunk Servers would store the actual data. Each managed a portion of data stored in GFS, and they would replicate the data to other chunk servers to ensure fault tolerance. Then, the GFS client library could be run on other machines that wanted to create/read/delete files from a GFS cluster.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs. |

| | |
|---|---|
| | Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>Curators replace the functionality of the master node, removing the single point of failure When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can ther query the data servers directly to download the file.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| **4e.** executing the first command with respect to the first segment, wherein the first command is executed on the first data bank. | Google executes the first command with respect to the first segment, wherein the first command is executed on the first data bank.<br><br>For example, once the client library determines that a piece of data (*i.e.*, the first segment) should be read from a particular D server (*i.e.*, the first data bank), it sends an I/O request (e.g., a read operation) directly to that D server. This request specifies the block handle and the byte range to read, to execute the command and the D file server responds by streaming the requested data block directly to the client.<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>**D File Servers**<br>Colossus also minimizes the number of hops for data on the network. Data flows directly between clients and "D" file servers (our network attached disks).<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| |   Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance |