# Exhibit 6

# U.S. Patent No. 8,219,750 ("'750 Patent")

## Accused Instrumentalities

Google's Accused Instrumentalities include without limitation the servers, relays, computers, and other infrastructure used to operate Google's Colossus and Hyperdisk, including Google Cloud and associated infrastructure, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Although the chart below refers to Google, it applies both to Google and those who are induced to, or contributorily, infringe by Google. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because any difference between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. At this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentalities.

## Claim 5

| Claim | Accused Products |
|---|---|
| **5Pre.** A method for distributed RAID implemented in conjunction with various applications programs on a computing device having a processor, comprising: | To the extent the preamble is limiting, Google performs a distributed RAID implemented in conjunction with various applications programs on a computing device having a processor.<br><br>For example, Hyperdisk is implemented as an application which runs on top of Google Colossus (*i.e.*, a method for distributed RAID). The Colossus client library is implemented on computing devices, such as Google Compute Engine (GCE) Virtual Machines, YouTube serving nodes, or Ads MapReduce nodes, which are configured to have a CPU. |

Google Cloud Platform (GCP) has introduced Hyperdisk, a new high-performance storage service designed for data-intensive workloads such as Hadoop and DBMS. This service is part of GCP's Persistent Disk block storage offerings and is optimized to work with the Compute Engine (GCE) and Google Kubernetes Engine (GKE). Specifically, Hyperdisk has been mentioned in conjunction with the C3 machine series, which uses Gen 4 Xeon SP processors and an Intel Infrastructure Processing Unit (IPU) customized for Google. This combination allows for significant improvements in throughput and IOPS compared to previous generations.

Source: https://blog.gdeltproject.org/generative-ai-experiments-what-machine-types-support-what-disk-types-on-gce/

**Hyperdisks** are a type of storage device that is unique to Google Cloud. They are designed to provide ultra-fast, low-latency storage for workloads that require high-performance storage.

Hyperdisks, available with Google Cloud Compute Engine, are suitable for use cases such as real-time analytics systems and machine learning model training systems.

Source: https://bluexp.netapp.com/blog/cvo-blg-optimize-your-google-cloud-disk-storage-costs#h_h2

This document describes the features of Google Cloud Hyperdisk. Hyperdisk is the fastest and most efficient durable disk for Compute Engine. If you need boot or data disks for your compute instances—virtual machine (VM) instances, containers, and bare metal instances—Google recommends using Hyperdisk.

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

| | |
|---|---|
| | Colossus' flexibility shows up in a number of publicly available Google Cloud products. Hyperdisk ML utilizes Colossus solid state disk (SSD) to support 2,500 nodes reading at 1.2 TB/s — impressive scalability. Spanner uses Colossus to address cheap HDD storage with super-fast SSD storage in the same filesystem, the foundation of its tiered storage feature. Cloud Storage uses Colossus SSD caching to deliver the cheapest storage while still supporting the intensive I/O of demanding AI/ML applications. Finally, BigQuery's Colossus-based storage provides super-fast I/O to extra-large queries.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>**Persistent Disks**<br>• Block storage service, fully integrated with Google Cloud products like Compute Engine and GKE.<br>• It can be attached to virtual machine (VM) instances running in Compute Engine or Google Kubernetes Engine<br><br>Source: https://tutorialsdojo.com/google-cloud-storage-vs-persistent-disks-vs-local-ssd-vs-cloud-filestore/ |

| | |
|---|---|
| | When you create a virtual machine (VM) or bare metal instance using Compute Engine, you specify a machine series and a machine type for the instance. Each machine series is associated with one or more CPU platforms. If there are multiple CPU platforms available for a machine series, you can select a minimum CPU platform for the compute instance.<br><br>A CPU platform offers multiple physical processors, and each of these processors is referred to as a core. For the processors available on Compute Engine, a single CPU core can run as multiple hardware threads through Simultaneous multithreading (SMT), which is known on Intel processors as Intel Hyper-Threading Technology. On Compute Engine, each hardware thread is called a virtual CPU (vCPU). Some machine series, such as C4A, T2D, and H3, don't use SMT, and each vCPU instead represents a core. When vCPUs are reported to the VM as occupying different virtual cores, Compute Engine verifies that these vCPUs never share the same physical core.<br><br>Source: https://cloud.google.com/compute/docs/cpu-platforms<br><br>Persistent Disk is designed to run in tandem with Google's file system, Colossus, which is a distributed block storage system. Persistent Disk drivers automatically encrypt data on the VM before it's transmitted from the VM onto the network. Then, Colossus persists the data. When Colossus reads the data, the driver decrypts the incoming data.<br><br>Source: https://cloud.google.com/compute/docs/disks/persistent-disks<br><br>This document describes Compute Engine support for nested virtualization. Nested virtualization lets you run virtual machine (VM) instances inside of other VMs so you can create your own virtualization environments. To support nested virtualization, Compute Engine adds Intel Virtualization Technology (VT-x) instructions to VMs, so when you create a VM, the hypervisor that is already on that VM can run additional VMs.<br><br>Compute Engine VMs run on a physical host that has Google's security-hardened, KVM-based hypervisor. With nested virtualization, the physical host and its hypervisor are the level 0 (L0) environment. The L0 environment can host multiple level 1 (L1) VMs. On each L1 VM is another hypervisor, which is used to install the level 2 (L2) VMs. Figure 1 shows the relationship between the physical host, the L1 VMs, and the L2 VMs: |

| | |
|---|---|
| | Source: https://cloud.google.com/compute/docs/instances/nested-virtualization/overview<br><br>To create and manage instances, you can use a variety of tools, including the Google Cloud console, the `gcloud` command-line tool, and the REST API. To configure applications on your instances, connect to the instance using Secure Shell (SSH) for Linux instances or Remote Desktop Protocol (RDP) for Windows Server instances.<br><br>Source: https://cloud.google.com/compute/docs/instances<br><br>You trust Google Cloud with your critical data, but did you know that Google also relies on the same underlying storage infrastructure for its other businesses as well? That's right, the same storage system that powers Google Cloud also underpins Google's most popular products, supporting globally available services like YouTube, Drive, and Gmail.<br><br>That foundational storage system is Colossus, which backs Google's extensive ecosystem of storage services, such as Cloud Storage and Firestore, supporting a diverse range of workloads, including transaction processing, data serving, analytics and archiving, boot disks, and home directories.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Source: https://www.infoq.com/news/2021/04/google-colossus/ |

| | |
|---|---|
| | Before we dive into how storage services operate, it's important to understand the single infrastructure that supports both Cloud and Google products. Like any well-designed software system, all of Google is layered with a common set of scalable services. There are three main building blocks used by each of our storage services:<br>• **Colossus** is our cluster-level file system, successor to the Google File System (GFS).<br>• **Spanner** is our globally-consistent, scalable relational database.<br>• **Borg** is a scalable job scheduler that launches everything from compute to storage services. It was and continues to be a big influence on the design and development of Kubernetes.<br>These three core building blocks are used to provide the underlying infrastructure for all Google Cloud storage services, from Firestore to Cloud SQL to Filestore, and Cloud Storage. Whenever you access your favorite storage services, the same three building blocks are working together to provide everything you need. Borg provisions the needed resources, Spanner stores all the metadata about access permissions and data location, and then Colossus manages, stores, and provides access to all your data.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br>Google Colossus is a massive distributed storage system that Google uses to store and manage exabytes of data (1 exabyte is 1 million terabytes). Colossus is the next generation of Google File System (GFS), which was first introduced in 2003.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| |   Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |




Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance

Five separate components compose Colossus - the client library, curators, metadata database, "D" file servers, and custodians. The following image depicts the relationship between these components.

Source: https://www.infoq.com/news/2021/04/google-colossus/

**Client library**

The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.

<table>
<tr>
<td></td>
<td>
Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system

<h1>Colossus in a nutshell</h1>

Now, let's take a closer look at how Colossus works.

But first, a little background on Colossus:

<ul>
<li>It's the next-generation of the GFS.</li>
<li>Its design enhances storage scalability and improves availability to handle the massive growth in data needs of an ever-growing number of applications.</li>
<li>Colossus introduced a distributed metadata model that delivered a more scalable and highly available metadata subsystem.</li>
</ul>

Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system
</td>
</tr>
</table>

## Colossus background

But first, here's a little background on Colossus:

- Colossus is an evolution of the Google File System (GFS).
- The traditional Colossus filesystem is contained in a single datacenter.
- Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.
- The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.
- Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.

Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance




Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf

| | |
|---|---|
| | The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>With Colossus, a single cluster is scalable to exabytes of storage and tens of thousands of machines. In the example above, for example, we have instances accessing Cloud Storage from Compute Engine VMs, YouTube serving nodes, and Ads MapReduce nodes—all of which are able to share the same underlying file system to complete requests. The key ingredient is having a shared storage pool that is managed by the Colossus control plane, providing the illusion that each has its own isolated file system.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | **Compute Engine instances** Send feedback<br><br>This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.<br><br>Source: https://cloud.google.com/compute/docs/instances<br><br>By default, each Compute Engine instance has a small boot disk that contains the operating system. You can add more disks to the instance when you create it, and you can add disks to an instance while the instance is running. For more information about disks in Compute Engine, see Choose a disk type.<br>Source : https://cloud.google.com/compute/docs/instances<br><br>The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.<br>Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview |

| | |
|---|---|
| | The redundancy technique used in Colossus involves splitting data into smaller chunks and copying them onto multiple servers in independent failure domains. This approach ensures that any copy that is impacted by an unavailability event, such as a network partition, or a data loss event, such as a disk failure, can be reconstructed from the remaining copies. Erasure coding is a technique that introduces additional data redundancy within the chunks, allowing regeneration of missing or corrupted data from the known blocks within the same chunk.<br>Source: https://cloud.google.com/blog/products/databases/understanding-alloydb-business-continuity-capabilities |
| **5a.** establishing a first volume on a plurality of data banks, where the first volume comprises a set of segments and the set of segments are stored on the plurality of data banks; | Google establishes a first volume on a plurality of data banks, where the first volume comprises a set of segments and the set of segments are stored on the plurality of data banks.<br><br>For example, Hyperdisks are block storage volumes (called "Hyperdisk volumes"). Hyperdisk maps these volumes onto Google's Colossus backend, which stores data across many physical D servers (*i.e.*, plurality of data banks) for durability and availability. In Colossus, the volume is split into smaller atomic units called chunks (*i.e.*, set of segments), and each chunk is stored on different physical D servers (network-attached disks) (*i.e.*, on a plurality of data banks) that host their HDDs or SSDs.<br><br>**About Hyperdisk Storage Pools**   Send feedback<br>Release Notes<br><br>Hyperdisk Storage Pools can be used with Compute Engine for large-scale storage. A Hyperdisk Storage Pool is a pre-purchased collection of capacity, throughput, and IOPS which you can then provision to your applications as needed. You can use Hyperdisk Storage Pools to create and manage disks in pools and use the disks across multiple workloads. By managing disks in aggregate, you can save costs while achieving expected capacity and performance growth. By using only the storage you need in Hyperdisk Storage Pools, you reduce the complexity of forecasting capacity and reduce management toil by going from managing hundreds of disks to managing a single storage pool.<br>Source: https://cloud.google.com/compute/docs/disks/storage-pools |

| | |
|---|---|
| | **Hyperdisk Storage Pools**<br><br>Hyperdisk Storage Pools make it easier to lower your block storage total cost of ownership and simplify block storage management. With Hyperdisk Storage Pools, you can share a pool of capacity and performance across a maximum of 1,000 disks in a single project. Because storage pools offer thin-provisioning and data reduction, you can achieve higher efficiency.<br><br>Storage pools simplify migrating your on-premises SAN to the cloud, and also make it easier to provide your workloads with the capacity and performance that they need.<br><br>You create a storage pool with the estimated capacity and performance for all workloads in a project in a specific zone. You then create disks in this storage pool and attach the disks to existing VMs. You can also create a disk in the storage pool as part of creating a new VM. Each storage pool contains one type of disk, such as Hyperdisk Throughput. There are two types of Hyperdisk Storage Pools:<br><br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks<br><br>**How Hyperdisk Storage Pools work**<br><br>You create a storage pool with the aggregate capacity and performance that your workloads will need, and then create disks in the storage pool. You can then attach the disks to your VMs. When you create the disks, you can create them with a much larger size or provisioned performance limit than is needed. This simplifies planning and provides room for growth later, without necessitating changing the disk's provisioned size or performance at a later date.<br><br>Source: https://cloud.google.com/compute/docs/disks/storage-pools |

## Google Cloud Hyperdisk overview

Send feedback

Release Notes

This document describes the features of Google Cloud Hyperdisk. Hyperdisk is the fastest and most efficient durable disk for Compute Engine. If you need boot or data disks for your compute instances—virtual machine (VM) instances, containers, and bare metal instances—Google recommends using Hyperdisk.

For information about the other block storage options in Compute Engine, see Choose a disk type.

To create a new Hyperdisk volume, see Create a Hyperdisk volume.

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

This document discusses the block storage, commonly referred to as *disks* or *volumes*, offered by Compute Engine. You can use block storage for boot and data volumes for all compute instances, including virtual machines (VMs), containers, and bare metal instances. This page discusses how to choose block storage for your compute instances.

The terms *disk*, *volume*, and *block storage volume* are synonymous and are used interchangeably across the documentation, the Google Cloud console, the Google Cloud CLI, and the REST API.

Source: https://cloud.google.com/compute/docs/disks

| | |
|---|---|
| | Supported values for Hyperdisk volumes<br><br>Size limits<br><br>The size you specify for a Hyperdisk volume must be within the ranges listed in following table.<br><br>[table below]<br><br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk<br><br>Add a Hyperdisk volume to your instance<br><br>You can create and attach a Hyperdisk volume by using the Google Cloud console, Google Cloud CLI, or REST.<br><br>The size, throughput, and IOPS that you specify when creating a Hyperdisk volume must be in the range of supported values.<br><br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk |

| Hyperdisk type | Minimum size | Maximum size | Default size |
|---|---|---|---|
| Hyperdisk Balanced | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Balanced High Availability | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Extreme | 64 GiB | 64 TiB | 1 TiB |
| Hyperdisk ML | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Throughput | 2 TiB | 32 TiB | 2 TiB |




Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

- Colossus is an evolution of the Google File System (GFS).
- The traditional Colossus filesystem is contained in a single datacenter.
- Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.
- The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.
- Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.

Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

D servers refers to the Chunk Servers in Google File System, and they're just network attached disks. They store all the data that's being held in Colossus. As mentioned previously, data flows directly from the D servers to the clients, to minimize the involvement of the control plane. This makes it much easier to scale the amount of data stored in Colossus without having the control plane as a bottleneck.

Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

| | |
|---|---|
| | When creating files, the client can send a request to the Curator node to obtain a lease. The curator node will create the new file on the D servers and send the locations of the servers back to the client. The client can then write directly to the D servers and release the lease when it's done.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>*GFS splits large files into chunks – each about 64MB – and spreads these chunks across multiple machines. Each chunk is stored in three different places, meaning there are always multiple copies available. This ensures **high availability** and **reliability**.*<br>Source: https://medium.com/@pbzbhzxk/how-does-google-store-their-data-454d3e2296ca<br><br>To make the system scalable, Google engineers minimized the number of operations that the master would have to do. If a client wanted to access a file, they would send a query to the master. The master would send the chunk servers that hold the chunks of the file, and the client would download the data from the chunk servers. The master shouldn't be involved in the minutia of transferring data from chunk servers to clients.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |
| **5b.** establishing a second volume stored on each of the plurality of data banks wherein the second volume corresponds to a first application program stored as a first virtual machine | Google establishes a second volume stored on each of the plurality of data banks wherein the second volume corresponds to a first application program stored as a first virtual machine.<br><br>For example, when a Hyperdisk is created for a GCE VM running the user-level application (*i.e.*, a first application program stored as a first virtual machine), a volume is being set up (the Hyperdisk) for that app. Colossus, Google's backend storage system, takes this volume (*i.e.*, a second volume) and splits it into segments, spreading those parts across many storage servers, which are D servers (*i.e.*, plurality of data banks). |

| | |
|---|---|
| | **About Hyperdisk Storage Pools** Send feedback<br><br>Release Notes<br><br>Hyperdisk Storage Pools can be used with Compute Engine for large-scale storage. A Hyperdisk Storage Pool is a pre-purchased collection of capacity, throughput, and IOPS which you can then provision to your applications as needed. You can use Hyperdisk Storage Pools to create and manage disks in pools and use the disks across multiple workloads. By managing disks in aggregate, you can save costs while achieving expected capacity and performance growth. By using only the storage you need in Hyperdisk Storage Pools, you reduce the complexity of forecasting capacity and reduce management toil by going from managing hundreds of disks to managing a single storage pool.<br><br>Source: https://cloud.google.com/compute/docs/disks/storage-pools<br><br>**Hyperdisk Storage Pools**<br><br>Hyperdisk Storage Pools make it easier to lower your block storage total cost of ownership and simplify block storage management. With Hyperdisk Storage Pools, you can share a pool of capacity and performance across a maximum of 1,000 disks in a single project. Because storage pools offer thin-provisioning and data reduction, you can achieve higher efficiency.<br><br>Storage pools simplify migrating your on-premises SAN to the cloud, and also make it easier to provide your workloads with the capacity and performance that they need.<br><br>You create a storage pool with the estimated capacity and performance for all workloads in a project in a specific zone. You then create disks in this storage pool and attach the disks to existing VMs. You can also create a disk in the storage pool as part of creating a new VM. Each storage pool contains one type of disk, such as Hyperdisk Throughput. There are two types of Hyperdisk Storage Pools:<br><br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks |

## How Hyperdisk Storage Pools work

You create a storage pool with the aggregate capacity and performance that your workloads will need, and then create disks in the storage pool. You can then attach the disks to your VMs. When you create the disks, you can create them with a much larger size or provisioned performance limit than is needed. This simplifies planning and provides room for growth later, without necessitating changing the disk's provisioned size or performance at a later date.

Source: https://cloud.google.com/compute/docs/disks/storage-pools

# Google Cloud Hyperdisk overview

Send feedback

Release Notes

This document describes the features of Google Cloud Hyperdisk. Hyperdisk is the fastest and most efficient durable disk for Compute Engine. If you need boot or data disks for your compute instances—virtual machine (VM) instances, containers, and bare metal instances—Google recommends using Hyperdisk.

For information about the other block storage options in Compute Engine, see Choose a disk type.

To create a new Hyperdisk volume, see Create a Hyperdisk volume.

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

This document discusses the block storage, commonly referred to as *disks* or *volumes*, offered by Compute Engine. You can use block storage for boot and data volumes for all compute instances, including virtual machines (VMs), containers, and bare metal instances. This page discusses how to choose block storage for your compute instances.

The terms *disk*, *volume*, and *block storage volume* are synonymous and are used interchangeably across the documentation, the Google Cloud console, the Google Cloud CLI, and the REST API.

Source: https://cloud.google.com/compute/docs/disks

| | |
|---|---|
| | **Supported values for Hyperdisk volumes**<br><br>**Size limits**<br><br>The size you specify for a Hyperdisk volume must be within the ranges listed in following table.<br><br>(see table below)<br><br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk |

## Supported values for Hyperdisk volumes

### Size limits

The size you specify for a Hyperdisk volume must be within the ranges listed in following table.

| Hyperdisk type | Minimum size | Maximum size | Default size |
|---|---|---|---|
| Hyperdisk Balanced | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Balanced High Availability | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Extreme | 64 GiB | 64 TiB | 1 TiB |
| Hyperdisk ML | 4 GiB | 64 TiB | 100 GiB |
| Hyperdisk Throughput | 2 TiB | 32 TiB | 2 TiB |

Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk

| Workload type | Recommended Hyperdisk type |
|---|---|
| • Most enterprise applications<br>• Boot disks<br>• Virtual desktops<br>• Postgres, MySQL | Hyperdisk Balanced |

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

| | |
|---|---|
| | You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:<br>• Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.<br>• Format and mount the volume to provide access to a data or file system.<br>For Hyperdisk Balanced volumes, you can also create boot disks as well as data disks.<br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk<br><br>• Only new disks in the same project and zone can be created in a storage pool.<br>• Moving disks in or out of a storage pool is not permitted. To move a disk in or out of a storage pool, you have to recreate the disk from a snapshot. For more information, see Change the disk type.<br>• To create boot disks in a storage pool, you must use a Hyperdisk Balanced Storage Pool.<br>• Storage pools don't support regional disks.<br>• You can't clone, create instant snapshots of, or configure Asynchronous Replication for disks in a storage pool.<br>Source: https://cloud.google.com/compute/docs/disks/storage-pools |

| | |
|---|---|
| |   Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>When creating files, the client can send a request to the Curator node to obtain a lease. The curator node will create the new file on the D servers and send the locations of the servers back to the client. The client can then write directly to the D servers and release the lease when it's done.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>***GFS splits large files into chunks*** *– each about* ***64MB*** *– and spreads these chunks across multiple machines. Each chunk is stored in three different places, meaning there are always multiple copies available. This ensures* ***high availability*** *and* ***reliability****.*<br>Source: https://medium.com/@pbzbhzxk/how-does-google-store-their-data-454d3e2296ca |

To make the system scalable, Google engineers minimized the number of operations that the master would have to do. If a client wanted to access a file, they would send a query to the master. The master would send the chunk servers that hold the chunks of the file, and the client would download the data from the chunk servers. The master shouldn't be involved in the minutia of transferring data from chunk servers to clients.

Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:

- Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.
- Format and mount the volume to provide access to a data or file system.

Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk

## Compute Engine instances

Send feedback

This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.

Source: https://cloud.google.com/compute/docs/instances

You can add hardware-based encryption to a Hyperdisk Balanced disk by enabling Confidential mode for the disk when you create it. You can use Confidential mode only with Hyperdisk Balanced disks that are attached to Confidential VMs.

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

| | |
|---|---|
| | To create and manage instances, you can use a variety of tools, including the Google Cloud console, the `gcloud` command-line tool, and the REST API. To configure applications on your instances, connect to the instance using Secure Shell (SSH) for Linux instances or Remote Desktop Protocol (RDP) for Windows Server instances.<br><br>Source: https://cloud.google.com/compute/docs/instances |
| **5c.** executing the first application program on at least one of the plurality of data banks, wherein executing the first application program comprises executing the first virtual machine using a virtualization layer on the at least one of the plurality of data banks; | Google executes the first application program on at least one of the plurality of data banks, wherein executing the first application program comprises executing the first virtual machine using a virtualization layer on the at least one of the plurality of data banks.<br><br>For example, when a Google Compute Engine virtual machine ("VM") is deployed by a user, an application program runs inside that VM (*i.e.*, the first application program), which is executed on D servers (*i.e.*, a plurality of data banks). Here, the VM is a computing instance provided by Google Cloud Platform that allows users to create and execute virtual machines (*i.e.*, the first virtual machine) in the cloud. Each Compute Engine VM interacts with its attached Hyperdisk volumes, which are mapped onto Colossus.<br><br>You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:<br>• Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.<br>• Format and mount the volume to provide access to a data or file system.<br><br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk<br><br>You can add hardware-based encryption to a Hyperdisk Balanced disk by enabling Confidential mode for the disk when you create it. You can use Confidential mode only with Hyperdisk Balanced disks that are attached to Confidential VMs.<br><br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks |

| | |
|---|---|
| | Compute Engine instances support a declarative method for launching your applications using containers. When creating an instance or an instance template, you can provide a Docker image name and launch configuration. Compute Engine takes care of the rest including supplying an up-to-date Container-Optimized OS image with Docker installed and launching your container when the instance starts. For more information, see Deploying containers on instances and MIGs.<br>Source: https://cloud.google.com/compute/docs/instances<br><br>To create and manage instances, you can use a variety of tools, including the Google Cloud console, the `gcloud` command-line tool, and the REST API. To configure applications on your instances, connect to the instance using Secure Shell (SSH) for Linux instances or Remote Desktop Protocol (RDP) for Windows Server instances.<br>Source: https://cloud.google.com/compute/docs/instances<br><br><br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

# Compute Engine instances

Send feedback

This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.

Source: https://cloud.google.com/compute/docs/instances

## What is Google Cloud Compute Engine?

A virtual machine is a computing instance provided by Google Cloud Platform that allows users to create and run virtual machines in the cloud. A virtual machine is essentially a software emulation of a physical computer running its own operating system and applications within a larger infrastructure.

Google Cloud Compute Engine allows VMs to be created with a variety of hardware and software configurations, such as the number of virtual CPUs, amount of memory, and storage. Developers can also choose the operating system they want to run on their VM, including popular options such as Windows Server, Ubuntu, Debian, CentOS and Red Hat Enterprise Linux.

One of the main advantages of virtual machines is the ability to expand or reduce resources as needed. Users can easily adjust the number of virtual CPUs and memory allocated to a VM to quickly respond to changing work requirements.

Source: https://s-peers.com/en/sap-analytics/google-cloud-platform/computing/compute-engine-virtual-machine/

Compute Engine lets you create and run virtual machines on Google infrastructure. You can create virtual machines running different operating systems, including multiple flavors of Linux (Debian, Ubuntu, Suse, Red Hat, CoreOS) and Windows Server!

Compute Engine provides persistent disks for use as the primary storage for your virtual machine instances. Like physical hard drives, persistent disks exist independently of the rest of your machine – if a virtual machine instance is deleted, the attached persistent disk continues to retain its data and can be attached to another instance.

Source: https://www.cloudskillsboost.google/focuses/1753?parent=catalog

# About nested virtualization

Send feedback

Linux

This document describes Compute Engine support for nested virtualization. Nested virtualization lets you run virtual machine (VM) instances inside of other VMs so you can create your own virtualization environments. To support nested virtualization, Compute Engine adds Intel Virtualization Technology (VT-x) instructions to VMs, so when you create a VM, the hypervisor that is already on that VM can run additional VMs.

Compute Engine VMs run on a physical host that has Google's security-hardened, KVM-based hypervisor. With nested virtualization, the physical host and its hypervisor are the level 0 (L0) environment. The L0 environment can host multiple level 1 (L1) VMs. On each L1 VM is another hypervisor, which is used to install the level 2 (L2) VMs. Figure 1 shows the relationship between the physical host, the L1 VMs, and the L2 VMs:

Source: https://cloud.google.com/compute/docs/instances/nested-virtualization/overview

<table>
<tr><td></td><td>

Source: https://cloud.google.com/compute/docs/instances/nested-virtualization/overview</td></tr>
<tr><td>5d. implementing a RAID level in conjunction with the first volume, wherein implementing the RAID level comprises storing a set of redundancy segments, each redundancy segment corresponding to one or more of the set segments such that each redundancy</td><td>Google implements a RAID level in conjunction with the first volume, wherein implementing the RAID level comprises storing a set of redundancy segments, each redundancy segment corresponding to one or more of the set segments such that each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments.<br><br>For example, Hyperdisk Balanced High Availability (“Hyperdisk HA”) is a type of Hyperdisk volume that implements synchronous replication of data across two zones within the same region, thereby providing RAID 1 – equivalent redundancy (i.e., implementing a RAID level in conjunction with the volume using replication). With Hyperdisk HA, for each data segment (i.e., portion of the volume), the system writes a corresponding redundant (replicated) segment to a second zone. This ensures that redundancy resides in a different physical zone (i.e., a separate D server or data bank) from the original data segment (i.e., each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments of the volume).</td></tr>
</table>

<table>
<tr>
<td>segment does not reside on the same data bank as the corresponding one or more of the set of segments;</td>
<td>
Disk mirroring, also known as RAID 1, is the replication of data across two or more disks. The term "disk mirroring" is sometimes used in a broader sense to describe any type of disk replication, but in most cases, it is meant within the context of RAID 1.<br><br>
Disk mirroring ensures that there is at least one exact copy of the data at any given time in case of drive failure or other significant event. For this reason, a RAID 1 array requires a minimum of two physical drives, which is the typical configuration. It's possible to set up an array with three or more drives if the RAID controller supports it, but most IT teams opt for only two drives. If they want additional redundancy, they might back up the data to additional drives, rather than incorporating them into the RAID array.<br><br>
Source: https://www.techtarget.com/searchstorage/definition/disk-mirroring<br><br>
RAID level 1 – Mirroring<br>
Data are stored twice by writing them to both the data drive (or set of data drives) and a mirror drive (or set of drives). If a drive fails, the controller uses either the data drive or the mirror drive for data recovery and continuous operation. You need at least 2 drives for a RAID 1 array.<br><br>


RAID 1 – Mirroring<br><br>
Source: https://www.prepressure.com/library/technology/raid
</td>
</tr>
</table>

| | |
|---|---|
| | **Hyperdisk type**<br>Hyperdisk Balanced<br>Hyperdisk Balanced High Availability<br>Hyperdisk Extreme<br>Hyperdisk ML<br>Hyperdisk Throughput<br><br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks<br><br>• To protect your data in case of a zonal outage, use Hyperdisk Balanced High Availability. Data on Hyperdisk Balanced High Availability volumes is synchronously replicated across two zones within the same region to protect against up to one zonal outage.<br><br>Source : https://cloud.google.com/compute/docs/disks/hyperdisks |

| | |
|---|---|
| | **About synchronous disk replication** Send feedback<br>Release Notes<br>Regional Persistent Disk and Hyperdisk Balanced High Availability are storage options that let you implement high availability (HA) services in Compute Engine. Regional Persistent Disk and Hyperdisk Balanced High Availability synchronously replicate data between two zones in the same region and ensure HA for disk data for up to one zonal failure.<br>Regional Persistent Disk and Hyperdisk Balanced High Availability volumes are designed for workloads that require a lower Recovery Point Objective (RPO) and Recovery Time Objective (RTO). To learn more about RPO and RTO, see Basics of disaster recovery planning.<br>Source: https://cloud.google.com/compute/docs/disks/about-regional-persistent-disk |
| **5e.** receiving a command corresponding to a first segment of the set of segments of the first volume, wherein the command was received from the first application program executing on the at least one of the plurality of data banks; | Google receives a command corresponding to a first segment of the set of segments of the first volume, wherein the command was received from the first application program executing on the at least one of the plurality of data banks.<br><br>For example, the Colossus client library receives I/O commands (*e.g.*, a read operation) from the user or Compute Engine VM/service (*e.g.*, a YouTube serving node or Ads MapReduce job) for a specific segment (*i.e.*, a first segment). The GCE VM is being integrated with Hyperdisk to provide storage for running user-level applications (*i.e.*, first application program) in a virtual machine instance. The application programs (*i.e.*, the first application program) run on virtual machines hosted by Google's physical servers, and issue commands or data operations. |

| | |
|---|---|
| | <br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>Applications that need to store/retrieve data on Colossus will do so with the client library, which abstracts away all the communication the app needs to do with the Control Plane and D servers. Users of Colossus can select different service tiers based on their latency/availability/reliability requirements. They can also choose their own data encoding based on the performance cost trade-offs they need to make.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br>Source: https://www.infoq.com/news/2021/04/google-colossus/ |

| | |
|---|---|
| | The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:<br>• Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.<br>• Format and mount the volume to provide access to a data or file system.<br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk<br><br>**Compute Engine instances** Send feedback<br><br>This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.<br>Source : https://cloud.google.com/compute/docs/instances |

| | |
|---|---|
| | You can add hardware-based encryption to a Hyperdisk Balanced disk by enabling Confidential mode for the disk when you create it. You can use Confidential mode only with Hyperdisk Balanced disks that are attached to Confidential VMs.<br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks<br><br>To create and manage instances, you can use a variety of tools, including the Google Cloud console, the `gcloud` command-line tool, and the REST API. To configure applications on your instances, connect to the instance using Secure Shell (SSH) for Linux instances or Remote Desktop Protocol (RDP) for Windows Server instances.<br>Source: https://cloud.google.com/compute/docs/instances<br><br>**What is Google Cloud Compute Engine?**<br>A virtual machine is a computing instance provided by Google Cloud Platform that allows users to create and run virtual machines in the cloud. A virtual machine is essentially a software emulation of a physical computer running its own operating system and applications within a larger infrastructure.<br>Google Cloud Compute Engine allows VMs to be created with a variety of hardware and software configurations, such as the number of virtual CPUs, amount of memory, and storage. Developers can also choose the operating system they want to run on their VM, including popular options such as Windows Server, Ubuntu, Debian, CentOS and Red Hat Enterprise Linux.<br>One of the main advantages of virtual machines is the ability to expand or reduce resources as needed. Users can easily adjust the number of virtual CPUs and memory allocated to a VM to quickly respond to changing work requirements.<br>Source: https://s-peers.com/en/sap-analytics/google-cloud-platform/computing/compute-engine-virtual-machine/ |

| | |
|---|---|
| | Compute Engine lets you create and run virtual machines on Google infrastructure. You can create virtual machines running different operating systems, including multiple flavors of Linux (Debian, Ubuntu, Suse, Red Hat, CoreOS) and Windows Server!<br><br>Compute Engine provides persistent disks for use as the primary storage for your virtual machine instances. Like physical hard drives, persistent disks exist independently of the rest of your machine – if a virtual machine instance is deleted, the attached persistent disk continues to retain its data and can be attached to another instance.<br><br>Source: https://www.cloudskillsboost.google/focuses/1753?parent=catalog<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance |
| **5f.** determining a first data bank of the plurality of data banks, wherein the first data bank corresponds to the first segment; | Google determines a first data bank of the plurality of data banks, wherein the first data bank corresponds to the first segment.<br><br>For example, the client library sends a request to the curator with the file identifier and the desired byte offset to determine the location of the segment (*i.e.*, the first data bank). The curator looks up the metadata, including the file-to-block mappings and the data server locations for the block, and responds with metadata including the D server's |

location and the segment handle. The client library uses this metadata to identify and select the appropriate D server (*i.e.*, the first data bank) that corresponds to the first segment of the volume.




Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

> Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.

Source: https://www.infoq.com/news/2021/04/google-colossus/

| | |
|---|---|
| | The master is responsible for managing the metadata of all files stored in GFS. It would maintain information about the location and status of the files. The Chunk Servers would store the actual data. Each managed a portion of data stored in GFS, and they would replicate the data to other chunk servers to ensure fault tolerance. Then, the GFS client library could be run on other machines that wanted to create/read/delete files from a GFS cluster.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file. |

| | |
|---|---|
| | Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |
| **5g.** executing the first command with respect to the first segment, wherein the first command is executed on the first data bank; | Google executes the first command with respect to the first segment wherein the first command is executed on the first data bank.<br><br>For example, once the client library determines that a piece of data (*i.e.*, the first segment) should be read from a particular D server (*i.e.*, the first data bank), it sends an I/O request (*e.g.*, a read operation) directly to that D server. This request specifies the block handle and the byte range to read, to execute the command and the "D" file server responds by streaming the requested data block directly to the client.<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>**D File Servers**<br>Colossus also minimizes the number of hops for data on the network. Data flows directly between clients and "D" file servers (our network attached disks).<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |




Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

- Colossus is an evolution of the Google File System (GFS).
- The traditional Colossus filesystem is contained in a single datacenter.
- Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.
- The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.
- Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.

Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance

| | |
|---|---|
| **5h.** determining if the first command is a write command and if the first command is a write command determining a second data bank of the plurality of data banks, wherein the second data banks corresponds to a first redundancy segment associated with the first segment and if the second data bank is the data bank which received the command execute the first command with respect to the first redundancy segment and if not, forward the first command to the second data bank, wherein each segment of the first volume corresponds to one of the plurality of data banks and each segment is allocated to one of the plurality of data banks according to a | Google determines if the first command is a write command and if the first command is a write command determining a second data bank of the plurality of data banks, wherein the second data banks corresponds to a first redundancy segment associated with the first segment and if the second data bank is the data bank which received the command execute the first command with respect to the first redundancy segment and if not, forward the first command to the second data bank, wherein each segment of the first volume corresponds to one of the plurality of data banks and each segment is allocated to one of the plurality of data banks according to a permutation of the plurality of data banks and each of the redundancy segments is allocated to one of the plurality of data banks which is distinct from each of the plurality of data banks corresponding to any segments of the first volume associated with that redundancy segment.<br><br>For example, with Hyperdisk HA, for each data segment (*i.e.*, portion of the volume), the system writes a corresponding redundant (replicated) segment to a second zone. This ensures that redundancy resides in a different physical zone (*i.e.*, a separate D server or data bank) from the original data segment (*i.e.*, each redundancy segment does not reside on the same data bank as the corresponding one or more of the set of segments of the volume). If the replica is not "Synced," *i.e.*, that it has not received all write commands, the replica is in "Catching up" state, these write commands will necessarily be forwarded at a later time, as the system is known to be working towards a "Synced" state. Moreover, each replica is implemented on top of Colossus, which allocates each segment to a plurality of data banks according to a permutation determined by the Curators.<br><br>Disk mirroring, also known as RAID 1, is the replication of data across two or more disks. The term "disk mirroring" is sometimes used in a broader sense to describe any type of disk replication, but in most cases, it is meant within the context of RAID 1.<br><br>Disk mirroring ensures that there is at least one exact copy of the data at any given time in case of drive failure or other significant event. For this reason, a RAID 1 array requires a minimum of two physical drives, which is the typical configuration. It's possible to set up an array with three or more drives if the RAID controller supports it, but most IT teams opt for only two drives. If they want additional redundancy, they might back up the data to additional drives, rather than incorporating them into the RAID array.<br><br>Source: https://www.techtarget.com/searchstorage/definition/disk-mirroring |

<table>
<tr>
<td>permutation of the plurality of data banks and each of the redundancy segments is allocated to one of the plurality of data banks which is distinct from each of the plurality of data banks corresponding to any segments of the first volume associated with that redundancy segment.</td>
<td>

**RAID level 1 – Mirroring**

Data are stored twice by writing them to both the data drive (or set of data drives) and a mirror drive (or set of drives). If a drive fails, the controller uses either the data drive or the mirror drive for data recovery and continuous operation. You need at least 2 drives for a RAID 1 array.




RAID 1 – Mirroring

Source: https://www.prepressure.com/library/technology/raid

<table>
<tr><th>Hyperdisk type</th></tr>
<tr><td>Hyperdisk Balanced</td></tr>
<tr><td>Hyperdisk Balanced High Availability</td></tr>
<tr><td>Hyperdisk Extreme</td></tr>
<tr><td>Hyperdisk ML</td></tr>
<tr><td>Hyperdisk Throughput</td></tr>
</table>

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

</td>
</tr>
</table>

| | |
|---|---|
| | • To protect your data in case of a zonal outage, use Hyperdisk Balanced High Availability. Data on Hyperdisk Balanced High Availability volumes is synchronously replicated across two zones within the same region to protect against up to one zonal outage.<br>Source : [https://cloud.google.com/compute/docs/disks/hyperdisks](https://cloud.google.com/compute/docs/disks/hyperdisks) |

Home > Documentation > Compute > Compute Engine > Guides

Was this helpful?

# About synchronous disk replication

Send feedback

Regional Persistent Disk and Hyperdisk Balanced High Availability are storage options that let you implement high availability (HA) services in Compute Engine. Regional Persistent Disk and Hyperdisk Balanced High Availability synchronously replicate data between two zones in the same region and ensure HA for disk data for up to one zonal failure.

Regional Persistent Disk and Hyperdisk Balanced High Availability volumes are designed for workloads that require a lower Recovery Point Objective (RPO) and Recovery Time Objective (RTO). To learn more about RPO and RTO, see Basics of disaster recovery planning.

Regional Persistent Disk and Hyperdisk Balanced High Availability volumes are designed to work with regional managed instance groups.

This document provides an overview of how to build HA services with Regional Persistent Disk and Hyperdisk Balanced High Availability volumes.

When you decide to use Regional Persistent Disk or Hyperdisk Balanced High Availability, make sure that you compare the different options for increasing service availability and the cost, performance, and resiliency for different service architectures.

## About synchronous disk replication

A Regional Persistent Disk or Hyperdisk Balanced High Availability volume, also referred to as a regional disk, or synchronously replicated disk, has a primary and a secondary zone within its region where it stores disk data:

- **Primary zone** is the same zone where the compute instance that you attach the disk to is located.
- **Secondary zone** is an alternate zone of your choice within the same region.

Compute Engine maintains replicas of your disk in both these zones. When you write data to your disk, Compute Engine synchronously replicates that data to the disk replicas in both zones to ensure HA. The data of each zonal replica is spread across multiple physical machines within the zone to ensure durability. Zonal replicas ensure that the data of the disk remains available and provide protection against temporary outages in one of the disk zones.

### Replica state for zonal replicas

Disk replica state for Regional Persistent Disk or Hyperdisk Balanced High Availability shows you the state of a zonal replica in comparison to the content of the disk. Zonal replicas for your disks are in one of the following disk replica states at all times:

- **Synced**: The replica is available, synchronously receives all the writes performed to the disk, and is up to date with all the data on the disk.
- **Catching up**: The replica is available but is still catching up with the data on the disk from the other replica.
- **Out of sync**: The replica is temporarily unavailable and out of sync with the data on the disk.

To learn how to check and track the replica states of your zonal replicas, see Monitor the disk replica states.

| | |
|---|---|
| | Source: https://docs.cloud.google.com/compute/docs/disks/about-regional-persistent-disk |




Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.

Source: https://www.infoq.com/news/2021/04/google-colossus/

| | |
|---|---|
| | The master is responsible for managing the metadata of all files stored in GFS. It would maintain information about the location and status of the files. The Chunk Servers would store the actual data. Each managed a portion of data stored in GFS, and they would replicate the data to other chunk servers to ensure fault tolerance. Then, the GFS client library could be run on other machines that wanted to create/read/delete files from a GFS cluster.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |