# Exhibit 8

# U.S. Patent No. 9,086,821 ("'821 Patent")

Accused Instrumentalities

Google's Accused Instrumentalities include without limitation the servers, relays, computers, and other infrastructure used to operate Google's Colossus and Hyperdisk, including Google Cloud and associated infrastructure, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Although the chart below refers to Google, it applies both to Google and those who are induced to, or contributorily, infringe by Google. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because any difference between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. At this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentalities.

## Claim 13

| Claims | Comments and Evidence |
| --- | --- |
| **13Pre.** A method for RAID implemented in conjunction with an application on a computing device having a processor, comprising: | Google performs a method for RAID implemented in conjunction with an application on a computing device having a processor.<br><br>For example, Google Compute Engine ("GCE") allows execution of applications within virtual machines ("VMs") hosted on computing devices that include a CPU. The Colossus client library is implemented on computing devices such as GCE VMs. The client library provides software RAID. |

| | |
|---|---|
| | Google Cloud Platform (GCP) has introduced Hyperdisk, a new high-performance storage service designed for data-intensive workloads such as Hadoop and DBMS. This service is part of GCP's Persistent Disk block storage offerings and is optimized to work with the Compute Engine (GCE) and Google Kubernetes Engine (GKE). Specifically, Hyperdisk has been mentioned in conjunction with the C3 machine series, which uses Gen 4 Xeon SP processors and an Intel Infrastructure Processing Unit (IPU) customized for Google. This combination allows for significant improvements in throughput and IOPS compared to previous generations.<br>Source: https://blog.gdeltproject.org/generative-ai-experiments-what-machine-types-support-what-disk-types-on-gce/<br><br>**Hyperdisks** are a type of storage device that is unique to Google Cloud. They are designed to provide ultra-fast, low-latency storage for workloads that require high-performance storage.<br><br>Hyperdisks, available with Google Cloud Compute Engine, are suitable for use cases such as real-time analytics systems and machine learning model training systems.<br>Source: https://bluexp.netapp.com/blog/cvo-blg-optimize-your-google-cloud-disk-storage-costs#h_h2<br><br>This document describes the features of Google Cloud Hyperdisk. Hyperdisk is the fastest and most efficient durable disk for Compute Engine. If you need boot or data disks for your compute instances—virtual machine (VM) instances, containers, and bare metal instances—Google recommends using Hyperdisk.<br>Source: https://cloud.google.com/compute/docs/disks/hyperdisks |

Colossus' flexibility shows up in a number of publicly available Google Cloud products. Hyperdisk ML utilizes Colossus solid state disk (SSD) to support 2,500 nodes reading at 1.2 TB/s — impressive scalability. Spanner uses Colossus to address cheap HDD storage with super-fast SSD storage in the same filesystem, the foundation of its tiered storage feature. Cloud Storage uses Colossus SSD caching to deliver the cheapest storage while still supporting the intensive I/O of demanding AI/ML applications. Finally, BigQuery's Colossus-based storage provides super-fast I/O to extra-large queries.

Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance

| Persistent Disks |
|---|
| • Block storage service, fully integrated with Google Cloud products like Compute Engine and GKE.<br>• It can be attached to virtual machine (VM) instances running in Compute Engine or Google Kubernetes Engine |

Source: https://tutorialsdojo.com/google-cloud-storage-vs-persistent-disks-vs-local-ssd-vs-cloud-filestore/

| | |
|---|---|
| | When you create a virtual machine (VM) or bare metal instance using Compute Engine, you specify a machine series and a machine type for the instance. Each machine series is associated with one or more CPU platforms. If there are multiple CPU platforms available for a machine series, you can select a minimum CPU platform for the compute instance.<br><br>A CPU platform offers multiple physical processors, and each of these processors is referred to as a core. For the processors available on Compute Engine, a single CPU core can run as multiple hardware threads through Simultaneous multithreading (SMT), which is known on Intel processors as Intel Hyper-Threading Technology. On Compute Engine, each hardware thread is called a virtual CPU (vCPU). Some machine series, such as C4A, T2D, and H3, don't use SMT, and each vCPU instead represents a core. When vCPUs are reported to the VM as occupying different virtual cores, Compute Engine verifies that these vCPUs never share the same physical core.<br><br>Source: https://cloud.google.com/compute/docs/cpu-platforms<br><br>Persistent Disk is designed to run in tandem with Google's file system, Colossus, which is a distributed block storage system. Persistent Disk drivers automatically encrypt data on the VM before it's transmitted from the VM onto the network. Then, Colossus persists the data. When Colossus reads the data, the driver decrypts the incoming data.<br>Source: https://cloud.google.com/compute/docs/disks/persistent-disks |

| | |
|---|---|
| | You trust Google Cloud with your critical data, but did you know that Google also relies on the same underlying storage infrastructure for its other businesses as well? That's right, the same storage system that powers Google Cloud also underpins Google's most popular products, supporting globally available services like YouTube, Drive, and Gmail.<br><br>That foundational storage system is Colossus, which backs Google's extensive ecosystem of storage services, such as Cloud Storage and Firestore, supporting a diverse range of workloads, including transaction processing, data serving, analytics and archiving, boot disks, and home directories.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | Before we dive into how storage services operate, it's important to understand the single infrastructure that supports both Cloud and Google products. Like any well-designed software system, all of Google is layered with a common set of scalable services. There are three main building blocks used by each of our storage services:<br><br>• **Colossus** is our cluster-level file system, successor to the Google File System (GFS).<br>• **Spanner** is our globally-consistent, scalable relational database.<br>• **Borg** is a scalable job scheduler that launches everything from compute to storage services. It was and continues to be a big influence on the design and development of Kubernetes.<br><br>These three core building blocks are used to provide the underlying infrastructure for all Google Cloud storage services, from Firestore to Cloud SQL to Filestore, and Cloud Storage. Whenever you access your favorite storage services, the same three building blocks are working together to provide everything you need. Borg provisions the needed resources, Spanner stores all the metadata about access permissions and data location, and then Colossus manages, stores, and provides access to all your data.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Google Colossus is a massive distributed storage system that Google uses to store and manage exabytes of data (1 exabyte is 1 million terabytes). Colossus is the next generation of Google File System (GFS), which was first introduced in 2003.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | <br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| |   Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>Five separate components compose Colossus - the client library, curators, metadata database, "D" file servers, and custodians. The following image depicts the relationship between these components.<br>Source: https://www.infoq.com/news/2021/04/google-colossus/ |

| | |
|---|---|
| | **Client library**<br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br>**Colossus in a nutshell**<br>Now, let's take a closer look at how Colossus works.<br>But first, a little background on Colossus:<br>• It's the next-generation of the GFS.<br>• Its design enhances storage scalability and improves availability to handle the massive growth in data needs of an ever-growing number of applications.<br>• Colossus introduced a distributed metadata model that delivered a more scalable and highly available metadata subsystem.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | **Colossus background**<br><br>But first, here's a little background on Colossus:<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br><br><br><br>Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf |

| | |
|---|---|
| | The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>With Colossus, a single cluster is scalable to exabytes of storage and tens of thousands of machines. In the example above, for example, we have instances accessing Cloud Storage from Compute Engine VMs, YouTube serving nodes, and Ads MapReduce nodes—all of which are able to share the same underlying file system to complete requests. The key ingredient is having a shared storage pool that is managed by the Colossus control plane, providing the illusion that each has its own isolated file system. |

| | |
|---|---|
| | Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>**Compute Engine instances** Send feedback<br><br>This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.<br><br>Source : https://cloud.google.com/compute/docs/instances<br><br>By default, each Compute Engine instance has a small boot disk that contains the operating system. You can add more disks to the instance when you create it, and you can add disks to an instance while the instance is running. For more information about disks in Compute Engine, see Choose a disk type.<br>Source : https://cloud.google.com/compute/docs/instances<br><br>The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.<br>Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview |

| | |
|---|---|
| | The redundancy technique used in Colossus involves splitting data into smaller chunks and copying them onto multiple servers in independent failure domains. This approach ensures that any copy that is impacted by an unavailability event, such as a network partition, or a data loss event, such as a disk failure, can be reconstructed from the remaining copies. Erasure coding is a technique that introduces additional data redundancy within the chunks, allowing regeneration of missing or corrupted data from the known blocks within the same chunk.<br>Source: https://cloud.google.com/blog/products/databases/understanding-alloydb-business-continuity-capabilities |
| **13a.** executing an application program on a computing device, wherein the application program is executed within a first virtual machine; and | Google executes an application program on a computing device, wherein the application program is executed within a first virtual machine.<br><br>For example, Hyperdisk can be integrated with Google Cloud products like Google Cloud Compute Engine (*i.e.*, computing device). It can be attached to VM instances running in Compute Engine. A Google Compute Engine virtual machine ("VM") instance (*i.e.*, a first virtual machine) can be created by the Google Cloud Console. The GCE VM instance runs an operating system (*i.e.*, application program) within it. The OS executes inside the GCE VM instance (*i.e.*, a first virtual machine) on a computing device.<br><br>Google Cloud Platform (GCP) has introduced Hyperdisk, a new high-performance storage service designed for data-intensive workloads such as Hadoop and DBMS. This service is part of GCP's Persistent Disk block storage offerings and is optimized to work with the Compute Engine (GCE) and Google Kubernetes Engine (GKE). Specifically, Hyperdisk has been mentioned in conjunction with the C3 machine series, which uses Gen 4 Xeon SP processors and an Intel Infrastructure Processing Unit (IPU) customized for Google. This combination allows for significant improvements in throughput and IOPS compared to previous generations.<br>Source: https://blog.gdeltproject.org/generative-ai-experiments-what-machine-types-support-what-disk-types-on-gce/ |

| | |
|---|---|
| | You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:<br>• Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.<br>• Format and mount the volume to provide access to a data or file system.<br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk<br><br>This document discusses the block storage, commonly referred to as *disks* or *volumes*, offered by Compute Engine. You can use block storage for boot and data volumes for all compute instances, including virtual machines (VMs), containers, and bare metal instances. This page discusses how to choose block storage for your compute instances.<br>The terms *disk*, *volume*, and *block storage volume* are synonymous and are used interchangeably across the documentation, the Google Cloud console, the Google Cloud CLI, and the REST API.<br>Source: https://cloud.google.com/compute/docs/disks<br><br>**Compute Engine instances** Send feedback<br>This page provides an overview of Compute Engine instances. A Compute Engine instance can be either a virtual machine (VM) or bare metal instance that is hosted on Google's infrastructure. You can create an instance or create a group of managed instances (MIG) by using the Google Cloud console, the Google Cloud CLI, or the Compute Engine API.<br>Source : https://cloud.google.com/compute/docs/instances |

| | |
|---|---|
| | **Persistent Disks**<br>• Block storage service, fully integrated with Google Cloud products like Compute Engine and GKE.<br>• It can be attached to virtual machine (VM) instances running in Compute Engine or Google Kubernetes Engine<br>Source: https://tutorialsdojo.com/google-cloud-storage-vs-persistent-disks-vs-local-ssd-vs-cloud-filestore/<br><br>By default, each Compute Engine instance has a small boot disk that contains the operating system. You can add more disks to the instance when you create it, and you can add disks to an instance while the instance is running. For more information about disks in Compute Engine, see Choose a disk type.<br>Source : https://cloud.google.com/compute/docs/instances |

| | |
|---|---|
| | Use operating system (OS) images to create boot disks for your virtual machine (VM) instances. You can use one of the following OS image types:<br><br>• **Public OS images** are provided and maintained by Google, open source communities, and third-party vendors. By default, all Google Cloud projects have access to these OS images and can use them to create VM instances.<br><br>• **Custom OS images** are available only to your Google Cloud project. You can create a custom OS image from boot disks and other images. Then, use the custom OS image to create VM instances.<br><br>Some OS images are also capable of running containers on Compute Engine.<br><br>Source : https://cloud.google.com/compute/docs/images |
| **13b.** implementing a RAID application in association with the computing device, the RAID application operable to: | Google implements a RAID application in association with the computing device.<br><br>For example, in Colossus, the Colossus client library (*i.e.*, RAID application), which runs on computing devices such as Google Compute Engine ("GCE") VM instances, YouTube serving nodes, or Ads MapReduce nodes, is responsible for storing/retrieving the data, implementing RAID functionality (*i.e.*, implementing a RAID application in association with the computing device). |

| | |
|---|---|
| | <br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance |

| | |
|---|---|
| | The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>g<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>With Colossus, a single cluster is scalable to exabytes of storage and tens of thousands of machines. In the example above, for example, we have instances accessing Cloud Storage from Compute Engine VMs, YouTube serving nodes, and Ads MapReduce nodes—all of which are able to share the same underlying file system to complete requests. The key ingredient is having a shared storage pool that is managed by the Colossus control plane, providing the illusion that each has its own isolated file system.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

| | |
|---|---|
| | Applications that need to store/retrieve data on Colossus will do so with the client library, which abstracts away all the communication the app needs to do with the Control Plane and D servers. Users of Colossus can select different service tiers based on their latency/availability/reliability requirements. They can also choose their own data encoding based on the performance cost trade-offs they need to make.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>**Client library**<br>The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |
| **13c.** receive a command corresponding to a segment of a first volume, wherein the command was issued by the application program that is executing within the first virtual machine, | Google receives a command corresponding to a segment of a first volume, wherein the command was issued by the application program that is executing within the first virtual machine.<br><br>For example, when a user or application (*e.g.*, Compute Engine, YouTube serving nodes, or Ads MapReduce nodes) issues an I/O request (*e.g.*, read or write) for a specific segment (*i.e.*, a segment) of the volume or file (*i.e.*, first volume), the request is processed within a Google Compute Engine ("GCE") virtual machine instance (*i.e.*, first virtual machine). As discussed above, the GCE virtual machine (*i.e.*, first virtual machine) executes the operating system within it. Based on information and belief, the I/O request is interpreted by the OS of the GCE VM instance, and the corresponding command is issued by the OS (*i.e.*, application program) and received by the Colossus client library in Colossus. |

| | |
|---|---|
| | With Colossus, a single cluster is scalable to exabytes of storage and tens of thousands of machines. In the example above, for example, we have instances accessing Cloud Storage from Compute Engine VMs, YouTube serving nodes, and Ads MapReduce nodes—all of which are able to share the same underlying file system to complete requests. The key ingredient is having a shared storage pool that is managed by the Colossus control plane, providing the illusion that each has its own isolated file system.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Google Cloud Platform (GCP) has introduced Hyperdisk, a new high-performance storage service designed for data-intensive workloads such as Hadoop and DBMS. This service is part of GCP's Persistent Disk block storage offerings and is optimized to work with the Compute Engine (GCE) and Google Kubernetes Engine (GKE). Specifically, Hyperdisk has been mentioned in conjunction with the C3 machine series, which uses Gen 4 Xeon SP processors and an Intel Infrastructure Processing Unit (IPU) customized for Google. This combination allows for significant improvements in throughput and IOPS compared to previous generations.<br>Source: https://blog.gdeltproject.org/generative-ai-experiments-what-machine-types-support-what-disk-types-on-gce/<br><br>You can use a Hyperdisk Balanced, Hyperdisk Extreme or Hyperdisk Throughput volume with your Compute Engine instance by completing the following tasks:<br>• Create a blank, non-boot, and zonal Hyperdisk volume and attach it to your instance either during or after instance creation.<br>• Format and mount the volume to provide access to a data or file system.<br>Source: https://cloud.google.com/compute/docs/disks/add-hyperdisk |

This document discusses the block storage, commonly referred to as *disks* or *volumes*, offered by Compute Engine. You can use block storage for boot and data volumes for all compute instances, including virtual machines (VMs), containers, and bare metal instances. This page discusses how to choose block storage for your compute instances.

The terms *disk*, *volume*, and *block storage volume* are synonymous and are used interchangeably across the documentation, the Google Cloud console, the Google Cloud CLI, and the REST API.

Source: https://cloud.google.com/compute/docs/disks

| Persistent Disks |
| --- |
| • Block storage service, fully integrated with Google Cloud products like Compute Engine and GKE.<br>• It can be attached to virtual machine (VM) instances running in Compute Engine or Google Kubernetes Engine |

Source: https://tutorialsdojo.com/google-cloud-storage-vs-persistent-disks-vs-local-ssd-vs-cloud-filestore/

By default, each Compute Engine instance has a small boot disk that contains the operating system. You can add more disks to the instance when you create it, and you can add disks to an instance while the instance is running. For more information about disks in Compute Engine, see Choose a disk type.

| | |
|---|---|
| | Source : https://cloud.google.com/compute/docs/instances<br><br>Use operating system (OS) images to create boot disks for your virtual machine (VM) instances. You can use one of the following OS image types:<br><br>• **Public OS images** are provided and maintained by Google, open source communities, and third-party vendors. By default, all Google Cloud projects have access to these OS images and can use them to create VM instances.<br><br>• **Custom OS images** are available only to your Google Cloud project. You can create a custom OS image from boot disks and other images. Then, use the custom OS image to create VM instances.<br><br>Some OS images are also capable of running containers on Compute Engine.<br><br>Source : https://cloud.google.com/compute/docs/images<br><br>Applications that need to store/retrieve data on Colossus will do so with the client library, which abstracts away all the communication the app needs to do with the Control Plane and D servers. Users of Colossus can select different service tiers based on their latency/availability/reliability requirements. They can also choose their own data encoding based on the performance cost trade-offs they need to make.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Source: https://www.infoq.com/news/2021/04/google-colossus/ |

| | |
|---|---|
| | The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There's a lot of functionality, such as software RAID, that goes into the client based on an application's requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | • Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance |
| **13d.** and wherein a set of segments of the first volume and redundancy data corresponding to a RAID level implemented in conjunction with the first volume have been stored in the data store of the computing device according to a | In the Google Accused Instrumentalities, a set of segments of the first volume and redundancy data corresponding to a RAID level implemented in conjunction with the first volume have been stored in the data store of the computing device according to a permutation by the RAID application.<br><br>For example, the Colossus client library (*i.e.*, RAID application) provides software RAID functionality through replication or erasure coding (*i.e.*, RAID level implemented). Colossus splits files/volumes into multiple chunks (*i.e.*, segments of the volume) and calculates redundancy data, either via replica chunks (mirroring) or via parity chunks (if using erasure coding). These segments and parity chunks are distributed across HDDs or SSDs of multiple D servers (*i.e.*, the data store) of the computing device. The master (Curator) makes intelligent chunk placement decisions, meaning that segments of the volume are not stored randomly in the HDDs or SSDs of D servers (*i.e.*, data store). The placement is controlled and follows a placement policy (*i.e.*, a set of segments of the first volume and redundancy data are stored in the data store of the computing device according to a permutation). |

<table>
<tr>
<td>permutation by the RAID application; and</td>
<td>



Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data

**Client library**

The client library is how an application or service interacts with Colossus. The client is probably the most complex part of the entire file system. There’s a lot of functionality, such as software RAID, that goes into the client based on an application’s requirements. Applications built on top of Colossus use a variety of encodings to fine-tune performance and cost trade-offs for different workloads.

Source : https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system
</td>
</tr>
</table>

| | |
|---|---|
| | The Colossus client library is used by various client applications as their entry point into the platform. It implements features such as software RAID and allows fine-tuning performance and cost trade-offs for different workloads.<br><br>Next, Colossus curators form the bulk of the Colossus Control Plane. These curators are in charge of control operations, such as file creation, and can scale horizontally. Curators store metadata in Google's high-performance NoSQL database, BigTable. Storing file metadata in BigTable allows Colossus to scale up by over 100x over the largest previous-generation clusters.<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.<br>Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview |

| | |
|---|---|
| | Google ColossusFS and Facebook HDFS use two different Reed-Solomon codes - $RS(6,3)$ and $RS(10,4)$- that encode six and ten data blocks within an erasure-code stripe with three and four parity blocks respectively. As a result, they have a recovery cost of six and ten blocks, and storage overheads of 1.5x and 1.4x respectively. Microsoft Azure Storage uses an LRC code - $LRC_{comp}$, which reduces the storage overhead to 1.33x and has a similar recovery cost of six blocks as Google ColossusFS. It encodes twelve data blocks with two global and two local parity blocks (see Section 3.3 for more detailed description on LRC codes). In contrast, three-way data replication provides recovery cost of one block, but a higher storage overhead of 3x. In general, most erasure-codes including Reed-Solomon and LRC codes trade-off between recovery cost and storage overhead, as shown in Figure 3.<br>Source: https://pages.cs.wisc.edu/~msaxena/new/papers/hacfs-fast15.pdf<br><br>The redundancy technique used in Colossus involves splitting data into smaller chunks and copying them onto multiple servers in independent failure domains. This approach ensures that any copy that is impacted by an unavailability event, such as a network partition, or a data loss event, such as a disk failure, can be reconstructed from the remaining copies. Erasure coding is a technique that introduces additional data redundancy within the chunks, allowing regeneration of missing or corrupted data from the known blocks within the same chunk.<br>Source: https://cloud.google.com/blog/products/databases/understanding-alloydb-business-continuity-capabilities |

| | |
|---|---|
| | Erasure coding can be used as an alternative fault tolerance mechanism to replication because it offers the same reliability as or higher reliability than triple replication (here in after denoted as "3-replication"), with considerably lower storage overheads. The Reed-Solomon (RS) code is one of the most popular erasure codes owing to its optimal storage space utilization [8]–[11] and can be easily applied to SSD arrays in distributed storage systems to address the overheads imposed by the traditional replication method. When the RS code is employed, all input data are stored as *chunks* of fixed size. Generally, RS($k$,$m$) divides target data into $k$ data chunks and computes $m$ coding chunks associated with the data chunks. The system then distributes the total $n(=k+m)$ chunks across different storage devices or nodes. RS($k$,$m$) can recover the original data in up to $m$ data chunks among $n$ chunks in case of a failure. For example, Google Colossus, which is the successor of the Google File System [12]–[14], uses RS(6,3) to tolerate any failure in up to three chunks with only 1.5× storage overheads. Compared with the 3× storage overheads of the traditional replication, the 1.5× storage overheads of RS(6,3) are attractive for distributed storage systems.<br>Source: https://arxiv.org/pdf/1906.08602<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs. |

| | |
|---|---|
| | Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>D servers refers to the Chunk Servers in Google File System, and they're just network attached disks. They store all the data that's being held in Colossus. As mentioned previously, data flows directly from the D servers to the clients, to minimize the involvement of the control plane. This makes it much easier to scale the amount of data stored in Colossus without having the control plane as a bottleneck.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>When creating files, the client can send a request to the Curator node to obtain a lease. The curator node will create the new file on the D servers and send the locations of the servers back to the client. The client can then write directly to the D servers and release the lease when it's done.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>***GFS splits large files into chunks** – each about **64MB** – and spreads these chunks across multiple machines. Each chunk is stored in three different places, meaning there are always multiple copies available. This ensures **high availability** and **reliability**.*<br><br>Source: https://medium.com/@pbzbhzxk/how-does-google-store-their-data-454d3e2296ca<br><br>To make the system scalable, Google engineers minimized the number of operations that the master would have to do. If a client wanted to access a file, they would send a query to the master. The master would send the chunk servers that hold the chunks of the file, and the client would download the data from the chunk servers. The master shouldn't be involved in the minutia of transferring data from chunk servers to clients. |

| | |
|---|---|
| | Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>GFS from Scratch is our partial re-implementation of GFS, the Google File System. Like GFS, our system features a single master that stores only metadata and a group of chunkservers that store the actual file data. The master is able to make intelligent chunk placement decisions and automatically re-replicate chunks when chunkservers fail. We describe the design and implementation of our system, explain how it is used from a client's perspective, and report measurements from benchmarks that compare our system to raw disk performance.<br><br>Source: https://www.scs.stanford.edu/17au-cs244b/labs/projects/bian_agarwal_looi.pdf<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br><br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |

| | |
|---|---|
| | The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>Custodians in Colossus are background storage managers, and they handle things like disk space rebalancing, switching data between hot and cold storage, RAID reconstruction, failover and more.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>For disk-based storage, we want to keep disks full and busy to avoid excess inventory and wasted disk IOPs. To do this, Colossus uses intelligent disk management to get as much value as possible from available disk IOPs. Newly written data (i.e. hotter data) is evenly distributed across all the drives in a cluster. Data is then rebalanced and moved to larger capacity drives as it ages and becomes colder. This works great for analytics workloads, for example, where data typically cools off as it ages.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br>**Newly written data tends to be hotter, so it's stored in flash memory. Old** analytics data tends to be cold, so that's stored in cheaper disk. Certain data will always be read at specific time intervals, so it's automatically transferred over to memory so that latency will be low.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data |




Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf




Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf

| | |
|---|---|
| | Disk mirroring, also known as RAID 1, is the replication of data across two or more disks. The term "disk mirroring" is sometimes used in a broader sense to describe any type of disk replication, but in most cases, it is meant within the context of RAID 1.<br><br>Disk mirroring ensures that there is at least one exact copy of the data at any given time in case of drive failure or other significant event. For this reason, a RAID 1 array requires a minimum of two physical drives, which is the typical configuration. It's possible to set up an array with three or more drives if the RAID controller supports it, but most IT teams opt for only two drives. If they want additional redundancy, they might back up the data to additional drives, rather than incorporating them into the RAID array.<br><br>Source: https://www.techtarget.com/searchstorage/definition/disk-mirroring |

| | |
|---|---|
| | **RAID level 1 – Mirroring**<br>Data are stored twice by writing them to both the data drive (or set of data drives) and a mirror drive (or set of drives). If a drive fails, the controller uses either the data drive or the mirror drive for data recovery and continuous operation. You need at least 2 drives for a RAID 1 array.<br><br><br>RAID 1 – Mirroring<br>Source: https://www.prepressure.com/library/technology/raid |

| Hyperdisk type |
|---|
| Hyperdisk Balanced |
| Hyperdisk Balanced High Availability |
| Hyperdisk Extreme |
| Hyperdisk ML |
| Hyperdisk Throughput |

Source: https://cloud.google.com/compute/docs/disks/hyperdisks

- To protect your data in case of a zonal outage, use Hyperdisk Balanced High Availability. Data on Hyperdisk Balanced High Availability volumes is synchronously replicated across two zones within the same region to protect against up to one zonal outage.

Source : https://cloud.google.com/compute/docs/disks/hyperdisks

The actual persistence layer is provided by Google's distributed file system, Colossus, where data is automatically compressed, encrypted, replicated, and distributed. Colossus ensures durability using erasure encoding to store redundant chunks of data on multiple physical disks. This is all accomplished without impacting the computing power available for your queries. Separating storage from compute allows you to scale to petabytes in storage seamlessly, without requiring additional expensive compute resources. There are a number of other benefits of decoupling compute and storage.

Source: https://cloud.google.com/blog/topics/developers-practitioners/bigquery-explained-storage-overview

| | |
|---|---|
| | Google ColossusFS and Facebook HDFS use two different Reed-Solomon codes - $RS(6,3)$ and $RS(10,4)$- that encode six and ten data blocks within an erasure-code stripe with three and four parity blocks respectively. As a result, they have a recovery cost of six and ten blocks, and storage overheads of 1.5x and 1.4x respectively. Microsoft Azure Storage uses an LRC code - $LRC_{comp}$, which reduces the storage overhead to 1.33x and has a similar recovery cost of six blocks as Google ColossusFS. It encodes twelve data blocks with two global and two local parity blocks (see Section 3.3 for more detailed description on LRC codes). In contrast, three-way data replication provides recovery cost of one block, but a higher storage overhead of 3x. In general, most erasure-codes including Reed-Solomon and LRC codes trade-off between recovery cost and storage overhead, as shown in Figure 3.<br>Source: https://pages.cs.wisc.edu/~msaxena/new/papers/hacfs-fast15.pdf |

| | | |
|---|---|---|
| | | Erasure coding can be used as an alternative fault tolerance mechanism to replication because it offers the same reliability as or higher reliability than triple replication (here in after denoted as "3-replication"), with considerably lower storage overheads. The Reed-Solomon (RS) code is one of the most popular erasure codes owing to its optimal storage space utilization [8]–[11] and can be easily applied to SSD arrays in distributed storage systems to address the overheads imposed by the traditional replication method. When the RS code is employed, all input data are stored as *chunks* of fixed size. Generally, RS($k$,$m$) divides target data into $k$ data chunks and computes $m$ coding chunks associated with the data chunks. The system then distributes the total $n(=k+m)$ chunks across different storage devices or nodes. RS($k$,$m$) can recover the original data in up to $m$ data chunks among $n$ chunks in case of a failure. For example, Google Colossus, which is the successor of the Google File System [12]–[14], uses RS(6,3) to tolerate any failure in up to three chunks with only 1.5× storage overheads. Compared with the 3× storage overheads of the traditional replication, the 1.5× storage overheads of RS(6,3) are attractive for distributed storage systems.<br>Source: https://arxiv.org/pdf/1906.08602 |

| | | |
|---|---|---|
| | | RAID, a technology that originated in the 1980s, has essentially evolved into a form of erasure code technology in a broad sense. In simpler terms, RAID can be thought of as an example of erasure coding because it employs a specific kind of erasure code.<br><br>For example, take parity coding. Parity coding is a straightforward erasure code that can handle the failure of one or more drives. For instance, in a RAID 5 setup over 4 drives, data is spread across 3 drives, and parity information is computed and stored on the forth drive. If one drive fails, the lost data can be reconstructed from the remaining 3 drives using the parity information. Other RAID configurations, such as RAID 6, and RAID 7.3, also fall under the category of erasure coding.<br><br>Source: https://xinnor.io/blog/a-guide-to-raid-pt-4-raid-vs-erasure-coding-whats-the-difference/<br><br>Erasure coding has been extensively used in storage systems. We review the adoption of erasure coding in **Redundant Array of Independent Disks** (**RAID**) and the distributed storage systems proposed in academia dated back in the 1990s and 2000s. We also review the recent deployment of erasure coding in production storage systems reported since the 2010s.<br><br>**RAID.** RAID was first proposed by Patterson et al. in 1988 [138] to form an array of multiple disk drives for increased capacity, scalability, and fault tolerance. In particular, for fault tolerance, RAID Level 5 (or RAID-5 in short) introduces a parity chunk into each stripe, so as to tolerate any single-disk failure, and rotates the parity chunks of all stripes across disk drives for load-balanced parity updates. RAID-5 can be viewed as a special form of erasure coding, in which $n - k = 1$, and significantly saves the storage overhead of replication in RAID Level 1 (a.k.a. mirroring). However, RAID-5 only provides single-disk fault tolerance and remains susceptible to data loss in a larger disk array. Thus, many follow-up studies (especially in the late 1990s and early 2000s) examine RAID-based codes with higher fault tolerance (see Section 3.1 for details).<br><br>Source: https://dl.acm.org/doi/10.1145/3708994 |

| | |
|---|---|
| | • **RAID 0** – striping<br>• **RAID 1** – mirroring<br>• **RAID 5** – striping with parity<br>• **RAID 6** – striping with double parity<br>• **RAID 10** – combining mirroring and striping<br>Source: https://www.prepressure.com/library/technology/raid |

## RAID level 5 – Striping with parity

RAID 5 is the most common secure RAID level. It requires at least 3 drives but can work with up to 16. Data blocks are striped across the drives and on one drive a parity checksum of all the block data is written. The parity data are not written to a fixed drive, they are spread across all drives, as the drawing below shows. Using the parity data, the computer can recalculate the data of one of the other data blocks, should those data no longer be available. That means a RAID 5 array can withstand a single drive failure without losing data or access to data. Although RAID 5 can be achieved in software, a hardware controller is recommended. Often extra cache memory is used on these controllers to improve the write performance.




RAID 5 – Striping with parity

Source: https://www.prepressure.com/library/technology/raid

| | |
|---|---|
| | **RAID level 6 – Striping with double parity**<br>RAID 6 is like RAID 5, but the parity data are written to two drives. That means it requires at least 4 drives and can withstand 2 drives dying simultaneously. The chances that two drives break down at exactly the same moment are of course very small. However, if a drive in a RAID 5 systems dies and is replaced by a new drive, it takes hours or even more than a day to rebuild the swapped drive. If another drive dies during that time, you still lose all of your data. With RAID 6, the RAID array will even survive that second failure.<br><br><br>RAID 6 – Striping with double parity<br><br>Source: https://www.prepressure.com/library/technology/raid |
| **13e.** execute the command with respect to the segment stored in the data store of the computing device by the RAID application | Google executes the command with respect to the segment stored in the data store of the computing device by the RAID application based on the permutation.<br><br>For example, once the Colossus client library (*i.e.*, RAID application) determines that a piece of data (*i.e.*, first segment) should be read from the HDDs or SSDs of a particular D server (*i.e.*, data store of the computing device), it communicates an I/O request (*e.g.*, read operation) directly with the appropriate D server, this request specifies the block handle and the byte range to read, to execute the command and the "D" file server responds by streaming the |

| | |
|---|---|
| based on the permutation. | requested data block directly to the client. As discussed above, the segments of a volume are not stored arbitrarily across the HDDs or SSDs of the D servers; instead, their placement follows a defined strategy.<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>**D File Servers**<br>Colossus also minimizes the number of hops for data on the network. Data flows directly between clients and "D" file servers (our network attached disks).<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system<br><br><br> |

| | |
|---|---|
| | Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>• Colossus is an evolution of the Google File System (GFS).<br>• The traditional Colossus filesystem is contained in a single datacenter.<br>• Colossus simplified the GFS programming model to an append-only storage system that combines file systems' familiar programming interface with the scalability of object storage.<br>• The Colossus metadata service is made up of "curators" that deal with interactive control operations like file creation and deletion, and "custodians," which maintain the durability and availability of data as well as disk-space balancing.<br>• Colossus clients interact with curators for metadata and then directly store data on "D servers," which host its HDDs or SSDs.<br><br>Source: https://cloud.google.com/blog/products/storage-data-transfer/how-colossus-optimizes-data-placement-for-performance<br><br>GFS from Scratch is our partial re-implementation of GFS, the Google File System. Like GFS, our system features a single master that stores only metadata and a group of chunkservers that store the actual file data. The master is able to make intelligent chunk placement decisions and automatically re-replicate chunks when chunkservers fail. We describe the design and implementation of our system, explain how it is used from a client's perspective, and report measurements from benchmarks that compare our system to raw disk performance. |

| | |
|---|---|
| | Source: https://www.scs.stanford.edu/17au-cs244b/labs/projects/bian_agarwal_looi.pdf<br><br>Curators replace the functionality of the master node, removing the single point of failure. When a client needs a certain file, it will query a curator node. The curator will respond with the locations of the various data servers that are holding that file. The client can then query the data servers directly to download the file.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>The data itself flows directly between the client application and the "D" file servers, which are network-attached disks. Custodians operate on the file serves as well, playing "a key role in maintaining the durability and availability of data as well as overall efficiency, handling tasks like disk space balancing and RAID reconstruction."<br>Source: https://www.infoq.com/news/2021/04/google-colossus/<br><br>Custodians in Colossus are background storage managers, and they handle things like disk space rebalancing, switching data between hot and cold storage, RAID reconstruction, failover and more.<br>Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data<br><br>For disk-based storage, we want to keep disks full and busy to avoid excess inventory and wasted disk IOPs. To do this, Colossus uses intelligent disk management to get as much value as possible from available disk IOPs. Newly written data (i.e. hotter data) is evenly distributed across all the drives in a cluster. Data is then rebalanced and moved to larger capacity drives as it ages and becomes colder. This works great for analytics workloads, for example, where data typically cools off as it ages.<br>Source: https://cloud.google.com/blog/products/storage-data-transfer/a-peek-behind-colossus-googles-file-system |

**Newly written data tends to be hotter, so it's stored in flash memory. Old** analytics data tends to be cold, so that's stored in cheaper disk. Certain data will always be read at specific time intervals, so it's automatically transferred over to memory so that latency will be low.

Source: https://web.archive.org/web/20230628031504/https://blog.quastor.org/p/google-stores-exabytes-data




Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf




Source: https://pdsw.org/pdsw-discs17/slides/PDSW-DISCS-Google-Keynote.pdf