# Exhibit 19

US008176247B2

(12) **United States Patent**
**Galloway et al.**

(10) **Patent No.: US 8,176,247 B2**
(45) **Date of Patent: May 8, 2012**

(54) **METHOD AND SYSTEM FOR PROTECTING AGAINST MULTIPLE FAILURES IN A RAID SYSTEM**

(75) Inventors: **William C. Galloway**, Magnolia, TX (US); **Ryan A. Callison**, Magnolia, TX (US); **Greg J. Pellegrino**, Tomball, TX (US); **Choon-Seng Tan**, Houston, TX (US)

(73) Assignee: **PIVOT3**, Spring, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 386 days.

(21) Appl. No.: **12/490,916**

(22) Filed: **Jun. 24, 2009**

(65) **Prior Publication Data**

US 2010/0106906 A1 Apr. 29, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/109,014, filed on Oct. 28, 2008.

(51) **Int. Cl.**
***G06F 12/00*** (2006.01)

(52) **U.S. Cl.** ........................................................ **711/114**

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,032,086 | B2 | 4/2006 | Merchant |
| 7,096,316 | B1 | 8/2006 | Karr et al. |
| 7,130,960 | B1 | 10/2006 | Kano |
| 7,366,837 | B2 | 4/2008 | Corbett et al. |
| 7,389,393 | B1 | 6/2008 | Karr et al. |
| 8,082,393 | B2 | 12/2011 | Galloway |
| 8,086,797 | B2 | 12/2011 | Galloway |
| 8,090,909 | B2 | 1/2012 | Galloway |
| 2002/0069317 | A1 | 6/2002 | Chow et al. |
| 2002/0087751 | A1 | 7/2002 | Chong, Jr. |
| 2003/0135709 | A1 | 7/2003 | Niles et al. |
| 2003/0159001 | A1 | 8/2003 | Chalmer et al. |
| 2004/0003173 | A1 | 1/2004 | Yao et al. |
| 2004/0153479 | A1 | 8/2004 | Mikesell et al. |
| 2004/0168018 | A1 | 8/2004 | Aasheim et al. |
| 2004/0177218 | A1 | 9/2004 | Meehan et al. |
| 2004/0221070 | A1 | 11/2004 | Ortega, III et al. |
| 2005/0114350 | A1 | 5/2005 | Rose et al. |
| 2006/0129559 | A1 | 6/2006 | Sankaran et al. |
| 2006/0242377 | A1 | 10/2006 | Kanie et al. |
| 2006/0248273 | A1 | 11/2006 | Jernigan et al. |
| 2006/0248379 | A1 | 11/2006 | Jernigan |
| 2006/0271734 | A1 | 11/2006 | Strange et al. |
| 2006/0277383 | A1 | 12/2006 | Hayden et al. |
| 2007/0073990 | A1 | 3/2007 | Snaman et al. |
| 2007/0143541 | A1 | 6/2007 | Nichols et al. |

(Continued)

OTHER PUBLICATIONS

Office Action issued for U.S. Appl. No. 12/479,377, mailed Jul. 29, 2011, 14 pgs.

(Continued)

*Primary Examiner* — Duc Doan
(74) *Attorney, Agent, or Firm* — Sprinkle IP Law Group

(57) **ABSTRACT**

Embodiments of methods of protecting RAID systems from multiple failures and such protected RAID systems are disclosed. More particularly, in certain embodiments of a distributed RAID system each data bank has a set of associated storage media and executes a similar distributed RAID application. The distributed RAID applications on each of the data banks coordinate among themselves to distribute and control data flow associated with implementing a level of RAID in conjunction with data stored on the associated storage media of the data banks. Furthermore, one or more levels of RAID may be implemented within one or more of the data banks comprising the distributed RAID system.

**15 Claims, 16 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0271434 | A1 | 11/2007 | Kawamura et al. |
| 2008/0104443 | A1 | 5/2008 | Akutsu et al. |
| 2008/0109601 | A1 | 5/2008 | Klemm et al. |
| 2008/0155191 | A1 | 6/2008 | Anderson et al. |
| 2008/0222633 | A1 | 9/2008 | Kami |
| 2008/0256292 | A1 | 10/2008 | Flynn et al. |
| 2008/0270680 | A1 | 10/2008 | Chang |
| 2009/0006746 | A1 | 1/2009 | Sharma et al. |
| 2009/0172335 | A1 | 7/2009 | Kulkarni et al. |

OTHER PUBLICATIONS

Notice of Allowance issued for U.S. Appl. No. 12/479,377, mailed Nov. 18, 2011, 8 pgs.
International Preliminary Report on Patentability issued for PCT Patent Application No. PCT/US2009/046470, mailed on Dec. 16, 2010, issued on Dec. 6, 2010, 8 pgs.
International Preliminary Report on Patentability issued for PCT Patent Application No. PCT/US2009/046471, mailed on Dec. 16, 2010, issued on Dec. 6, 2010, 8 pgs.
International Preliminary Report on Patentability issued for PCT Patent Application No. PCT/US2009/046473, mailed on Dec. 16, 2010, issued on Dec. 6, 2010, 7 pgs.
International Preliminary Report on Patentability issued for PCT Patent Application No. PCT/US2009/048570, mailed on Jan. 13, 2011, issued on Jan. 5, 2011, 8 pgs.
International Search Report and Written Opinion for PCT/US2009/046470 mailed on Jul. 21, 2009.
International Search Report and Written Opinion for PCT/US2009/046473 mailed on Jul. 14, 2009.
International Search Report and Written Opinion for PCT/US2009/048570 mailed on Aug. 5, 2009.
International Search Report and Written Opinion for PCT/US2009/048574 mailed Aug. 20, 2009.
Notice of Allowance issued in U.S. Appl. No. 12/479,434, mailed Sep. 21, 2011, 9 pgs.
International Search Report for PCT Application No. PCT/US2009/046471 completed Dec. 16, 2009, mailed Dec. 28, 2009, 9 pgs.
Office Action issued for U.S. Appl. No. 12/479,434, mailed May 11, 2011, 13 pgs.
International Preliminary Report on Patentability for PCT Patent Application No. PCT/US2009/048574, mailed May 12, 2011, 9 pgs.
Office Action issued for U.S. Appl. No. 12/479,360, mailed Jun. 7, 2011, 17 pgs.
Office Action issued for U.S. Appl. No. 12/479,319 mailed Jun. 22, 2011, 18 pgs.
Office Action issued for U.S. Appl. No. 12/479,403, mailed Jun. 24, 2011, 13 pgs.
Notice of Allowance issued in U.S. Appl. No. 12/479,403, mailed Sep. 30, 2011, 14 pgs.
Notice of Allowance issued in U.S. Appl. No. 12/479,319, mailed Oct. 5, 2011, 14 pgs.
Notice of Allowance issued in U.S. Appl. No. 12/479,394, mailed Oct. 5, 2011, 8 pgs.
Office Action issued in U.S. Appl. No. 13/224,936, mailed Oct. 12, 2011, 8 pgs.
Office Action issued in U.S. Appl. No. 12/490,810, mailed Oct. 18, 2011, 21 pgs.
Office Action issued in U.S. Appl. No. 12/479,360, mailed Oct. 25, 2011, 25 pgs.
John H. Hartman et al.,"The Zebra Striped Network File System," ACM Transactions on Computer Systems, vol. 13, No. 3, Aug. 1995, pp. 274-310.
Notice of Allowance issued for U.S. Appl. No. 13/224,936, mailed Dec. 14, 2011, 9 pgs.
Office Action issued in U.S. Appl. No. 13/292,388, mailed Jan. 20, 2012, 6 pages.
Office Action issued for U.S. Appl. No. 13/291,311 mailed Feb. 1, 2012, 12 pages.
Office Action issued for U.S. Appl. No. 12/479,360 mailed Feb. 6, 2012, 8 pages.


102a
102b
102c
102n
120a
120b
DATA BANK
110a
DATA BANK
110b
DATA BANK
110c
DATA BANK
110d

*FIG. 1*


DATA BANK
110
DATA STORE
252a
DISK
252b
DISK
252c
DISK
252n
DISK
250
202
PROCESSOR
DISTRIBUTED RAID APPLICATION
210
MEMORY
240
TABLES
245
TABLES
260
WRITE CACHE
230
120a SWITCH
120b SWITCH

*FIG. 2A*


120a SWITCH
120b SWITCH
110
DATA BANK
282
NETWORK INTERFACE
282
NETWORK INTERFACE
202n
PROCESSOR
202a
PROCESSOR
I/O CONTROLLER HUB
212
272
230
MEMORY
262a
DISK CNTL
262n
DISK CNTL
DISK
DISK
DISK
DISK
252a
252n
252b
252x

FIG. 2B


305
FORMAT DATA STORAGE
310
SEGMENT DATA STORES
320
RECEIVE REQUEST TO CREATE VOLUME
330
SPECIFY RAID LEVEL
340
CALCULATE LOCATION OF STORAGE SEGMENTS
350
CALCULATE LOCATION OF RAID SEGMENTS
360
DETERMINE PHYSICAL SECTORS
370
STORE VOLUME DATA

*FIG. 3*


660
TABLE
DISK TABLE
670a
DISK TABLE
670b
DISK TABLE
670n

*FIG. 6*

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 7 of 35






FIG. 4

TABLE 550

| Group | Size | Field | Ref. |
|---|---|---|---|
| | 4 BYTES | LV NUMBER | 504 |
| | 4 BYTES | SEGMENT SIZE | 508 |
| | 8 BYTES | SEGMENT COUNT | 512 |
| | 4 BYTES | QUALITY OF SERVICE | 514 |
| | 4 BYTES | RANGE COUNT | 518 |
| 524a INFORMATION FOR RANGE | 4 BYTES | TYPE | 526a |
| | 8 BYTES | START | 530a |
| | 8 BYTES | END | 534a |
| | 2 BYTES | NETWORK RAID | 538a |
| | 2 BYTES | NETWORK RAID SIZE | 542a |
| | 2 BYTES | DISK RAID | 546a |
| | 2 BYTES | DISK RAID SIZE | 552a |
| | 4 BYTES | DATA BANK COUNT | 554a |
| | 4 BYTES | DATA BANK ORDER | 558a |
| | 4 BYTES | DISK COUNT | 562a |
| | 4 BYTES | DISK ORDER | 566a |
| | | ∘ ∘ ∘ | |
| | 4 BYTES | DISK COUNT | 562an |
| | 4 BYTES | DISK ORDER | 566an |
| 524b INFORMATION FOR RANGE | 4 BYTES | TYPE | 526b |
| | 8 BYTES | START | 530b |
| | 8 BYTES | END | 534b |
| | 2 BYTES | NETWORK RAID | 538b |
| | 2 BYTES | NETWORK RAID SIZE | 542b |
| | 2 BYTES | DISK RAID | 546b |
| | 2 BYTES | DISK RAID SIZE | 552b |
| | 4 BYTES | DATA BANK COUNT | 554b |
| | 4 BYTES | DATA BANK ORDER | 558b |
| | 4 BYTES | DISK COUNT | 562b |
| | 4 BYTES | DISK ORDER | 566b |
| | | ∘ ∘ ∘ | |
| | 4 BYTES | DISK COUNT | 562bn |
| | 4 BYTES | DISK ORDER | 566bn |
| | | ADDITIONAL RANGE ENTRIES | 524n |

*FIG. 5*

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 9 of 35



DISK TABLE 670

| | | | | |
|---|---|---|---|---|
| PHYSICAL SEGMENT 1 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT 2 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT 3 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT 4 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT 5 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT 6 | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| ∘ ∘ ∘ | ∘ ∘ ∘ | ∘ ∘ ∘ | ∘ ∘ ∘ | ∘ ∘ ∘ |
| PHYSICAL SEGMENT (n) | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |
| PHYSICAL SEGMENT (n+1) | LV NUMBER | LOGICAL SEGMENT NUMBER | ADDRESS SPACE | SECTOR STATE |

*FIG. 7*


810
RECEIVE READ COMMAND
820
DETERMINE SEGMENT OF VOLUME
830
DETERMINE LOCATION OF SEGMENT
832
SAME DATA BANK ?
NO
YES
SEND TO REMOTE DATA BANK
860
RETRIEVE REQUESTED DATA FROM LOCAL DATA STORE
840
RECEIVE RESPONSE FROM REMOTE DATA BANK
870
RESPOND TO REQUEST USING RETRIEVED DATA
850
RESPOND TO REQUEST USING RESPONSE FROM REMOTE DATA BANK
880

*FIG. 8*


1310
RECEIVE WRITE COMMAND
1312
DETERMINE SEGMENT
1314
DETERMINE LOCATION OF SEGMENT
1320
DETERMINE LOCATION OF PARITY
EITHER DATA BANK HAVE FAULT?
NO
1322
YES
WRITE WITHOUT FAILED DATA BANK
1326
NORMAL WRITE
1324

*FIG. 12*

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 11 of 35






*FIG. 9A*


A
976
SEND TO REMOTE PARITY DATA BANK
974
PLACE IN WRITE CACHE
978
RECEIVE COMPLETION?
980
RESPOND TO WRITE COMMAND
982
PROCESS WRITE COMMAND
B
PLACE IN WRITE CACHE
984
SEND COMPLETION NOTIFICATION TO ISSUING DATA BANK
986
PROCESS WRITE COMMAND
988
C
PLACE IN WRITE CACHE
990
SEND COMPLETION NOTIFICATION TO ISSUING DATA BANK
992
PROCESS WRITE COMMAND
994
D
SEND TO REMOTE DATA BANK
1002
PLACE IN WRITE CACHE
1000
RECEIVE COMPLETION?
1004
RESPOND TO WRITE COMMAND
1006
PROCESS WRITE COMMAND
1008

*FIG. 9B*

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 13 of 35






*FIG. 10*



1210
RECEIVE READ COMMAND
1220
DETERMINE SEGMENT
1230
DETERMINE LOCATION OF SEGMENT
1240
SAME DATA BANK ?
YES
NO
RETRIEVE REQUESTED DATA FROM LOCAL DATA STORE
1250
RESPOND TO REQUEST USING RETRIEVED DATA
1252
1254
REMOTE DATA BANK FAULT?
NO
YES
SEND TO REMOTE DATA BANK
1256
RECEIVE RESPONSE FROM REMOTE DATA BANK
1258
RESPOND TO REQUEST USING RESPONSE FROM REMOTE DATA BANK
1260
1254
PARITY DATA BANK ?
NO
YES
SEND TO REMOTE PARITY DATA BANK
1262
OBTAIN REQUESTED DATA FROM USING PARITY DATA
1268
RECEIVE RESPONSE FROM REMOTE PARITY DATA BANK
1264
RESPOND TO REQUEST
1270
RESPOND TO REQUEST USING RESPONSE FROM REMOTE PARITY DATA BANK
1266


*FIG. 11*

FIG. 13A



DATA BANK
1110b
1102a
1102g
1102ak
1102m
1102y
0
30
180
60
90
120
150
NP1(16,17,
18,19)
NP7(136,137,
138,139)
1102s
1102ae
1102ar
1102ax
DISK
2252a
1102b
1102h
1102am
1102n
1102z
5
35
185
65
95
125
155
NP2(36,37,
38,39)
NP8(156,157,
158,159)
1102t
1102af
1102as
1102ay
DISK
2252b
1102c
1102i
1102al
1102o
1102aa
10
40
190
70
100
130
160
NP3(56,57,
58,59)
NP9(176,177,
178,179)
1102u
1102ag
1102at
1102az
DISK
2252c
1102d
1102j
1102ap
1102p
1102ab
15
45
195
75
105
135
165
NP4(76,77,
78,79)
NP10(196,
197,198,199)
1102v
1102ah
1102au
1102ba
DISK
2252d
1102e
1102k
1102aq
1102q
1102ac
20
50
200
80
110
140
170
NP5(96,97,
98,99)
1102w
1102ai
1102av
DISK
2252e
1102f
1102l
1102r
1102ad
25
55
85
115
145
175
NP6(116,117,
118,119)
1102x
1102aj
1102aw
DISK
2252f

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 16 of 35



FIG. 13B-1



Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 17 of 35



FIG. 13B-2



Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 18 of 35



FIG. 13C-1



Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 19 of 35



FIG. 13C-2



# METHOD AND SYSTEM FOR PROTECTING AGAINST MULTIPLE FAILURES IN A RAID SYSTEM

## RELATED APPLICATIONS

This application claims priority to U.S. Provisional Patent Application No. 61/109,014 filed, Oct. 28, 2008, entitled "Method and System for Protecting Against Multiple Failures in a RAID System" by Galloway et al which is hereby fully incorporated by reference herein for all purposes.

## TECHNICAL FIELD

This invention relates generally to the use of storage devices. More particularly, embodiments of this invention relate to implementing RAID on storage devices. Even more specifically, certain embodiments of this invention relate to a distributed implementation of RAID.

## BACKGROUND

Data represents a significant asset for many entities. Consequently, data loss, whether accidental or caused by malicious activity, can be costly in terms of wasted manpower, loss of goodwill from customers, loss of time and potential legal liability. To ensure proper protection of data for business, legal or other purposes, many entities may desire to protect their data using a variety of techniques, including data storage, redundancy, security, etc. These techniques may, however, conflict with other competing constraints or demands imposed by the state or configuration of computing devices used to process or store this data.

One method for dealing with these tensions is to implement a Redundant Array of Independent Disks (RAID). Generally, RAID systems divide and replicate data across multiple hard disk drives (or other types of storage media), collectively referred to as an array, to increase reliability and in some cases improve throughput of computing devices (known as a host) using these RAID systems for storage. To a host then, a RAID array may appear as one or more monolithic storage areas. When a host desires to communicate (read, write, etc.) with the RAID system the host communicates as if the RAID array were a single disk. The RAID system, in turn, processes these communications to implement a certain RAID level in conjunction with such communications. These RAID levels may be designed to achieve some desired balance between a variety of tradeoffs such as reliability, capacity, speed, etc. For example, RAID (level) 0 distributes data across several disks in a way which gives improved speed and utilizes substantially the full capacity of the disks, but all data on a disk will be lost if the disk fails; RAID (level) 1 uses two (or more) disks which each store the same data, so that data is not lost so long as one disk survives. Total capacity of the array is substantially the capacity of a single disk and RAID (level) 5 combines three or more disks in a way that protects data against loss of any one disk; the storage capacity of the array is reduced by one disk.

Current implementations of RAID may have a variety of problems. These problems may stem from limitations imposed by the architecture of these RAID systems, such as the fact that in many instances all communications with a RAID system must be addressed to a single server which controls and manages the RAID system. Other problems may arise from the configuration or layout of the data on the disks comprising a RAID system. For example, in certain cases a RAID level must be chosen and storage allocated within the RAID system before the RAID system can be utilized. Thus, the initially chosen RAID level must be implemented in conjunction with the data stored on the RAID system, irrespective of whether that level of RAID is desired or needed. Furthermore, in many cases existing problems may be exacerbated by the need to use custom hardware or software to implement these solutions, raising the costs associated with implementing such a solution.

Consequently, it is desired to substantially ameliorate these problems.

## SUMMARY

Embodiments of various methods which may be utilized in conjunction with a distributed RAID system to protect against multiple failures are disclosed. More particularly, each data bank in a distributed RAID system may store data segments and NP segments. In some embodiments, then, not only is a level of RAID implemented across data banks in conjunction with a volume (for example, using NP segments stored on different data banks than their corresponding data segments) but additionally a level of RAID may be implemented within each data bank of the distributed RAID system to protect data within each data bank. By utilizing RAID within a data bank in addition to across data banks additional protection against failures for the entire distributed RAID system may be realized.

Specifically, in one embodiment, in addition to the level of RAID implemented in conjunction with the volume across the set of data banks a RAID level may be implemented in conjunction with the data segments stored in each data bank. For example, RAID level 5 may be implemented within a data bank such that POD segments may be created and stored in that data bank on a different disk than the corresponding data segments such that the corresponding data segments may be recovered using these PODs. Similarly, POP segments may be created and stored in that data bank on a different disk than the corresponding NP segments such that the corresponding NP segments may be recovered using these POPs.

Additionally, in some embodiments, RAID level 6 may be implemented within a data bank such that in addition to each POD segment corresponding QOD segments may be created. By storing the QOD segments on a different disk than the corresponding POD the corresponding data segments may also be recovered using the QOD. Likewise, QOP segments corresponding to the POP segments may be created and stored in a data bank on a different disk than the corresponding POP segments such that the corresponding network parity segments may additionally be recovered using these QOP segments.

Embodiments of the present disclosure provide methods of protecting RAID systems from multiple failures that eliminate, or at least substantially reduce, the shortcomings of previously available methods of protecting RAID systems from multiple failures. In particular, embodiments of the present invention may provide advantages over previously available data storage devices including the ability to provide protection for data bank or disk failures. In fact, some embodiments may provide protection for against four, five or possibly more, disk failures. Thus, the time available to maintenance personnel for repairing or replacing failed data banks or disks may be increased and the mean-time between failure of a distributed RAID system increased. Certain embodiments may also provide the advantage of reduced network traffic between data banks by allowing such data banks to internally re-create compromised data even when internal failures compromise the data.

These, and other, aspects of the invention will be better appreciated and understood when considered in conjunction with the following description and the accompanying drawings. The following description, while indicating various embodiments of the invention and numerous specific details thereof, is given by way of illustration and not of limitation. Many substitutions, modifications, additions or rearrangements may be made within the scope of the invention, and the invention includes all such substitutions, modifications, additions or rearrangements.

## BRIEF DESCRIPTION OF THE DRAWINGS

The drawings accompanying and forming part of this specification are included to depict certain aspects of the invention. A clearer impression of the invention, and of the components and operation of systems provided with the invention, will become more readily apparent by referring to the exemplary, and therefore nonlimiting, embodiments illustrated in the drawings, wherein identical reference numerals designate the same components. Note that the features illustrated in the drawings are not necessarily drawn to scale.

FIG. **1** is a block diagram of one embodiment of an architecture employing a distributed RAID system.

FIG. **2**A is a block diagram of one embodiment of a data bank.

FIG. **2**B is a block diagram of one embodiment of an architecture for a data bank.

FIG. **3** is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIG. **4** is block diagram of an example of one embodiment of an architecture employing a distributed RAID system.

FIG. **5** is a block diagram of one embodiment of a table.

FIG. **6** is a block diagram of one embodiment of a table.

FIG. **7** is a block diagram of one embodiment of a table.

FIG. **8** is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIG. **9**A is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIG. **9**B is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIG. **10** is a block diagram of one embodiment of a write cache.

FIG. **11** is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIG. **12** is a flow diagram of one embodiment of a method implemented by a distributed RAID system.

FIGS. **13**A-**13**C are block diagrams of an example of one implementation of a level of RAID within a data bank.

## DETAILED DESCRIPTION

The invention and the various features and advantageous details thereof are explained more fully with reference to the nonlimiting embodiments that are illustrated in the accompanying drawings and detailed in the following description. Descriptions of well known starting materials, processing techniques, components and equipment are omitted so as not to unnecessarily obscure the invention in detail. It should be understood, however, that the detailed description and the specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only and not by way of limitation. Various substitutions, modifications, additions and/or rearrangements within the spirit and/or scope of the underlying inventive concept will become apparent to those skilled in the art from this disclosure. Embodiments discussed herein can be implemented in suitable computer-executable instructions that may reside on a computer readable medium (e.g., a HD), hardware circuitry or the like, or any combination.

Before discussing specific embodiments, embodiments of a hardware architecture for implementing certain embodiments is described herein. One embodiment can include one or more computers communicatively coupled to a network. As is known to those skilled in the art, the computer can include a central processing unit ("CPU"), at least one read-only memory ("ROM"), at least one random access memory ("RAM"), at least one hard drive ("HD"), and one or more input/output ("I/O") device(s). The I/O devices can include a keyboard, monitor, printer, electronic pointing device (such as a mouse, trackball, stylist, etc.), or the like. In various embodiments, the computer has access to at least one database over the network.

ROM, RAM, and HD are computer memories for storing computer-executable instructions executable by the CPU. Within this disclosure, the term "computer-readable medium" is not limited to ROM, RAM, and HD and can include any type of data storage medium that can be read by a processor. In some embodiments, a computer-readable medium may refer to a data cartridge, a data backup magnetic tape, a floppy diskette, a flash memory drive, an optical data storage drive, a CD-ROM, ROM, RAM, HD, or the like.

At least portions of the functionalities or processes described herein can be implemented in suitable computer-executable instructions. The computer-executable instructions may be stored as software code components or modules on one or more computer readable media (such as non-volatile memories, volatile memories, DASD arrays, magnetic tapes, floppy diskettes, hard drives, optical storage devices, etc. or any other appropriate computer-readable medium or storage device). In one embodiment, the computer-executable instructions may include lines of complied C++, Java, HTML, or any other programming or scripting code.

Additionally, the functions of the disclosed embodiments may be implemented on one computer or shared/distributed among two or more computers in or across a network. Communications between computers implementing embodiments can be accomplished using any electronic, optical, radio frequency signals, or other suitable methods and tools of communication in compliance with known network protocols.

As used herein, the terms "comprises," "comprising," "includes," "including," "has," "having" or any other variation thereof, are intended to cover a non-exclusive inclusion. For example, a process, process, article, or apparatus that comprises a list of elements is not necessarily limited only those elements but may include other elements not expressly listed or inherent to such process, process, article, or apparatus. Further, unless expressly stated to the contrary, "or" refers to an inclusive or and not to an exclusive or. For example, a condition A or B is satisfied by any one of the following: A is true (or present) and B is false (or not present), A is false (or not present) and B is true (or present), and both A and B are true (or present).

Additionally, any examples or illustrations given herein are not to be regarded in any way as restrictions on, limits to, or express definitions of, any term or terms with which they are utilized. Instead, these examples or illustrations are to be regarded as being described with respect to one particular embodiment and as illustrative only. Those of ordinary skill in the art will appreciate that any term or terms with which these examples or illustrations are utilized will encompass other embodiments which may or may not be given therewith or elsewhere in the specification and all such embodiments are intended to be included within the scope of that term or terms.

Language designating such nonlimiting examples and illustrations includes, but is not limited to: "for example", "for instance", "e.g.", "in one embodiment".

This application is related to U.S. patent application Ser. No. 12/479,319 entitled "Method and System for Distributed RAID Implementation", filed Jun. 5, 2009, by Galloway et al.; Ser. No. 12/479,360, entitled "Method and System for Data Migration in a Distributed RAID Implementation" by Galloway et al., filed on Jun. 5, 2009; Ser. No. 12/479,403, entitled "Method and System for Distributing Commands to Targets" by Galloway et al., filed Jun. 5, 2009; Ser. No. 12/479,377, entitled "Method and System for Initializing Storage in a Storage System" by Galloway et al., filed Jun. 5, 2009; Ser. No. 12/479,434, entitled "Method and System for Rebuilding Data in a Distributed RAID System" by Galloway et al., filed Jun. 5, 2009; and Ser. No. 12/479,394, entitled "Method and System for Placement of Data on a Storage Device" by Galloway et al., filed Jun. 5, 2009; all of which are incorporated fully herein by reference

A brief discussion of context particularly with respect to data storage may now be helpful. As discussed above, RAID systems divide and replicate data across multiple hard disk drives (or other types of storage media), collectively referred to as an array, to increase reliability and in some cases improve throughput of computing devices (known as a host) using these RAID systems for storage. However, current implementations of RAID may have a variety of problems. These problems may stem from limitations imposed by the architecture of these RAID systems, such as the fact that in many instances all communications with a RAID system must be addressed to a single server which controls and manages the RAID system. Other problems may arise from the configuration or layout of the data on the disks comprising a RAID system. For example, in certain cases a RAID level must be chosen and storage allocated within the RAID system before the RAID system can be utilized. Thus, the initially chosen RAID level must be implemented in conjunction with the data stored on the RAID system, irrespective of whether that level of RAID is desired or needed. Furthermore, in many cases existing problems may be exacerbated by the need to use custom hardware or software to implement these solutions, raising the costs associated with implementing such a solution. Consequently, it is desired to substantially ameliorate these problems, among others.

To that end, attention is now directed to the systems and methods of the present invention. Embodiments of these systems and methods provide a distributed RAID system comprising a set of data banks. More particularly, in certain embodiments of a distributed RAID system each data bank has a set of associated storage media and executes a similar distributed RAID application. The distributed RAID applications on each of the data banks coordinate among themselves to distribute and control data flow associated with implementing a level of RAID in conjunction with data stored on the associated storage media of the data banks.

Specifically, in certain embodiments, a volume with an associated RAID level may be created using the distributed RAID system. Each of the distributed RAID applications can then coordinate operations associated with data of that volume such that data associated with that volume or the implementation of the desired RAID level in conjunction with that volume may be stored on the multiple data banks of the distributed RAID system.

By coordinating the implementation of a level of RAID in conjunction with a volume by storing both data of the volume and data associated with the implementation of RAID on multiple data banks using similar distributed RAID applications executing on each of those data banks a number of advantages may be achieved. Namely, different storage volumes may be allotted, with one or more of the volumes implemented in conjunction with different RAID levels. Moreover, as the coordination of storage and the implementation of RAID across the data banks is accomplished using substantially identical distributed RAID applications, in many cases standard or off-the-shelf hardware, such as standard x86 based servers and storage media may be utilized. Many other advantages may also be realized utilizing embodiments presented herein or other embodiments, and such advantages, which may or may not be pointed out in particular detail, will be realized after reading this disclosure.

Turning now to FIG. **1**, a block diagram of an architecture for a system which utilizes one embodiment of a distributed RAID system is depicted. Distributed RAID system **100** includes a set of data banks **110**, each data bank **110** communicatively coupled to both of switches **120**. Each of switches **120** is also communicatively coupled to each host **102**, such that a host **102** may communicate with each data bank **110** through a set of paths corresponding to a particular data bank **110**, each path comprising one of the switches **120**.

The communicative coupling between data banks **110**, switches **120** and hosts **102** may be accomplished using almost any transport medium (either wired or wireless) desired, including Ethernet, SCSI, iSCSI, Fibre Channel, serial attached SCSI ("SAS"), advanced technology attachment ("ATA"), serial ATA ("SATA") or other protocols known in the art. Furthermore, the communicative coupling may be implemented in conjunction with a communications network such as the Internet, a LAN, a WAN, a wireless network or any other communications network known in the art.

In one embodiment, then, using a commands protocol, such as iSCSI, SCSI, etc., hosts **102** may communicate with data banks **110** to manipulate data. More particularly, each of data banks **110** comprises storage media (as will be explained in more detail later on herein). Collectively, the storage media in data banks **110** may be virtualized and presented to hosts **102** as one or more contiguous blocks of storage, storage devices, etc. For example, when the iSCSI protocol is utilized the storage media in data banks **110** may be presented to hosts **102** as a SCSI target with, in one embodiment, multiple ports.

Thus, during operation, in one embodiment a host **102** (or a user at a host **102** or interfacing with data bank **110**) may request the creation of a volume and specify a level of RAID to be implemented in conjunction with that volume. Data associated with that volume and the implementation of the desired level RAID in association with that volume is stored across data banks **110**. The hosts **102** may then access this volume using logical address corresponding to the volume or a portion thereof. In this manner, hosts **102** can utilize created volumes of storage and fault tolerance can be achieved in conjunction with these volumes substantially invisibly to hosts **102**.

The virtualization of storage and the implementation of RAID utilizing data banks **110** may be better understood with reference to FIG. **2**A which depicts a block diagram of one embodiment of a data bank **110** computer operable to implement distributed RAID. Here, data bank **110** comprises a data store **250**, and a processor **202** operable to execute instructions stored on a computer readable medium, where the instructions are operable to implement distributed RAID application **210**. Distributed RAID application **210** may periodically issue heartbeat communications to distributed RAID applications **210** on other data banks **110** to determine if there has been a fault with respect to that data bank **110**. If the distributed RAID application **210** determines that another

data bank **110** is experiencing a fault it may set one or more fault flags corresponding to that data bank **110**. Using these fault flags for each distributed RAID application **210** on each data bank **110** a particular distributed RAID application **210** may determine if a certain data bank **110** is faulty.

Distributed RAID application **210** may also have access (for example, to read, write, issue commands, etc.) to data store **250** comprising one or more storage media, which may for example be disks **252** operating according to almost any protocol known, such as SATA, PATA, FC, etc. Distributed RAID application **210**, executing on each of data banks **110** can allow the allocation of and use of volumes using data stores **250** across data banks **110** and the implementation of RAID in conjunction with these volumes utilizing a set of global tables **240** shared between data banks **110**, a set of local tables **245** and write cache **260**, all of which may be stored in a memory **230** (which may be data store **250** or another memory altogether)

FIG. **2**B depicts a block diagram of one embodiment of a hardware architecture which may be used to implement data bank **110** computer operable to implement distributed RAID. In this architectural example, data bank **110** comprises one or more processors **202** which may adhere to the Intel x86 architecture or some other architecture altogether and a memory **230** coupled through a bus to I/O controller hub **212**, which in one embodiment may be a southbridge chip or the like. The I/O controller hub **212** may, in turn, be coupled to and control a bus **272** such as a PCI-X bus, PCI-express bus, etc. Coupled to this bus **272** are one or more disk controllers **262** such as, for example, an LSI 1068 SATA/SAS controller. Each of these disk controllers **262** is coupled to one or more disks **252**, where collectively these disks **252** may comprise data store **250**. Additionally, one or more network interfaces **282** may also be coupled to bus **272**. These network interfaces **282** may be network interfaces (such as Ethernet, etc.) which are included on motherboards, may comprise one or more network interface cards configured to interface via one or more protocols such as Ethernet, fibre channel, etc. or may be some other type of network interface such that data bank **110** may communicate with switched **120** through these network interfaces **282**.

Moving now to FIG. **3**, one embodiment of a method for the allocation of volumes and the laying out of data associated with these volumes in data stores **250** across data banks **110** is illustrated. Initially, before volumes are to be allocated on a disk **252** of data store **250**, the disk **252** may be formatted at step **305**. As discussed above, in order to have the ability to easy and simply recover from any failures redundancy data may need to be accurate relative to any corresponding stored data. In many cases, this may entail that disks **252** utilized to store a volume be formatted by calculating redundancy data from the current data in the areas on disk **252** where portions of a volume are to be stored, even though data stored at these areas may currently be garbage values. These calculations may consume an undesirably large amount of time.

Furthermore, in a distributed RAID environment such as that detailed with respect to FIG. **1**, other problems may present themselves. More specifically, as different portions of a volume may be stored on different data banks **110** and redundancy data corresponding to the volume may also be stored on various data banks **110**, accomplishing this type of formatting may additionally require a great deal of communication between distributed RAID applications **210** on data banks **110**, consuming processor cycles and communication bandwidth.

Thus, in one embodiment, to ensure that redundancy data corresponding to an area of a disk where data of a volume is to be stored is accurate relative to the area of disk **252** where that data of the volume is to be stored, a zero value may be written to the areas on disks **252** where data corresponding to the volume is to be stored and the areas on disk **252** where redundancy data is to be stored. By zeroing out both the areas of a disk **252** where data of a volume is to be stored and areas of disks **252** where redundancy data is to be stored it can be guaranteed that any data of the volume can be recreated from its corresponding redundancy data.

Zeroing disks **252** may have other advantages. Namely that no complex calculations may need to be performed to determine redundancy data and no communications between distributed RAID applications **210** may be to achieve relative accuracy between areas where a volume is to be stored and redundancy data corresponding to those areas.

Importantly, by zeroing out areas of disks **252** for use with a volume and its corresponding redundancy data a significant delay in the usability of RAID system **100** may be avoided. These advantages may be attained through the use of a process which substantially continuously during operation zeros out unallocated areas of disks **252** resulting, for example, from the initial use of distributed RAID system **100**, the installation of new disks **252**, the deletion of a volume, etc. In these instances, currently unallocated (i.e. not currently allocated) areas of disks **252** on each of data banks **110** may have zeros written to them (referred to as “zeroing” the area).

The unallocated areas of disks **252** which have been zeroed may be tracked such that when a command corresponding to a portion of a volume or redundancy data associated with a portion of a volume is received at a data bank **110** to which that portion is assigned, distributed RAID application **210** may check to determine if that portion has been assigned a corresponding area of disks **252** on data bank **110** where that portion has been assigned. If no corresponding area of disks **252** on data bank **110** has been assigned, distributed RAID application **210** may select an area of disks **252** which has been zeroed and assign this area of disks **252** to the portion of the volume or corresponding redundancy data.

By simultaneously zeroing out any unassigned areas which have not previously been zeroed and waiting until a command corresponding to a portion of a volume or redundancy data is received to assign a zeroed area of disks **252** to that portion distributed RAID system **100** may operate substantially immediately without a long involved formatting process and new disks **252** may be added and volumes deleted or freed relatively unobtrusively to the operation of distributed RAID system **100**.

It will be noted, therefore, after reading the above that step **305** in which the disks **252** are formatted may be accomplished before, during or after the creation of a volume with respect to distributed RAID system **100** and that the placement of step **305** (and all other steps in all the flow diagrams herein) implies no order to the steps. As will also be noted after a thorough review of the rest of the steps in FIG. **1** and the remainder of the disclosure, a volume may be created and portions of the volume and redundancy data corresponding to the volume assigned to a data bank **110** before physical areas on disks **252** on these data banks **110** have been assigned to store the portions of the volume or redundancy data and that, furthermore, the zeroing of the physical areas on disks **252** used to store the data corresponding to such portions may occur before the creation of the volume or after the creation of the volume but before these physical areas are assigned to corresponding portions of the volume or redundancy data (as discussed in more detail later).

These locations may be better explained with reference to the concept of a segment which may be utilized by embodi-

ments of a distributed RAID application **210**, where a segment may be the size of 2048 logical block addresses (LBAs) (or some other size) and the size of the logical block address corresponds to the sector size of a disk **252**. Disks **252** in the data store **250** on each of data banks **110** may therefore be separated into equal size segments (for example, 1 MB) at step **310**. These segments may correspond to one or more contiguous data blocks of a disk drive **252**. Therefore, when a user or host **102** requests the creation of a volume from distributed RAID application **210** at step **320** and specifies a level of RAID which will be used in conjunction with that volume at step **330**, a number of these segments corresponding to the requested size of the volume plus the number of segments desired to implement the desired level of RAID in conjunction with the volume may be assigned to the volume at step **340**.

Thus, the volume comprises a number of segments (also referred to as logical segments), where each of these segments may be associated with a particular data bank **110** such that the data bank **110** may be assigned to manage that segment of the volume. This segment may, for example, may be the size of 2048 logical block addresses (LBAs), where the size of the logical block address corresponds to the size sector size of a disk **252** (other arrangements and sizes will also be possible). In most cases the physical storage comprising that segment of the volume will be stored in the data store **250** of the data bank **110** which manages that segment, however, in other cases the data corresponding to that segment may be stored in the data store **205** of a different data bank **110** (in other words, in certain cases the data bank **110** comprising the distributed RAID application which manages that segment may be distinct from the data bank **110** comprising the data store **250** which stores the data corresponding to that segment).

In one embodiment, the allocation of segments to data banks **110** corresponding to a particular volume may be accomplished by determining a random permutation of the set of data banks **110** corresponding to the distributed RAID system **100**. Thus, if there are six data banks a random permutation of size six, where the random permutation comprises each of the data banks may be determined such that the segments may assigned to each of the data banks consecutively in the order of the random permutation.

For example, suppose there are four data banks **110** in a distributed RAID system (call them data bank**1**, data bank**2**, etc.). A random permutation of data bank**2**, data bank**4**, data bank**1** and data bank**3** may be determined. In this case, the first segment corresponding to a volume is on data bank**2**, the second segment may be on data bank**4**, the third on data bank**1**, the fourth on data bank **3** and the fifth back again on data bank **4**. In this way, the location of a particular segment corresponding with the volume may be determined mathematically if the random permutation corresponding to the volume is known.

As mentioned the user may specify that a level of RAID is to be implemented in conjunction with a volume at step **330**. In this case, distributed RAID application **210** may ensure that any data corresponding to the implementation of RAID in conjunction with a volume is stored at an appropriate location at step **350** such that the RAID information is appropriately distributed across data banks **110** to ensure that the desired level of RAID is achieved.

For example, if it is desired to implement RAID 5 in conjunction with a volume, distributed RAID application **210** may determine a desired RAID parity group size (for example, based on a user configured RAID set or otherwise determined). This determination may be based on the number of data banks **110** in the distributed RAID system and may, in one embodiment, be one less than the number of data banks **110** (plus an additional one to account for the parity data).

To illustrate, if there were five data banks **110**, for every four segments which store data associated with the volume (referred to as data segments), one segment would be dedicated to parity and the parity for the four segments calculated and stored in this parity segment, where the parity segment would be dedicated in a data bank **110** whose data store **250** does not comprise the data segments from which the parity data of the parity segment was calculated.

At this point, each segment corresponding to a logical volume has been assigned to a particular data bank **110** and any segments **100** to be utilized to store RAID data corresponding to the volume (referred to herein interchangeably as redundancy segments or parity segments, without loss of general applicability to the use of the segment to store any type of redundancy data associated with the implementation of any level of RAID in conjunction with a volume) have also been assigned to a data bank **110**, however, physical sectors of the disks **252** of the data stores **250** of the data banks may not have yet been assigned to store the data corresponding to those segments. Thus, at step **360** physical segments of disks **252** on the data bank **110** to which a logical segment of the volume has been assigned may be determined and assigned to the logical segments. This segment mapping may be stored in the local tables **245** of each data bank **110**. This assignment may, as mentioned earlier, take place at some later point, for example, when a command first attempts to write a logical segment.

When making this assignment, in one embodiment the areas different performance characteristics of disks **252** may be accounted for relative to the accessed logical segment. In other words, disks **252** may have segments which are more efficiently accessed than other segments of the same disk. Therefore, in one embodiment it may desirable to assign physical segments of a disk **252** based upon criteria associated with the logical segment. The characteristics may include for example, such things as a quality of service designation associated with a volume corresponding to the logical segment, a number of accesses to the volume comprising the logical segment, etc.

At step **370**, then, information corresponding to the volume may be stored, such that the location of segments corresponding to the volume, or segment corresponding to the implementation of RAID in conjunction with the volume, may be determined from this stored information. This stored information (collectively referred to as mapping data) may therefore include an identification for the volume, the random permutation corresponding to the volume (for example, indicating the order of data banks **110** on which the segments are located) and the parity group size of any RAID implementation (for example, if the volume corresponds to a 4+1 RAID set, a 7+1 RAID set, if RAID 1 is implemented, etc.). This data may be stored, for example, in global tables **240** such that it can be communicated to other distributed RAID applications **210** on other data banks **110** to ensure that at least a portion of the set of tables **240** associated with each distributed RAID application **210** remains substantially consistent and the location.

The above description may be better understood with reference to FIG. **4** which depicts one example of one embodiment of a distributed RAID system with five data banks **110**. Here, each data store **250** of each data bank **110** has been laid out as a set of equally sized segments **402**, which for purposes of this example will be assumed to be 1 MB in size. Suppose, now that a host **102** requests a volume of 8 MB with RAID level 5 from distributed RAID application **210***b* on data bank

**110***b*. In this case, distributed RAID application **210***b* may determine that eight segments **402** are required for the data portion of the volume while two segments **402** segments may be required to store the redundancy data for the volume in conjunction with implementation of the desired RAID level for the volume. Distributed RAID application **210***b* may then determine a random permutation for the volume. For purposes of this example, assume that the random permutation is: data bank **110***b*, data bank **110***d*, data bank **110***a*, data bank **110***c*, and data bank **110***e*. Thus, data bank **110***b* may be assigned segment **402***a*, the first segment of the requested volume, data bank **110***d* may be assigned segment **402***b*, the second segment of the requested volume, data bank **110***a* may be assigned segment **402***c*, the third segment of the requested volume, data bank **110***c* may be assigned segment **402***d*, the fourth segment of the requested volume and data bank **110***e* may be assigned segment **402***e*, the fifth segment of the requested volume. The assignment then begins again with the first data bank **110** of the random order such that data bank **110***b* may be assigned segment **402***f*, the sixth segment of the requested volume, data bank **110***d* may be assigned segment **402***g*, the sixth segment of the requested volume and data bank **110***a* may be assigned segment **402***h*, the eighth segment of the requested volume.

Once the data segments **402***a*-**402***h* for storing data associated with the volume have been assigned, distributed RAID application **210***b* may assign segments **402** for any data associated with the implementation of that RAID level. In this example, as RAID 5 is desired with respect to the volume, distributed RAID application **210***b* may determine that as five data banks **110** are being utilized a (4+1) parity set may be desired. Distributed RAID application **210***b* may then determine that to store the parity to implement RAID 5 in conjunction with eight segments **402** an additional two segments **402** may be needed.

Furthermore, it may be desired that the parity created utilizing a particular set of data segments **402** will not be stored on a data bank **110** having any of those set of data segments **402** in its data store. Thus, distributed RAID application **210***b* may also determine a location where each of the parity segments will be allocated based on the determined RAID parity group size, the location of the first data segment **402***a*, etc. Here, parity segment **402***i* which will store the parity data corresponding to the data stored in data segments **402***a*, **402***b*, **402***c* and **402***d* will be allocated in data store **250***c* of data bank **110***c* while parity segment **402***j* which will store the parity data corresponding to the data stored in data segments **402***e*, **402***f*, **402***g* and **402***h* will be allocated in data store **250***e* of data bank **110***e*. Notice here that the parity segments **402***i*, **402***j* which will store the parity information associated with the implementation of RAID in conjunction with the volume comprising data segments **402***a*-**402***h* are laid out and sized substantially identically to as those segments **402***a*-**402***h* which store the data associated with the volume.

Thus, when a host **102** accesses the volume, a request with a logical address corresponding to the first data segment of the volume may correspond to data segment **402***a* on data bank **110***b*, a request with a logical address corresponding to the second data segment of the volume may correspond to data segment **402***b* on data bank **110***d*, etc. Notice here, that the allocated data segments **402***a*-**402***h* may reside on different data banks **110** and that the location of any allocated data segment **402***a*-**402***h* may be determined using the random permutation associated with that volume (for example, as stored in global tables **240** at data banks **110**). As discussed above, however, data stores **250** on data banks **110** have been virtualized, thus the requesting host may not be aware of the location of the data segments **402** in data stores **250**, that multiple data stores **250** exist, that data stores **250** are spread across multiple data banks **110**, etc. Host **102** believes it is addressing a single contiguous volume.

It will be apparent that the location of the data segments **402** on data banks **110** (and the corresponding random permutation of data banks **110**) in this example is for purposes of illustration and that the data segments **402** of a volume may be located on any of data stores **250** on any of the data banks **110** according to almost any random, or other, permutation. Furthermore, it will be noted that while each of segments **402** is in this example 1 MB, these may be of any size without loss of generality and that a 1 MB size has been chosen solely for ease of illustration.

As can be seen from the above description then, the location of a particular data segment **402** or parity segment **402** can be determined algorithmically (for example, using the same random permutation used to assign segments for the volume, locate the parity segments for the volume, etc.) using the random permutation associated with the volume and the RAID parity group size. Thus, the information may be stored in conjunction with an identification corresponding to the volume, for example in set of global tables **240**. Furthermore, these global tables **240** may be communicated between data banks **110**, or otherwise updated, such that at least portions of the set of global tables **240** in each of the data banks **110** may be kept substantially consistent.

It may be helpful here to briefly delve into more detail regarding global tables **240** associated with distributed RAID application **210**. As discussed, in one embodiment, global tables **240** may store information associated with volumes created by distributed RAID application **210** where those tables **240** can be used to determine a data bank **110** associated with a data segment within that volume or where a parity segment associated with a data segment corresponding to that volume is located. Global tables **240** may therefore comprise a set of tables, each table corresponding to a volume implemented with respect to databanks **110**. In particular, one of these tables **240** may contain data which may be used to identify a data bank **110** whose data store **250** comprises a certain segment of a volume. Specifically, this table may be used to correlate a logical address associated with a volume with the data bank **110** where the segment (data, redundancy, etc.) corresponding to that logical address is stored.

FIG. **5** depicts a graphical representation of one embodiment of this type of table, where each volume may have an associated instance of such a table associated. Table **550** includes entries for LV number **504**, segment size **508**, segment count **512**, quality of service (QOS) **514**, range count **518**, information for range entries, including in the embodiment depicted a first range **524***a* and a second range **524***b* and any additional range entries **524***n*.

LV number **504** is a unique number used to identify a particular volume, segment size **508** corresponds to the size of the segments used to implement the volume, segment count **512** corresponds to the number of segments corresponding to the logical volume (for example, both the number of data segments and redundancy segments, just the number of data segments, etc), QOS **514** indicates the quality of service which it is desired to implement with respect to the volume (note that this QOS indicator may indicate a priority to be given to that volume relative to other volumes stored on data banks **110**) and range count **518** indicates a number of ranges associated with the volume, while range entries **524** each correspond to one of those ranges.

A range may correspond to a particular data bank **110** order and RAID implementation. Multiple ranges may be utilized

to implement a volume for a variety of reasons. Specifically, for example, multiple ranges may be utilized in conjunction with a volume because different data stores **250** at different data banks **110** may have different amounts of storage in data store **250** available for use. This may lead to a situation where for example, for a first range of a volume all data banks **110** may be utilized in conjunction with a first RAID implementation while in a second range of a volume fewer than all the data banks **110** available may be utilized in conjunction with a second RAID implementation (where the first and second RAID implementations may, in fact, be different levels than one another). Each of these ranges may therefore correspond to segments laid out according to different data bank **110** orders (for example, random permutations, etc.), having a different number of data banks **110** available for use, a different type of RAID, etc.

To illustrate using a concrete example, brief reference is made back to FIG. **4**. Suppose that the volume of 8 MB with RAID level 5 is laid out as shown, where the data segments are laid out according to the order data bank **110***b*, data bank **110***d*, data bank **110***a*, data bank **110***c*, and data bank **110***e* and RAID 5 is implemented in conjunction with the volume utilizing a (4+1) parity set may be desired with the parity segments assigned in data store **250***c* of data bank **110***c* and data store **250***e* of data bank **110***e*.

Now suppose that it is requested to add an additional 3 MB to this volume. However, suppose in this instance that data stores **250** of data banks **110***e*, **110***c* and **110***d* have no more room. Thus, in this case the only solution may be to allocate the additional desired 3 MB between data banks **110***a* and **110***b* which have remaining storage in data stores **250**. Furthermore, as only two data banks **110** may be available for use it may only be possible to utilize a RAID level of 1 instead of RAID 5 as utilized with the first 8 MB of the volume. Thus, in this case the first 8 MB of the volume may correspond to a first range, and have a first range entry in a table corresponding to the volume with a first set of values while the next 3 MB of the volume may correspond to a second range, and have a second range entry in a table corresponding to the volume with a second set of values. As may be apparent after reading this disclosure, this type of occurrence may occur with some frequency.

Returning to FIG. **5**, to deal with these types of situations, among others, each range of a volume may have an entry in a table **550** such that the location of segments in that particular range may be determined from the range entry corresponding to that range. Entries **524** for each of the ranges of the volume corresponding to the table **550** are associated with range count **518**. In one embodiment, range count **518** may correspond to the number of ranges of a volume such that the number of range entries **524** corresponds to the range count **518**. While only range entries **524***a* and **524***b* are shown it will be noted that the number of range entries **524** in a table will depend on the number of ranges corresponding to the volume to which that table corresponds. Thus, if a volume is divided into three ranges, there will be three range entries **524** in table **550** such that there is a range entry **524** comprising information for each range of the volume corresponding to table **550**.

Information for a range entry **524** includes type **526**, start **530**, End **534**, network RAID **538**, network RAID size **542**, disk RAID **546**, disk RAID size **550**, databank count **554**, databank order **558** and a disk count **562** and disk order **566** corresponding to each data bank **110** used to store segments associated with range **524** (in other words there will be a disk count **562** and disk order **566** equal to databank count **554** of that range entry **524**). Type **526** describes the type of the range corresponding to information for range entry **524**: for example, normal, source (SRC), destination (DST) or other type of range. Start **230** is the first logical segment address of the range of the volume corresponding to range entry **524**. End **234** is the last logical segment address of the range corresponding to information for the range of the volume corresponding to range entry **524**. Other arrangements are also possible, for example, end **524** may be a count which is the maximum number of segments or blocks in the range, etc.



Databank count **562** may correspond to the number of data banks **110** on which the range corresponding to the range entry resides, databank order **558** may be the order in which segments in that range were assigned to data banks **110** while network RAID **538**, network RAID size **542**, disk RAID **546** and disk RAID size **552** may correspond to the type of RAID implemented in conjunction with the range of the volume corresponding to range entry **524**.

Network RAID **538** is the type of RAID being implemented in association with the volume corresponding to the table **550**, for example, RAID 0, RAID 1 or RAID 5 or other RAID types. Network RAID Size **542** is the parity group size of the RAID type used in the range. The Network RAID Size **542** may be limited by the number of data banks **110** in the range to be less than or equal to the number of databanks in the range corresponding to information for range **524**. Disk RAID **546** is the type of RAID being implemented across disks in the databanks in the range. Disk RAID size **552** may be the parity group size of the RAID type used across the disks **252** in the data store **250** of each data bank **110** and may be limited to be less than or equal to the number of disks in the databank. In embodiments, RAID across the disks in the databanks **110** in the range is optional and may or may not be used. In such embodiments, either Disk RAID **546**, Disk RAID Size **552** or both may not be used or may be omitted.

Data bank count **554** is the number of databanks in the range and Databank order **558** is the order in which RAID is implemented (for example, striped) across the data banks **110** in the range. For example, data banks **110** may have data corresponding to the logical addresses of the volume saved in a certain order and databank order **558** corresponds to this order. Disk count **562** is the number of disks within a data bank **110** of the range and disk order **566** is the order in which RAID is implemented across disks of a particular databank **110**. For example, disks **252** may have segments saved to them in a certain order and disk order **566** is the order in which segments are stored across disks **252** in a data bank **110**. Thus, for each databank **110** used to store segments of the range associated with the range entry **524** there will be a corresponding disk count **562** and disk order **566** (in other words the number of disk counts **562** and disk orders **566** will, in one embodiment, be equal to databank count **554** of that range entry **524**). In embodiments, RAID across disks **252** in the data banks **110** is optional and may not be used. It will be noted that while table **550** has been described with specificity, this description is by way of example, not limitation and other forms of table **550** may be utilized. For example, a virtual table may be used instead of table **550** and may explicitly list the segment **402** and data bank **110** corresponding to each logical address.

Thus, as discussed earlier, information in table **550** may be used to identify a data bank **110** comprising a data segment **402** corresponding to a logical address (referenced by a host **102** in a command or in any other context). For example, knowing the size of segments **402** and using start **530**, end **534**, the range entry **524** corresponding to the address, etc., the particular data bank **110** corresponding to a logical address of the volume can be determined.

While one or more portions of tables **240** may be substantially identical across all data banks **110** and may describe one or more logical volumes which span one or more data banks **110** as described above, other tables **245** on a data bank **110** may be distinct to the data bank **110** to which it corresponds (for instance, table **245** may be unique to the data bank **110** on which the corresponding distributed RAID application **210** is executing). This table **245** may comprise data pertaining to each disk **252** contained in the data store **250** of the corresponding data bank **110** and may comprise information on where information is stored on or among disks **252** of the data store, for example, the sector of a disk **252** where a segment **402** assigned to the data bank **110** is located in data store **250**.

In FIG. **6** a graphical representation of one embodiment of this type of table is depicted. Table **660** may be stored at a particular data bank **110** and comprise multiple disk tables **670**, each of the disk tables **670** corresponding to a disk **252** of the data store **250** within that data bank **110** and listing the location of the segments stored within that disk **252**. More specifically, in most cases disks **252** are divided into physical sector, each physical sector having a corresponding address or range of addresses.

A disk table **670** may be a mapping table which can be utilized to determine the location of a sector of a disk **252** of the data bank **110** where a segment of a volume is stored. Thus, using a table **670** the address of a sector on a disk **252** corresponding to a segment of a volume can be determined. Furthermore, the table may contain one or more flags or descriptive bits per entry corresponding to a segment or sector of the disk, describing the sector or segment stored at that sector.

Referring now to FIG. **7**, a graphical representation of one embodiment of a disk table **670** is depicted. Disk table **670** has multiple entries, each entry corresponding to a physical segment of the corresponding disk such that the entries of disk table **670** describe the physical segments of the disk **252**. Each entry in disk table **670** may also include one or more flags or bit fields describing the physical segment or segment of the volume stored at the corresponding sector. More particularly, as shown in FIG. **7**, in one embodiment entries in disk table **670** include fields for a logical volume (LV) number, logical segment number, address space and sector state. LV number identifies the logical volume to which data stored at that physical segment corresponds. Logical segment number identifies the segment of the logical volume corresponding to that data. Address space identifies the segment stored as 'data' or 'redundancy'. A value of 'data' may indicates that data is stored at the sector represented by the entry, whereas a value of 'redundancy' indicates that the information stored at the sector may be used for RAID data protection and, depending upon the RAID level, may be redundant data, mirrored data or parity information. Sector state indicates the state of the segment as being 'allocated', 'zeroed' or 'dirty'. 'Allocated' indicates the segment has been allocated and may comprise valid data. 'Zeroed' indicates the segment has been zeroed out by writing zeros to the segment and 'dirty' indicates the segment may comprise garbage are otherwise unusable or undesirable values, for example because the segment has not been zeroed out or allocated, may be storing random bits or data. In one embodiment, for example, for a new disk all segments of the disk may be marked as dirty in a disk table corresponding to the new or newly added disk.

After reading the above description of the tables it will be apparent that distributed RAID application **210** may utilize the global tables **240** to determine which segment corresponds to a logical address of a volume, on which data bank **110** segments corresponding to a volume (either data or redundancy segments) are located, which segment of a volume corresponds to a logical address of a volume, where RAID data (parity data, mirror data, etc.) associated with a segment of a volume is located, which disk on a particular databank **110** comprises a segment or other information regarding volumes, segments, or disks **252** corresponding to that particular data bank **110**, or other information regarding volumes, segments **402**, data banks **110**, RAID data, etc.

Similarly, distributed RAID application **210** on each individual data bank **110** may use local tables **245** on that data bank **110** to determine where on that data bank **110** (which sector(s) of disk **252**, etc.) a particular segment is located or other information regarding volumes, segments, or disks **252** corresponding to that particular data bank **110**.

Using the combination of the global table **240** shared between data banks **110** and the local tables **245** corresponding to each individual data bank **110** then, certain operations may be performed by the distributed RAID applications **210** on data banks **110** in cooperation with one another. These types of operations will now be discussed in more detail. Specifically, one embodiment of the implementation of a READ command and a WRITE command on a volume where RAID level 5 has been implemented in conjunction with the volume will now be discussed in more detail followed by concrete examples of the implementation of these commands with respect to an example distributed RAID system. It will be noted how other types of embodiments, commands, RAID levels, etc. may be implemented after a thorough review of this disclosure.

Looking first at FIG. **8**, a flow diagram for one embodiment of a method for implementing a READ command in a distributed RAID system is depicted. This READ command may be sent by a host **102** to a data bank **110** through a switch **120** or from one data bank **110** to another data bank **110**. In certain embodiments, host **102** may comprise one or more applications and associated routing information such that a READ command may be routed from the host **102** issuing the command to an appropriate data bank **110** along a path between the issuing host **102** and the appropriate data bank **110**. In other cases, however, no such application or routing information may be present on host **102** and thus a READ command issued from a host **102** may be routed to any of data banks **110**. It is the latter case that will be illustrated in this embodiment, however, after reviewing the description of this embodiment it will be noted by those of skill in the art which steps are applicable to the former case as well.

At step **810**, then, a READ command may be received at a data bank **110**. The distributed RAID application **210** on data bank **110** may determine, at step **820**, a segment of a volume which corresponds to a logical address referenced in the received READ command and on which data bank **110** the segment of the volume is stored at step **830**. As discussed above, this information may be determined using the global tables **240** associated with the distributed RAID application **210**. If the data bank **110** which is storing the segment is the same as the data bank **110** which received the READ command (as determined at step **832**) the requested data can be obtained from the appropriate disk **252** of the data store **250** on the receiving data bank **110** at step **840** and at step **850** the READ command responded to. As discussed above, the particular disk **252** of a data store **250** of the data bank **110** on which a segment is stored can be determined using global tables **240** while the location on that disk **252** where the data corresponding to the segment is stored may be determined using local tables **245** which may be used to map a segment of a volume to a physical location on a disk **252**. If the receiving data bank **110** received the READ command from the host

**102** the host **102** may be responded to while if the receiving data bank **110** received the READ command from another data bank **110** the response may be sent to the distributed RAID application **210** on the data bank **110** which issued the READ command.

If, however, the segment is stored on a remote data bank **110** (a data bank **110** other than the one which received the command) at step **860** the READ command may be sent to the distributed RAID application **210** at the remote data bank **110**. In one embodiment, this READ command may be communicated to the distributed RAID application **210** at the remote data bank **110** using a command format utilized by distributed RAID application **210**. This command, while providing pertinent information of the original READ command may also instruct the distributed RAID application to return the result of the READ command to the data bank **110** which originally received that READ command, or to perform other functionality. Accordingly, after the READ command is sent to the remote data bank **110** at step **870** a response comprising the requested data may be received from the remote data bank **110** and at step **880** the received READ command responded to using the data received in that response.

Moving, now to FIGS. **9**A and **9**B, a flow diagram for one embodiment of a method for implementing a WRITE command in a distributed RAID system is depicted. This WRITE command may be sent by a host **102** to a data bank **110** through a switch **120** or from one data bank **110** to another data bank **110**. In certain embodiments, host **102** may comprise one or more applications and associated routing information such that a WRITE command may be routed from the host **102** issuing the command to an appropriate data bank **110** along a path between the issuing host **102** and an appropriate data bank **110**. In other cases, however, no such application or routing information may be present on host **102** and thus a WRITE command issued from a host **102** may be routed to any of data banks **110**. It is the latter case that will be illustrated in this embodiment, however, after reviewing the description of this embodiment it will be noted by those of skill in the art which steps are applicable to the former case as well.

At step **910**, then, a WRITE command may be received at a receiving data bank **110**. The distributed RAID application **210** on receiving data bank **110** may then determine at steps **920**, **930** and **940** the segment of the volume corresponding to a logical address referenced by the WRITE command, the location of that segment (for example, which data banks **110** is storing the data corresponding to that segment) and the location of the parity corresponding to that segment (for example, which data bank **110** is storing the segment where parity data created from the data corresponding to that segment is stored). As discussed above, the location of both the data segment and the parity segment may be determined using global tables **240** stored on the receiving data bank **110**.

If neither the data segment (the segment storing the data) nor the redundancy segment (in other words, where the parity or other type of redundancy data created from the data segment) is stored on the receiving data bank **110** (as determined at steps **950** and **960**) the WRITE command may be communicated to the distributed RAID application **210** on the remote data bank **110** on which the data segment is stored at step **964** and to the distributed RAID application **210** on the remote parity data bank **110** on which the parity segment is stored at step **966**. In one embodiment, this WRITE command may be communicated to the distributed RAID applications **210** at the remote data bank **110** and the remote parity data bank **110** using a command format utilized by distributed RAID applications **210**. This command, while providing pertinent information of the original WRITE command may also instruct a distributed RAID application **210** to perform other desired functionality.

Accordingly, after the WRITE command is sent to the remote data bank **110** and the remote parity data bank completion notifications may be received from the distributed RAID applications **210** on the remote data bank **110** and the remote parity data bank **110** at steps **968** and **970**. Once these acknowledgments are received the WRITE command may be responded to by the distributed RAID application **210** on the receiving data bank **110**.

Returning to step **950**, if, however, the data segment is stored at the receiving data bank **110**, it may be determined if the WRITE command was received from a host **102** or another data bank **110** at step **952**. If the WRITE command was received from a host **102** the WRITE command may be communicated to the distributed RAID application **210** on the remote parity data bank **110** at step **976** and placed in the write cache of the receiving data bank **110** at step **974**. After receiving a completion notification from the distributed RAID applications **210** on the remote parity data bank **110** at step **978**, the WRITE command may be responded to by the distributed RAID application **210** on the receiving data bank **110** at step **980** (for example, a response sent to the host **102**). Furthermore, the WRITE command itself may be processed at step **982**. This process may entail the storing of data associated with the WRITE command to the data segment stored on the receiving data bank **110** or other functionality.

On the other hand, if the WRITE command was not received from a host at step **952** this may indicate that the WRITE command was received from another data bank **110** (which, in many cases, may have been the data bank **110** which originally received the WRITE command from a host **102**). In this case, the data bank **110** may place the received WRITE command in its write cache at step **984** and sends a completion notification to the issuing data bank **110** at step **986**. At some later point then, the WRITE command itself may be processed at step **988**.

Returning again to step **950**, if the data segment is not stored at the receiving data bank **110** but the parity segment is stored at the receiving data bank **110**, as determined at step **960**, it may be determined if the WRITE command was received from a host **102** or another data bank **110** at step **962**. If the WRITE command was received from a host **102** the WRITE command may be communicated to the distributed RAID application **210** on the remote data bank **110** where the data segment corresponding to the WRITE is stored at step **1002** and placed in the write cache of the receiving data bank **110** at step **1000**. After receiving a completion notification from the distributed RAID applications **210** on the remote data bank **110** at step **1004** the WRITE command may be responded to by the distributed RAID application **210** on the receiving data bank **110** at step **1006** and the write command processed at step **1008** by the receiving data bank **110**.

Here, processing the write command may entail that the parity segment stored at the receiving data bank **110** may be updated based upon the write command. This update of the parity segment may be accomplished in a variety of ways, not all of which will be elaborated on herein but which will be known to those of ordinary skill in the art. For example, distributed RAID application **210** on parity data bank **110** may perform a backed out write in order to update the parity segment. Performing this backed out write may entail obtaining data segments from which the parity segment and performing logical operations (such as exclusive OR (XOR) operations) using the obtained data segments and the data to be written associated with the WRITE command. Alterna-

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 29 of 35



tively, if distributed RAID application **210** on receiving data bank **110** has multiple WRITE commands corresponding to each of the data segments from which the parity segment was created, a new parity segment may be calculated and the original parity segment may be updated by replacing it with the newly calculated parity segment. Other methods for updating the parity segment may be realized from a review of the disclosures herein and the particular method utilized to update a parity segment by a distributed RAID application may depend on a variety of factors, including configuration parameters, the availability of certain data (for example, WRITE commands corresponding to all data segments used to create the parity, etc.) or any of a number of other factors.

Returning now to step **962**, if the WRITE command was not received from a host this may indicate that the WRITE command was received from another data bank **110** (which, in many cases, may have been the data bank **110** which originally received the WRITE command from a host **102**). In this case, the WRITE command may be placed in the write cache of the receiving data bank **110** at step **990** and a completion notification sent to the issuing data bank at step **992**. The WRITE command may then be processed at step **994** (for example, the parity segment may be updated as discussed above).

After reviewing the above discussion it will be noted that in many cases, a distributed RAID application **210** at a particular data bank **110** may not be able to process a received WRITE command until notification is received from a parity data bank **110**, that a parity data bank may need to evaluate multiple received WRITE commands to determine or implement a method for updating the parity or any of a number of other instances when it may be desired to store one or more WRITE commands or evaluate a set of these stored WRITE commands. To facilitate the storage and evaluation of WRITE (or other) commands, each distributed RAID application **210** may have an associated write cache **260**.

A representation of one embodiment of a write cache is depicted in FIG. **10**. As WRITE commands are received by distributed RAID application **210** they are placed in write cache **1100**. Each of these WRITE commands **1160** may have an associated timestamp indicating when the WRITE command **1160** was received. Thus, in one embodiment write cache **1100** may comprise a queue of time stamped WRITE commands **1160**. At some point a timestamp marker may be issued by distributed RAID application **210**. This timestamp marker may comprise a time and be communicated to each of distributed RAID applications **210**. When to issue a timestamp market may be determined in a variety of ways, such as when the write cache **1100** is a certain percentage full or when a certain number of WRITE commands **1160** have been received, at a certain time interval or a variety of other methodologies.

In any event, this timestamp marker **1110** will segment each of the write caches **1110** associated with each of the distributed RAID applications **210** into at least two segments a closed marker **1150** comprising WRITE commands **1160** received before the timestamp marker **1110** (in this example WRITE commands **1160***a*, **1160***b*, **1160***c* and **1160***d*) and an open marker **1140** comprising WRITE commands **1160** received after the timestamp marker **1110** (in this example WRITE commands **1160***e*, **1160***f* and **1160***g*). Distributed RAID application **210** may then evaluate the set of WRITE commands **1160** in the closed marker **1150** (in this example WRITE commands **1160***a*, **1160***b*, **1160***c* and **1160***d*) to determine how these WRITE commands **1160** are to be processed while received WRITE commands may still be added to open marker **1140**.

Conversely, as the closed marker **1150** comprises a set of WRITE commands which are no longer changing distributed RAID application may evaluate this set of WRITE commands **1160** with respect to one another (or other criteria) to determine an order of execution (and may therefore reorder WRITE commands **1160** in closed marker **1160**), a methodology to update a parity segment (for example, if there are WRITE commands in closed marker **1150** which correspond to each data segment used to create a parity) or make other determinations associated with the processing of WRITE commands **1160**. It will be noted that as a timestamp marker **1110** may be issued for multiple reasons by any of distributed RAID applications **210** on each of data banks **110**, multiple closed markers may exist at any one point, for example, when multiple timestamp markers **1110** are issued by distributed RAID applications **210** between the time the write cache is evaluated by any one of the distributed RAID applications **210**.

After reviewing the above the reader may now have an understanding of how distributed RAID applications **210** on data banks **110** operate in tandem to achieve virtualized storage and RAID implementation. It may be further helpful to an understanding to certain embodiments, however, to discuss the functioning of certain embodiments of distributed RAID application **210** after the occurrence of a fault. As discussed above, distributed RAID application **210** may be aware (for example, have stored) of a data bank which is faulty (in other words, which may have a hardware, software, communication or other fault which impedes or hampers the ability of the data bank **110** to operate or access data). Distributed RAID application **210** may be able to account for such faults while satisfying commands from hosts **102**.

To illustrate, FIG. **11** depicts a flow diagram for one embodiment of a method for implementing a READ command in a distributed RAID system. It will be understood that this method applies to an embodiment where RAID 5 has been implemented in conjunction with a range of a volume and that other embodiments may be equally well applied in cases where other levels (or no level) of RAID have been implemented. The READ command may be sent by a host **102** to a data bank **110** through a switch **120** or from another data bank **110** to the receiving data bank **110**. At step **1110**, then, a READ command may be received at a data bank **110**. The distributed RAID application **210** on data bank **110** may determine, at step **1220**, a data segment which corresponds to a logical address referenced in the received READ command and on which data bank **110** the data segment is stored at step **1230**. If the data bank **110** which is storing the data segment is the same as the data bank **110** which received the READ command (as determined at step **1240**) the requested data can be obtained from the appropriate disk **252** of the data store **250** on the receiving data bank **110** at step **1250** and the received READ command responded to using the obtained data at step **1252**. If the receiving data bank **110** received the READ command from the host **102** the host **102** may be responded to while if the receiving data bank **110** received the READ command from another data bank **110** the response may be sent to the distributed RAID application **210** on the data bank **110** which issued the READ command.

If, however, the data segment is stored on a remote data bank **110** (a data bank **110** other than the one which received the command) at step **1254** it may be determined if the remote data bank **110** on which the data segment to be read is stored has experienced a fault. If not the READ command may be sent to the distributed RAID application at the remote data bank **110**. After a response comprising the requested data is

received from the remote data bank **110** at step **1258** the received READ command may be responded to using that data at step **1260**.

If the remote data bank **110** has experienced a fault, however, it may be determined at step **1254** if the receiving data bank **110** holds the parity segment corresponding to the data segment associated with the READ command. If the parity segment is stored at the receiving data bank **110** the data segment corresponding to the READ command may be obtained using the parity segment stored at the receiving data bank **110**. Obtaining the data segment from the parity data may be accomplished in a variety of way which will not be elaborated on in more detail, including obtaining the other data segments (data segments other than the one corresponding to the READ command) from other data banks **110** and obtaining the desired data segment by performing logical operations between the other data segment and the parity segments. Once the requested data segment has been obtained using the parity data at step **1268** the received READ command may be responded to at step **1270**. If the receiving data bank **110** received the READ command from the host **102** the host **102** may be responded to while if the receiving data bank **110** received the READ command from another data bank **110** the response may be sent to the distributed RAID application **210** on the data bank **110** which issued the READ command.

If the receiving data bank **110** is not the data bank **110** storing the parity block a READ command may be sent to the remote data bank **110** on which the parity segment corresponding to the data segment referenced in the READ command is stored at step **1262**. After a response comprising the requested data is received from the remote parity data bank **110** at step **1264** the received READ command may be responded to using that data at step **1266**.

Moving on to FIG. **12**, a flow diagram for one embodiment of a method for implementing a WRITE command in a distributed RAID system is depicted. This WRITE command may be sent by a host **102** to a data bank **110** through a switch **120** or from one data bank **110** to another data bank **110**. At step **1310**, then, a WRITE command may be received at a receiving data bank **110**. The distributed RAID application **210** on receiving data bank **110** may then determine at steps **1312**, **1314** and **1320** the data segment corresponding to a logical address referenced by the WRITE command, the location of that data segment (for example, which data banks **110** is storing the data corresponding to that segment) and the location of the parity segment corresponding to that data segment (for example, which data bank **110** is stores the segment where parity data created from the data corresponding to that segment is stored). As discussed above, the location of both the data segment and the parity segment may be determined using the set of tables **240** stored on the receiving data bank **110**.

It can then be determined if either the data bank **110** on which the data segment is stored or the data bank **110** on which the parity segment is stored have experienced a fault. If neither of those data banks **110** has experience a fault a normal write operation may be carried out at step **1324** by the distributed RAID application. A normal write operation has been discussed previously with respect to FIGS. **9**A and **9**B and will not be discussed further.

If however, either of those data banks **110** has experienced a fault a write operation taking into consideration the failed data bank **110** may be conducted at step **1326**. This write operation may parallel substantially identically the write operation described with respect to FIGS. **9**A and **9**B with the exception that before a write command is sent to a data bank **110** it is determined if the data bank **110** to which the write is to be sent is failed and if so that write command is not sent to the failed data bank **110**. In all other respects the write operation is substantially identical.

After reviewing the aforementioned flow diagrams the operation of certain embodiments may be better understood with reference to specific examples of one embodiment of a distributed RAID system in operation. To that end, attention is directed back to FIG. **4** which illustrates one embodiment of a distributed RAID system with five data banks **110**. To begin with a first example, suppose that host **102***b* issues a READ command to data bank **110***c*, where the READ command references a logical address which corresponds to data segment "2" **402***c* on data bank **110***a*. Here, distributed RAID application **210***c* on data bank **110***c* may determine that the logical address of the received READ command references data segment "2" **402***c* and that data segment "2" **402***c* is stored on data bank **110***a*. Distributed RAID application **210***c* may then send a corresponding READ command to data bank **110***a*.

Distributed RAID application **210***a* on data bank **110***a* may receive this READ command, determine that the READ command references a logical address which corresponds to data segment "2" **402***c* and that data segment "2" **402***c* is located on the data bank **110***a* on which it is executing. Distributed RAID application **210***a* may then access data store **250***a* to obtain the data requested from data segment "2" **402***c* and return this obtained data to the distributed RAID application **210***c* at issuing data bank **110***c*. Distributed RAID application **210***c* on data bank **110***c* may receive this response from distributed RAID application **210***a* on data bank **110***a* and use data from this response to respond to the original READ command issued from host **102***b*.

Now suppose that host **102***b* issues a READ command to data bank **110***c*, where the READ command references a logical address which corresponds to data segment "2" **402***c* on data bank **110***a*, but that data bank **110***a* has experience a fault and is no longer operating. In this case, distributed RAID application **210***c* on data bank **110***c* may determine that the logical address of the received READ command references data segment "2" **402***c* and that data segment "2" **402***c* is stored on data bank **110***a*. Additionally, distributed RAID application **210***c* on data bank **110***c* may also determine that data bank **110***a* has experienced a fault.

Accordingly, distributed RAID application **210***c* may determine that the location of parity segment **402***j* corresponding to data segment "2" **402***c* is data bank **110***e*. Distributed RAID application **210***c* may then send a READ command to data bank **110***e*. Distributed RAID application **210***e* on data bank **110***e* may receive this READ command, determine that the READ command references a logical address which corresponds to data segment "2" **402***c* and that the parity segment **402***j* corresponding to data segment "2" **402***c* is located on the data bank **110***e* on which it is executing. Distributed RAID application **210***e* may then access data store **250***e* to access parity segment **402***j* and obtain the data requested from data segment "2" **402***c* using the parity segment **402***j*. This obtained data may be returned to the distributed RAID application **210***c* at issuing data bank **110***c*. It will be noted that distributed RAID application **210***e* may need other data to determine the data requested for data segment "2" **402***c*. Accordingly, distributed RAID application **210***e* may determine that the location of data segment "0" **402***a*, data segment "1" **402***b* and data segment "3" **402***d* which were used in conjunction with data segment "2" **402***c* to create parity segment **402***j* are located respectively on data banks **110***b*, **110***d* and **110***c*. Distributed RAID application

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 31 of 35



**210***e* may thus obtain data segment "0" **402***a*, data segment "1" **402***b* and data segment "3" **402***d* by sending READ requests to these data banks **110***b*, **110***d* and **110***c* and use data segment "0" **402***a*, data segment "1" **402***b* and data segment "3" **402***d* in conjunction with parity segment **402***j* to obtain the data requested from data segment "2" **402***c*.

Distributed RAID application **210***c* on data bank **110***c* may receive the response from distributed RAID application **210***e* on data bank **110***e* and use data from this response to respond to the original READ command issued from host **102***b*. In this manner, data corresponding to a data segment can still be read by a host despite the occurrence of a fault in the distributed RAID system.

Continuing on with WRITE commands, suppose that host **102***b* issues a WRITE command to data bank **110***c*, where the WRITE command references a logical address which corresponds to data segment "2" **402***c* on data bank **110***a*. Here, distributed RAID application **210***c* on data bank **110***c* may determine that the logical address of the received WRITE command references data segment "2" **402***c* and that data segment "2" **402***c* is stored on data bank **110***a*. Furthermore, distributed RAID application **210***c* may determine that the parity segment **402***j* corresponding to data segment "2" **402***c* is located on data bank **110***e*. Distributed RAID application **210***c* may then send a corresponding WRITE command to data banks **110***a* and **110***e*. Upon receiving completion notifications from distributed RAID applications **210***a* and **210***e*, distributed RAID application **210***c* may respond to the originally received WRITE command.

Distributed RAID application **210***e* on data bank **110***e* may receive its corresponding WRITE command, determine that the WRITE command references a logical address which corresponds to data segment "2" **402***c* and that the parity segment **402***j* corresponding to data segment "2" **402***c* is located on the data bank **110***e* on which it is executing. Distributed RAID application **210***e* may place the WRITE command in its write cache and send a completion notification to data bank **110***c*. Distributed RAID application **210***e* may then access data store **250***e* to access parity segment **402***j* and update the parity segment **402***j* using the data referenced in the received WRITE command.

Distributed RAID application **210***a* on data bank **110***a* may receive its corresponding WRITE command, determine that the WRITE command references a logical address which corresponds to data segment "2" **402***c* and that data segment "2" **402***c* is located on the data bank **110***a* on which it is executing. Distributed RAID application **210***a* may place the WRITE command in its write cache and send a completion notification to data bank **110***c*. Distributed RAID application **210***a* may then access data store **250***a* to update the segment "2" **402***c* using the data referenced in the received WRITE command.

Again suppose now that host **102***b* issues a WRITE command to data bank **110***c*, where the WRITE command references a logical address which corresponds to data segment "2" **402***c* on data bank **110***a*, but that data bank **110***a* has experience a fault and is no longer operating. In this case, distributed RAID application **210***c* on data bank **110***c* may determine that the logical address of the received WRITE command references data segment "2" **402***c* and that data segment "2" **402***c* is stored on data bank **110***a*. Additionally, distributed RAID application **210***c* on data bank **110***c* may also determine that data bank **110***a* has experienced a fault. Furthermore, distributed RAID application **210***c* may determine that the parity segment **402***j* corresponding to data segment "2" **402***c* is located on data bank **110***e*. Distributed RAID application **210***c* may then send a corresponding WRITE command to data bank **110***e*. Upon receiving a completion notification from distributed RAID applications **210***e* distributed RAID application **210***c* may respond to the originally received WRITE command.

Distributed RAID application **210***e* on data bank **110***e* may receive the corresponding WRITE command, determine that the WRITE command references a logical address which corresponds to data segment "2" **402***c* and that the parity segment **402***j* corresponding to data segment "2" **402***c* is located on the data bank **110***e* on which it is executing. Distributed RAID application **210***e* may place the WRITE command in its write cache and send a completion notification to data bank **110***c*. Distributed RAID application **210***e* may then access data store **250***e* to access parity segment **402***j* and update the parity segment **402***j* using the data referenced in the received WRITE command. In this manner, data corresponding to a data segment can still be written by a host despite the occurrence of a fault in the distributed RAID system.

It will be noted from a review of the disclosure that while implementing RAID in a distributed manner as described may protect from failures of disks or data banks within such a distributed RAID system. However, with the continued growth of logical volumes (which may be on the order 1 petabyte or greater) comes a commensurate increase in the number of disks and data banks which may be employed in such distributed RAID systems, and with an increase in the number of data banks and disks utilized comes a greater risk of failure of a disk or data bank and more particularly, an increase in the risk that multiple failures may occur within any given time. More particularly, once a data bank or disk fails the greater the number of disks and data banks the greater the likelihood that one or more additional data banks, disks, or combinations thereof might subsequently fail before remedial action can be completed with regard to already existing failures. Various distributed RAID systems therefore can become subject to failures of multiple data banks or disks.

It may be useful therefore, to protect against multiple failures of data banks or disks utilized in a distributed RAID system. To that end, attention is now directed to embodiments of various methods which may be utilized in conjunction with a distributed RAID system to protect against multiple failures in these distributed RAID system. More particularly, as discussed above, each data bank in a distributed RAID system may store segments comprising data of a volume (data segments) and segments storing redundancy data corresponding to the data segments of the volume, where for each of these redundancy segments the data segments used to generate the redundancy data stored in a redundancy segment are not stored on that data bank. For purposes of the remainder of this disclosure, those redundancy segments which store redundancy data generated from data segments of the volume stored on different data banks will be referred to as network parity (NP) segments (though it should be understood from the above discussion that these NP segment may contain any type of redundancy data, and the name NP should be taken as meaning that an NP segment can only store redundancy data associated with a RAID level 5 embodiment).

Thus, each data bank comprises data segments of a volume, and NP segments generated from data segments stored on other data banks. This arrangement may protect against a disk drive or a data bank failure. It may, however, be desired to protect against additional disk or data bank failures in such a distributed RAID system. To accomplish this then, in some embodiments not only is a level of RAID implemented across data banks in conjunction with a volume (for example, using NP segments stored on different data banks than their corre-

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 32 of 35



sponding data segments) but additionally a level of RAID may be implemented within each data bank of the distributed RAID system to protect data within each data bank. By utilizing RAID within a data bank in addition to across data banks additional protection against failures for the entire distributed RAID system may be realized.

More particularly, in one embodiment, in addition to the level of RAID implemented in conjunction with the volume across the set of data banks a RAID level may be implemented in conjunction with the data segments stored in each data bank. In other words, in one embodiment distributed RAID application **210**, in addition to the functionality discussed above, may additionally be configured to implement one or more levels of RAID with respect to the data segments or NP segments stored within a particular data bank. For example, RAID level 5 may be implemented within a data bank such that redundancy segments may be formed from corresponding data segments stored within a data bank (these type of redundancy segments will be referred to herein as parity of data (POD) segments) and stored in that data bank on a different disk than the corresponding data segments such that the corresponding data segments may be recovered using these PODs. Similarly, redundancy segments may be formed from corresponding network parity segments stored within a data bank (these type of redundancy segments will be referred to herein as parity of parity (POP) segments) and stored in that data bank on a different disk than the corresponding NP segments such that the corresponding NP segments may be recovered using these POPs.

Additionally, in some embodiments, RAID level 6 may be implemented within a data bank such that in addition to each POD segment generated from corresponding data segments Reed-Solomon ECC Code Generation, or other code generation techniques (sometimes referred to as Q), may be used to generate redundancy segments from the same corresponding data segments (these type of redundancy segments will be referred to herein as Q of data (QOD) segments). By storing the QOD segments on a different disk than the corresponding POD the corresponding data segments may also be recovered using the QOD. Likewise, RAID level 6 redundancy segments may be generated from the same corresponding network parity segments (these type of redundancy segments will be referred to herein as Q of parity (QOP) segments) and stored in that data bank on a different disk than the corresponding POP segments such that the corresponding network parity segments may additionally be recovered using these QOP segments.

The amount of redundancy and protection desired to be utilized in conjunction with a volume may be selected at the time of creation of a volume based upon the trade-offs desired by the user in conjunction with that volume. This selection may comprise the option to use solely some level of RAID in conjunction with a volume such that this level of RAID is implemented across data banks (in other words using only NP segments on each data bank). This option may protect against at least any one drive failure or any one data bank failure. Another option may be to implement the use of some level of RAID (using NP segments) in conjunction with a volume, along with using RAID level 5 (PODs and POPs) within each data bank. This option may provide increased fault tolerance by protecting against at least the failure of 1 databank and 1 disk or against the failure of 3 disks. However, this option may impose both a performance and capacity penalty compared to only implementing RAID across the data banks. The most fault tolerant option may be for a user to select to implement some level of RAID (using NP segments) in conjunction with a volume along with using RAID level 6 (PODs, POPs, QODs and QOPs) within a data bank. While this option has the highest level of fault tolerance, protecting against 1 databanks and 2 drive failures or against 5 drive failures, it may also impose the highest cost with respect to performance and capacity.

It may be useful to illustrate specific examples of these embodiments to aid in the readers understanding. It will be understood that though the specific example is illustrated with respect to a single data bank, that to achieve advantages associated with embodiments of the present invention, the other data banks in a distributed in a distributed RAID system may be configured similarly. In other words, while the example will serve to illustrate how a level of RAID is implemented within a particular data bank, it should be noted that in embodiments of the present invention a level of RAID may be implemented within each data bank of a distributed RAID system. It will also be noted that the following examples are not to be construed as limiting on embodiments of the present invention and will only serve to illustrate non-limiting examples of particular embodiments of implementations of RAID within a data bank.

To assist in this illustration, attention is now directed to FIGS. **13**A-**13**C. For the purposes of this example illustration, assume that data bank **1110***b* depicted in FIGS. **13**A-**13**C is similar to data bank **110***b* illustrated above with respect to FIG. **4** and is residing in a distributed RAID system with five data banks, where a volume has been laid out across the five data banks, with data bank **1110***b* being the first data bank in the random permutation. Thus, data bank **1110***b* may be assigned data segment "**0**" **1102***a* the first data segment of the volume, data segment "**5**" **1102***b* the sixth data segment of the volume, data segment "**1**" **1102***c* the eleventh data segment of the volume, data segment "**15**" **1102***d* the sixteenth data segment of the volume, data segment "**20**" **1102***e* the twenty-first data segment of the volume, data segment "**25**" **1102***f* the twenty-sixth data segment of the volume, data segment "**30**" **1102***g* the thirty-first data segment of the volume, etc.

As data bank **1110***b* may have six disks **2252** in the data store the data segments **1102** assigned to the data bank **1110***b* may be laid out across these disks. Here, data segment "**0**" **1102***a* is stored on disk **2252***a*, data segment "**5**" **1102***b* is stored on disk **2252***b*, data segment "**10**" **1102***c* is stored on disk **2252***c*, data segment "**15**" **1102***d* is stored on disk **2252***d*, data segment "**20**" **1102***e* is stored on disk **2252***e* and data segment "**25**" **1102***f* is stored on disk **2252***f*. The assignment then begins again with the first disk: data segment "**30**" **1102***g* is stored on disk **2252***a*, etc.

Assume further for purposes of this example illustration, that RAID level 5 is implemented in conjunction with the volume and a parity set of (4+1) is being utilized. Thus, as discussed above, network parity segments associated with the volume may also be stored on data bank **1110***b*, where the corresponding data segments used to generate these network parity segments are assigned and stored on other data banks of the distributed RAID system. In this example, NP segment "**1**" **1102***ar*, generated using the corresponding data segment "**16**" of the volume, data segment "**17**" of the volume, data segment "**18**" of the volume and data segment "**19**" of the volume is stored on disk **2252***a*; NP segment "**2**" **1102***as*, generated using the corresponding data segment "**36**" of the volume, data segment "**37**" of the volume, data segment "**38**" of the volume and data segment "**39**" of the volume is stored on disk **2252***b*; NP segment "**3**" **1102***at*, generated using the corresponding data segment "**56**" of the volume, data segment "**57**" of the volume, data segment "**58**" of the volume and data segment "**59**" of the volume is stored on disk **2252***c*, etc.

Case 7:26-cv-00279-DC-DTG Document 23-19 Filed 10/19/26 Page 33 of 35



Referring now specifically to FIG. **13**A, then, in this example the data segments and NP segments are stored on different disks **2252** of data bank **1110***b*. Notice again, that each of the NP segments stored on data bank **1110***b* is generated from corresponding data segments which are not stored on data bank **1110***b* Now suppose that a user wishes to implement an additional level of fault tolerance with respect to this volume and designates that RAID level 5 should be implemented within each of the data banks comprising the distributed RAID system of which data bank **1110***b* is a part.

FIG. **13**B depicts the resulting configuration of data bank **1110***b* when the user has designated that RAID level 5 be implemented within the data banks of the distributed RAID system and a (4+1) parity set is being utilized to implement RAID 5 within each data bank. Here, POD segments have been created from corresponding data segments stored within data bank **1110***b* and are stored on different disks **2252** than their corresponding data segments and POP segments have been created from corresponding parity segments stored within data bank **1110***b* and are stored on different disks **2252** than their corresponding parity segments. Accordingly, now data segments within data bank **1110***b* may now be recovered using an NP segment corresponding to that data segment where the NP segment resides on a different data bank and additionally, data segments within data bank **1110***b* may be recovered using a corresponding POD segment residing in the same data bank. Furthermore, NP segments in a data bank may now be recovered using POP segments residing in the same data bank.

In the specific example depicted, POD**1** **1102***bb* stored on disk **2252***f* has been created from corresponding data segment "**0**" **1102***a* on disk **2252***a*, data segment "**5**" **1102***b* on disk **2252***b*, data segment "**10**" **1102***c* on disk **2252***c* and data segment "**15**" **1110***d* on disk **2252***d*; POD**2** **1102***bc* stored on disk **2252***d* has been created from corresponding data segment "**20**" **1102***e* on disk **2252***e*, data segment "**25**" **1102***f* on disk **2252***f*, data segment "**30**" **1102***g* on disk **2252***a* and data segment "**35**" **1110***h* on disk **2252***b*; POD**3** **1102***bd* stored on disk **2252***b* has been created from corresponding data segment "**40**" **1102***i* on disk **2252***c*, data segment "**45**" **1102***j* on disk **2252***d*, data segment "**50**" **1102***k* on disk **2252***e* and data segment "**55**" **1110***l* on disk **2252***f*; etc.

Similarly, POP**1** **1102***bz* stored on disk **2252***f* has been created from corresponding NP segment "**1**" **1102***ar* on disk **2252***a*, NP segment "**2**" **1102***as* on disk **2252***b*, NP segment "**3**" **1102***at* on disk **2252***c* and NP segment "**4**" **1102***au* on disk **2252***d*; POP**2** **1102***by* stored on disk **2252***c* has been created from corresponding NP segment "**5**" **1102***av* on disk **2252***e*, NP segment "**6**" **1102***aw* on disk **2252***f*, NP segment "**7**" **1102***ax* on disk **2252***a* and NP segment "**8**" **1102***ay* on disk **2252***b* and POP**3** **1102***bx* stored on disk **2252***b* has been created from corresponding NP segment "**9**" **1102***az* on disk **2252***c* and NP segment "**10**" **1102***ba* on disk **2252***d*.

Now suppose that a user wishes to implement an additional level of fault tolerance with respect to this volume and designates that RAID level 6 should be implemented within each of the data banks comprising the distributed RAID system of which data bank **1110***b* is a part. Here, a QOD segment corresponding to each POD segment has been created from the same data segments as the corresponding POD segment and is stored within data bank **1110***b* on a different disk **2252** than the corresponding POD segment. Furthermore, a QOP segment corresponding to each POP segment has been created from the same parity segments as the corresponding POP segment and is stored within data bank **1110***b* on a different disk **2252** than the corresponding POP segment. Accordingly, now data segments within data bank **1110***b* may now be recovered using an NP segment corresponding to that data segment where the NP segment resides on a different data bank and additionally, data segments within data bank **1110***b* may be recovered using a corresponding POD segment or a corresponding QOD segment residing in the same data bank. Moreover, NP segments in a data bank may now be recovered using POP segments or QOP segments residing in the same data bank.

FIG. **13**C depicts the resulting configuration of data bank **1110***b* when the user has designated that RAID level 6 be implemented within the data banks of the distributed RAID system. Here, in addition to the POD segments and POP segments described above, QOD segments have been created from the same corresponding data segments as a corresponding POD segment and are stored within data bank **1110***b* on different disks **2252** than the corresponding POD segment while QOP segments have been created from the same corresponding parity segments as a corresponding POP and are stored on different disks than the corresponding POP segments.

In the specific example depicted, QOD**1** **1102***bm* stored on disk **2252***e* corresponds to POD**11102***bb* stored on disk **2252***f* and has been created from the same corresponding data segment "**0**" **1102***a* on disk **2252***a*, data segment "**5**" **1102***b* on disk **2252***b*, data segment "**10**" **1102***c* on disk **2252***c* and data segment "**15**" **1110***d* on disk **2252***d*; QOD**2** **1102***bn* stored on disk **2252***c* corresponds to POD**2** **1102***bc* stored on disk **2252***d* and has been created from the same corresponding data segment "**20**" **1102***e* on disk **2252***e*, data segment "**25**" **1102***f* on disk **2252***f*, data segment "**30**" **1102***g* on disk **2252***a* and data segment "**35**" **1110***h* on disk **2252***b*; QOD**3** stored on disk **2252***a* corresponds to POD**3** **1102***bd* stored on disk **2252***b* and has been created from the same corresponding data segment "**40**" **1102***i* on disk **2252***c*, data segment "**45**" **1102***j* on disk **2252***d*, data segment "**50**" **1102***k* on disk **2252***e* and data segment "**55**" **1110***l* on disk **2252***f*; etc.

Similarly, QOP**1** **1102***ca* stored on disk **2252***e* corresponds to POP**1** **1102***bz* stored on disk **2252***f* and has been created from the same corresponding NP segment "**1**" **1102***ar* on disk **2252***a*, NP segment "**2**" **1102***as* on disk **2252***b*, NP segment "**3**" **1102***at* on disk **2252***c* and NP segment "**4**" **1102***au* on disk **2252***d*; QOP**2** stored on disk **2252***d* corresponds to POP**2** **1102***by* stored on disk **2252***c* and has been created from the same corresponding NP segment "**5**" **1102***av* on disk **2252***e*, NP segment "**6**" **1102***aw* on disk **2252***f*, NP segment "**7**" **1102***ax* on disk **2252***a* and NP segment "**8**" **1102***ay* on disk **2252***b* and QOP**3** stored on disk **2252***a* corresponds to POP**3** **1102***bx* stored on disk **2252***b* and has been created from the same corresponding NP segment "**9**" **1102***az* on disk **2252***c* and NP segment "**10**" **1102***ba* on disk **2252***d*.

Accordingly, embodiments of the present invention may provide advantages over previously available data storage devices including the ability to provide protection for data bank or disk failures. In fact, some embodiments may provide protection for against four, five or possibly more, disk failures. Thus, the time available to maintenance personnel for repairing or replacing failed data banks or disks may be increased and the mean-time between failure of a distributed RAID system increased. Certain embodiments may also provide the advantage of reduced network traffic between data banks by allowing such data banks to internally re-create compromised data even when internal failures compromise the data.

In the foregoing specification, the invention has been described with reference to specific embodiments. However, one of ordinary skill in the art appreciates that various modifications and changes can be made without departing from the

scope of the invention as set forth in the claims below. Accordingly, the specification and figures are to be regarded in an illustrative rather than a restrictive sense, and all such modifications are intended to be included within the scope of invention.

Benefits, other advantages, and solutions to problems have been described above with regard to specific embodiments. However, the benefits, advantages, solutions to problems, and any component(s) that may cause any benefit, advantage, or solution to occur or become more pronounced are not to be construed as a critical, required, or essential feature or component of any or all the claims.

What is claimed is:

**1**. A method of protecting a RAID system from multiple failures, the method comprising: providing a system comprising a plurality of data banks coupled to each of the other data banks and each of one or more hosts via a network, each data bank executing a distributed RAID application;

establishing a volume on the plurality of data banks, where the volume comprises a set of segments and the set of segments are stored on the plurality of data banks, wherein executing a first command in conjunction with the volume comprises determining at least a first data bank by accessing a global table comprising a permutation of the data banks and a first RAID level associated with the volume;

implementing the first RAID level in conjunction with the volume, wherein implementing the first RAID level comprises storing a set of network parity (NP) segments, each NP segment corresponding to one or more of the set segments such that each NP segment does not reside on the same data bank as the corresponding one or more of the set of segments;

implementing a second RAID level within the plurality of data banks, wherein implementing the second RAID level for a first data bank comprises, for the set of segments stored on the first data bank:

storing a set of parity of data (POD) segments, each POD segment corresponding to one or more of the set of data segments on the first data bank such that each POD segment does not reside on the same disk as the corresponding one or more of the set of segments on the first data bank; and

storing a set of parity of parity (POP) segments, each POP segment corresponding to one or more of the set of NP segments stored on the first data bank such that each POP segment does not reside on the same disk as the corresponding one or more of the set of NP segments on the first data bank.

**2**. The method of claim **1**, wherein implementing the second RAID level further comprises, for the set of segments stored on the first data bank:

storing a set of Q of data (QOD) segments, each QOD segment corresponding to a POD segment and created from the one or more of the set of data segments on the first data bank corresponding to the POD segment, such that each QOD segment does not reside on the same disk as the corresponding POD segment; and

storing a set of Q of parity (QOP) segments, each QOP segment corresponding to a POP segment and created from the one or more of NP segments corresponding to the POD segment, such that each QOP segment does not reside on the same disk as the corresponding POP segment.

**3**. The method of claim **2**, wherein each of the set of segments of the volume corresponds to one of the plurality of data banks and each segment is allocated to a data bank according to the permutation of the plurality of data banks and each of the set of NP segments is allocated to a data bank distinct from each of the plurality of data banks corresponding to any of the one or more segments corresponding to the NP segment.

**4**. The method of claim **3**, further comprising determining if the first command is a write command and if the first command is a write command determining a second data bank of the plurality of data banks, wherein the second data banks corresponds to a first NP segment associated with the first segment and executing the first command with respect to the first NP segment, wherein the first command is executed on the second data bank.

**5**. The method of claim **4**, wherein determining the second data bank comprises accessing the global table.

**6**. A system for implementing distributed RAID, comprising:

a plurality of data bank computers, each data bank coupled to each of one or more hosts and each of the other plurality of data banks, each data bank including:

a processor;

a data store comprising a set of disks;

a computer readable medium comprising instructions executable to:

receive a first command corresponding to a first segment of a volume from a first host of the one or more hosts, where the volume comprises a set of segments and the set of segments are stored on the plurality of data banks and a first RAID level is implemented in conjunction with the volume, wherein implementing the first RAID level comprises storing a set of network parity (NP) segments, each NP segment corresponding to one or more of the set segments such that each NP segment does not reside on the same data bank as the corresponding one or more of the set of segments;

determine at least a first data bank by accessing a global table comprising a permutation of the data banks and the first RAID level associated with the volume;

implement a second RAID level within the plurality of data banks, wherein implementing the second RAID level for a first data bank comprises, for the set of segments stored on the first data bank:

store a set of parity of data (POD) segments, each POD segment corresponding to one or more of the set of data segments on the first data bank such that each POD segment does not reside on the same disk as the corresponding one or more of the set of segments on the first data bank; and

store a set of parity of parity (POP) segments, each POP segment corresponding to one or more of the set of NP segments stored on the first data bank such that each POP segment does not reside on the same disk as the corresponding one or more of the set of NP segments on the first data bank.

**7**. The system of claim **6**, wherein the computer instructions are further executable to implement the second RAID level by, for the set of segments stored on the first data bank:

storing a set of Q of data (QOD) segments, each QOD segment corresponding to a POD segment and created from the one or more of the set of data segments on the first data bank corresponding to the POD segment, such that each QOD segment does not reside on the same disk as the corresponding POD segment; and

storing a set of Q of parity (QOP) segments, each QOP segment corresponding to a POP segment and created from the one or more of NP segments corresponding to

the POD segment, such that each QOP segment does not reside on the same disk as the corresponding POP segment.

**8**. The system of claim **7**, wherein each segment of the volume corresponds to one of the plurality of data banks and each segment is allocated to one of the plurality of data banks according to the permutation of the plurality of data banks and each of the NP segments is allocated to one of the plurality of data banks which is distinct from each of the plurality of data banks corresponding to any segments of the volume associated with that NP segment.

**9**. The system of claim **8**, wherein the computer instructions are further executable to determine if the first command is a write command and if the first command is a write command determining a second data bank of the plurality of data banks, wherein the second data banks corresponds to a first NP segment associated with the first segment and if the second data bank is the data bank which received the command execute the first command with respect to the first NP segment and if not, forward the first command to the second data bank.

**10**. The system of claim **9**, wherein determining the second data bank comprises accessing the global table in the data store.

**11**. A non-transitory computer readable medium comprising computer executable instructions for implementing distributed RAID, the computer instructions executable for:

establishing a volume on the plurality of data banks, where the volume comprises a set of segments and the set of segments are stored on the plurality of data banks, wherein executing a first command in conjunction with the volume comprises determining at least a first data bank by accessing a global table comprising a permutation of the data banks and a first RAID level associated with the volume;

implementing the first RAID level in conjunction with the volume, wherein implementing the first RAID level comprises storing a set of network parity (NP) segments, each NP segment corresponding to one or more of the set segments such that each NP segment does not reside on the same data bank as the corresponding one or more of the set of segments;

implementing a second RAID level within the plurality of data banks, wherein implementing the second RAID level for a first data bank comprises, for the set of segments stored on the first data bank:

storing a set of parity of data (POD) segments, each POD segment corresponding to one or more of the set of data



segments on the first data bank such that each POD segment does not reside on the same disk as the corresponding one or more of the set of segments on the first data bank; and

storing a set of parity of parity (POP) segments, each POP segment corresponding to one or more of the set of NP segments stored on the first data bank such that each POP segment does not reside on the same disk as the corresponding one or more of the set of NP segments on the first data bank.

**12**. The computer readable medium of claim **11**, the instructions further executable to implement the second RAID level by, for the set of segments stored on the first data bank:

storing a set of Q of data (QOD) segments, each QOD segment corresponding to a POD segment and created from the one or more of the set of data segments on the first data bank corresponding to the POD segment, such that each QOD segment does not reside on the same disk as the corresponding POD segment; and

storing a set of Q of parity (QOP) segments, each QOP segment corresponding to a POP segment and created from the one or more of NP segments corresponding to the POD segment, such that each QOP segment does not reside on the same disk as the corresponding POP segment.

**13**. The computer readable medium of claim **12**, wherein each segment of the volume corresponds to one of the plurality of data banks and each segment is allocated to one of the plurality of data banks according to the permutation of the plurality of data banks and each of the NP segments is allocated to one of the plurality of data banks which is distinct from each of the plurality of data banks corresponding to any segments of the volume associated with that NP segment.

**14**. The computer readable medium of claim **13**, wherein the computer instructions are further executable to determine if the first command is a write command and if the first command is a write command determining a second data bank of the plurality of data banks, wherein the second data banks corresponds to a first NP segment associated with the first segment and if the second data bank is the data bank which received the command execute the first command with respect to the first NP segment and if not, forward the first command to the second data bank.

**15**. The computer readable medium of claim **14**, wherein determining the second data bank comprises accessing the global table in the data store.

* * * * *