**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00279-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order Setting Initial Pretrial Conference Held in Person (Dkt. 18), Plaintiff Cypresswood Solutions LLC and Defendant Google LLC submit their agreed proposed Scheduling Order, attached as Exhibit A. The proposed schedule follows Appendix A to the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases, using the November 18, 2026 Initial Pretrial Conference as the Case Management Conference with certain adjustments to accommodate holidays.

Dated: November 6, 2026

*<u>/s/ Benjamin T. Wang</u>*
Benjamin T. Wang
bwang@raklaw.com
Marc A. Fenster
mfenster@raklaw.com
Paul Kroeger
pkroeger@raklaw.com
Neil Rubin
nrubin@raklaw.com
Joshua Scheufler
jscheufler@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor

*<u>/s/ Heidi L. Keefe</u>*
Heidi L. Keefe (CA Bar No. 178960)
hkeefe@cooley.com
Reuben H. Chen (CA Bar No. 228725)
rchen@cooley.com
Lowell D. Mead (CA Bar No. 223989)
lmead@cooley.com
Andrew Lau (*pro hac vice*)
andrew.lau@cooley.com
HanByul Chang (*pro hac vice*)
hanbyul.chang@cooley.com
COOLEY LLP
3175 Hanover Street

Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
E-mail: andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Cypresswood Solutions LLC*

Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000

Eamonn Gardner (CA Bar No. 310834)
egardner@cooley.com
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202

Matthew Ritter (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Ste. 700
Washington, DC 20004-2400

Michael E. Jones (Tex. Bar No. 24001351)
mikejones@potterminton.com
Shaun W. Hassett (Tex. Bar No. 24074372)
shaunhassett@potterminton.com
POTTER MINTON
102 North College, Suite 900
Tyler, TX 75702
Telephone: 903-597-8311

*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Benjamin T. Wang*
Benjamin T. Wang