# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| CYPRESSWOOD SOLUTIONS LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00279-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| **Deadline** | **Item** |
|---|---|
| November 6, 2026 | The Parties file their Rule 26 Report and proposed Scheduling Order and email a Word version of the proposed Scheduling Order to chambers (Dkt. 18). |
| November 10, 2026 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| November 18, 2026, 2:00 p.m. | Initial Pretrial Conference, held in person in Waco (Dkt. 18). This date serves as the Case Management Conference ("CMC"). |
| December 9, 2026 | Deadline to file a motion to transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |

| **Deadline** | **Item** |
|---|---|
| January 19, 2027 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| January 26, 2027 | Parties exchange claim terms for construction. |
| February 5, 2027 | Parties exchange proposed claim constructions. |
| February 10, 2027 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| February 17, 2027 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| February 24, 2027 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| March 17, 2027 | Plaintiff files Responsive claim construction brief. |
| April 1, 2027 | Defendant files Reply claim construction brief. |
| April 1, 2027 | Parties to jointly email the law clerks to confirm their Markman date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| April 14, 2027 | Plaintiff files a Sur-Reply claim construction brief. |
| April 16, 2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| April 19, 2027 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. |
| April 28, 2027 | Markman Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| April 29, 2027 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

| **Deadline** | **Item** |
|---|---|
| June 9, 2027 | Deadline to add parties. |
| June 23, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| August 18, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| October 27, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| November 23, 2027 | Close of Fact Discovery. |
| December 8, 2027 | Opening Expert Reports. |
| January 19, 2028 | Rebuttal Expert Reports. |
| February 9, 2028 | Close of Expert Discovery. |
| February 16, 2028 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 23, 2028 | Dispositive motion deadline and Daubert motion deadline. Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge." |
| March 8, 2028 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| March 22, 2028 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| March 22, 2028 | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| March 29, 2028 | Serve objections to rebuttal disclosures; file motions in limine. |

| Deadline | Item |
|---|---|
| April 5, 2028 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in limine. From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| April 12, 2028 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter. Deadline to file replies to motions in limine. |
| April 19, 2028 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| April 21, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| April 26, 2028 | Final Pretrial Conference. Held in person unless otherwise requested. |
| May 17, 2028 | Jury Selection/Trial. |

SIGNED this __ day of ____, 2026.

________

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE