**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **CYPRESSWOOD SOLUTIONS, LLC** | § | |
| | § | |
| **vs.** | § | **NO: MO:26-CV-00279-DC-DTG** |
| | § | |
| **GOOGLE LLC** <br> ***Defendant*** | § | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on November 18, 2026 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **12th day of November, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE